No. 23-3016

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

———————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

LYLE RIKIO CUMMINGS,

Defendant-Appellant.

———————————

On Appeal From the United States District Court
for the District of Hawaii
Case No. 1:22-cr-00023-DKW

———————————

**APPELLEE'S SUPPLEMENTAL EXCERTPS OF RECORD
INDEX VOLUME**

———————————

CLARE E. CONNORS
*United States Attorney*
*District of Hawaii*

REBECCA A. PERLMUTTER
*Assistant U.S. Attorney*

# INDEX

## VOLUME 1

**Page**

Transcript of Jury Trial (Day 2) – June 8, 2023
    filed February 21, 2024, ECF No. 179 ............................................... 2

Transcript of Jury Trial (Day 3) – June 9, 2023
    filed February 21, 2024, ECF No. 180 ............................................. 68

Transcript of Jury Trial (Day 4) – June 13, 2023
    filed February 21, 2024, ECF No. 181 ........................................... 164

## VOLUME 2

Transcript of Jury Trial (Day 5) – June 14, 2023
    filed February 21, 2024, ECF No. 182 ........................................... 210

Transcript of Jury Trial (Day 6) – June 15, 2023
    filed February 21, 2024, ECF No. 183 ........................................... 382

    Exhibit 1 ..................................................................................... 410

    Exhibit 2 ..................................................................................... 412

    Exhibit 4 ..................................................................................... 413

    Exhibit 8 ..................................................................................... 431

    Exhibit 11 ................................................................................... 452

Final Jury Instructions
    Filed June 14, 2023, ECF No. 139 ............................................... 485