No. 23-3016

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

LYLE RIKIO CUMMINGS,

Defendant-Appellant.

————————————

On Appeal From the United States District Court
for the District of Hawaii
Case No. 1:22-cr-00023-DKW

————————————

APPELLEE'S SUPPLEMENTAL EXCERTPS OF RECORD
VOLUME 1 of 2

————————————

CLARE E. CONNORS
*United States Attorney*
*District of Hawaii*

REBECCA A. PERLMUTTER
*Assistant U.S. Attorney*

1

1                    IN THE UNITED STATES DISTRICT COURT

2                       FOR THE DISTRICT OF HAWAII

3
        UNITED STATES OF AMERICA,    )    CRIMINAL NO. 22-00023-DKW
4                                    )
                    Plaintiff,       )    Honolulu, Hawaii
5                                    )
              vs.                    )    June 8, 2023
6                                    )
        LYLE RIKIO CUMMINGS,         )
7                                    )
                    Defendant.       )
8       _____ )

9

10                    TRANSCRIPT OF JURY TRIAL (DAY 2)
                    BEFORE THE HONORABLE DERRICK K. WATSON,
11                  CHIEF UNITED STATES DISTRICT COURT JUDGE

12
        APPEARANCES:
13

14      For the Plaintiff:          REBECCA PERLMUTTER, ESQ.
                                    CHRISTINE OLSON, ESQ.
15                                  Office of the United States Attorney
                                    PJKK Federal Building
16                                  300 Ala Moana Boulevard, Suite 6100
                                    Honolulu, Hawaii  96850
17
        For the Defendant:         JOSEPH R. MOTTL, III, ESQ.
18                                  2009 Makiki Street #C
                                    Honolulu, HI 96822
19

20
        Official Court Reporter:   Gloria T. Bediamol, RPR RMR CRR FCRR
21                                  United States District Court
                                    300 Ala Moana Boulevard
22                                  Honolulu, Hawaii 96850

23

24
        Proceedings recorded by machine shorthand, transcript produced
25      with computer-aided transcription (CAT).

| | | |
|---|---|---|
| 02:31PM | 1 | the proceedings or when the trial does not commence at the |
| 02:31PM | 2 | designated time.  I do handle other matters in addition to this |
| 02:31PM | 3 | trial every day, and these other items of business may cause |
| 02:31PM | 4 | interruptions or delays in trial.  Delays are almost always |
| 02:31PM | 5 | beyond the control of counsel, so please do not hold any delays |
| 02:31PM | 6 | against either side.  They are almost always my fault and I |
| 02:31PM | 7 | accept that responsibility up front. |
| 02:31PM | 8 | And finally, if any opinion contact with the court is |
| 02:31PM | 9 | necessary, it must be done through Ms. Kimura.  Please write a |
| 02:31PM | 10 | note to her.  I'm not suggesting that you all go out and do |
| 02:31PM | 11 | that, but if it becomes necessary, communicate with her via |
| 02:31PM | 12 | note.  She will advise me of the issue or concern.  Please do |
| 02:31PM | 13 | not attempt to contact the Court, myself, directly except |
| 02:32PM | 14 | through her. |
| 02:32PM | 15 | All right.  That's the end.  Let's now turn to opening |
| 02:32PM | 16 | statements by the parties. |
| 02:32PM | 17 | Ms. Olson. |
| 02:32PM | 18 | MS. OLSON:  Good afternoon, everyone.  This is a case |
| 02:32PM | 19 | about a 46-year-old man who tried to persuade a 13-year-old |
| 02:32PM | 20 | girl to meet him for sex.  After she told him 4 times that she |
| 02:32PM | 21 | was 13 years old, the defendant, Lyle Cummings, texted her in |
| 02:32PM | 22 | graphic detail about how he wanted to have sex with her.  He |
| 02:32PM | 23 | tried to persuade her for 3 days to meet with him in person |
| 02:32PM | 24 | offered to give her drugs and cash, and on top of that, he was |
| 02:32PM | 25 | caught with cocaine and crack packaged to distribute and sell. |

20

| | | |
|---|---|---|
| 02:33PM | 1 | Now let's talk in a little more detail about what |
| 02:33PM | 2 | happened.  In March of 2020, the defendant, who was |
| 02:33PM | 3 | approximately 46 years old, went onto a social media platform |
| 02:33PM | 4 | called Skout.  Skout is an online platform where people can |
| 02:33PM | 5 | look up other profiles of other Skout users and they can chat |
| 02:33PM | 6 | with other Skout users.  It's often used as a dating site. |
| 02:33PM | 7 | The defendant, Lyle Cummings, had created his own |
| 02:33PM | 8 | account.  The user name that he created was Duckfat34.  The |
| 02:33PM | 9 | defendant went on Skout.  He discovered the profile of a female |
| 02:33PM | 10 | named Kiana and the defendant started a conversation that |
| 02:33PM | 11 | lasted for three days. |
| 02:34PM | 12 | Day one of the conversation on Skout.  The defendant |
| 02:34PM | 13 | almost immediately jumped in saying, "I'd like to take you |
| 02:34PM | 14 | shopping."  He repeatedly asked to meet Kiana in person.  Kiana |
| 02:34PM | 15 | responds with a few messages. |
| 02:34PM | 16 | Day two of the conversation, again, the defendant |
| 02:34PM | 17 | starts the conversation.  The defendant again repeatedly asks |
| 02:34PM | 18 | to meet Kiana in person.  Kiana says, "Here's my phone number. |
| 02:34PM | 19 | Can we please talk via text message.  Let's move off Skout. |
| 02:34PM | 20 | Let's talk via text."  At the end of the Skout conversation, |
| 02:34PM | 21 | she also asks for the defendant's name. |
| 02:34PM | 22 | Within minutes the defendant texts Kiana and says, |
| 02:34PM | 23 | "Hi.  This is Lyle from Skout."  The conversation then |
| 02:35PM | 24 | continues over text message. |
| 02:35PM | 25 | On day two Kiana says she is 13 very clearly in the |

21

02:35PM  1  text messages.  The defendant's very next text message to Kiana
02:35PM  2  after hearing that she is 13 years old, he says, quote, "I'll
02:35PM  3  grant you this once tonight.  I'll come pick you up."
02:35PM  4       Later that same day Kiana again tells defendant she is
02:35PM  5  13 years old.  Quite clearly.  At that time the defendant
02:35PM  6  immediately responds with a text that says, "We can go to the
02:35PM  7  beach and have our own fun."
02:35PM  8       Day three of the conversation.  The defendant again
02:35PM  9  starts the conversation.  Kiana again says -- she tells him she
02:35PM  10 is 13.  The way she says it this time is, "Are you okay with me
02:36PM  11 being 13?"  The defendant replies via text, I'm's okay."  He's
02:36PM  12 okay.
02:36PM  13      Kiana says that day she's 13 a fourth time.  The
02:36PM  14 defendant responds he would like to take her shopping.  He'd
02:36PM  15 like to take her to the beach and sleep under the stars with
02:36PM  16 her, take her to hotel rooms and spoil her.  At some point in
02:36PM  17 the conversation he specifically says, "I'd like to take you to
02:36PM  18 the Victoria's Secret."  He sends her an emoji of a bikini.
02:36PM  19      Now we're at the evening of day three of the
02:36PM  20 conversation.  The defendant switches on day three from
02:36PM  21 offering her things like money, drugs, and he starts describing
02:36PM  22 in graphic detail how he would like to have sex with her.  He
02:36PM  23 describes in detail how he wants to have oral sex with her and
02:36PM  24 intercourse with her, and that was after Kiana had said four
02:37PM  25 times she was 13 years old.

02:37PM 1          Over the three days of messages, the defendant

02:37PM 2     repeatedly offered to spend money on Kiana or just give her

02:37PM 3     money.  In fact he sent her two photographs of large stacks of

02:37PM 4     cash.  He specifically offered to give her marijuana if she met

02:37PM 5     up with him.

02:37PM 6          Also, over the course of the three-day conversation,

02:37PM 7     he asked Kiana to send pictures or videos of her 14 times and

02:37PM 8     he mentioned he would like to see some of her in the shower.

02:37PM 9          After many requests to meet up in person, Kiana -- or

02:37PM 10    sorry.  After the defendant requests many times to meet up with

02:37PM 11    her in person, Kiana finally shares with him she is staying in

02:37PM 12    Kihei on Maui.  They agree on a meet-up location.  The

02:38PM 13    defendant specifically says he will show up in a Toyota truck.

02:38PM 14         Within minutes of learning Kiana's location, the

02:38PM 15    defendant goes on his phone and he does an Apple map search of

02:38PM 16    the location that they discussed.

02:38PM 17         He drives to meet her in his Toyota Tacoma truck.

02:38PM 18    When he gets to the meet-up location, he sees across the street

02:38PM 19    a person he believes to be Kiana and he flashes his truck

02:38PM 20    lights.  He texts, "Cross the street.  Jump in the truck."

02:38PM 21         What the defendant didn't know that evening when he

02:38PM 22    drove to pick up Kiana, there actually was no 13-year-old

02:38PM 23    Kiana.  Instead he was greeted by officers from the Maui Police

02:38PM 24    Department who arrested him.  So the defendant was never

02:39PM 25    actually talking to a 13-year-old named Kiana like he believed

23

02:39PM  1  he was.  He was actually communicating with an undercover Maui

02:39PM  2  Police Department officer who played the role of Kiana.  This

02:39PM  3  was an undercover law enforcement effort to prevent people from

02:39PM  4  sexually exploiting children.

02:39PM  5       After the defendant was arrested, officers impounded

02:39PM  6  his truck at the Kihei police station on Maui.  They took the

02:39PM  7  defendant to Kihei police station and shortly after he arrived,

02:39PM  8  the defendant agreed and he participated in a voluntary

02:39PM  9  interview with law enforcement.

02:39PM  10       During this interview with law enforcement, he made a

02:39PM  11  number of admissions.  He admitted he was talking to a minor

02:39PM  12  name Kiana.  He admitted they had a conversation on Skout, but

02:39PM  13  then moved over to text messaging.  He admitted that he

02:39PM  14  graphically described having oral sex with her.  He admitted he

02:40PM  15  told her he would have money on him when they met up.  He

02:40PM  16  actually admitted that he in fact did have cash in the truck

02:40PM  17  when he was arrested.  He admitted he sent Kiana photographs of

02:40PM  18  money.  He admitted he told Kiana he would take her shopping.

02:40PM  19       He told officers during the interview, his phone

02:40PM  20  number, and that was the same number that he in fact used to

02:40PM  21  write the messages.  He told officers he had had the same phone

02:40PM  22  number for 20 years, his phone was password protected, no one

02:40PM  23  else had access to the phone.  He also said it was an iPhone 7.

02:40PM  24       The next day, Maui police officers got a search

02:40PM  25  warrant.  They searched his truck at the Kihei police station.

24

02:40PM   1   Truck had been impounded, but was still at the Kihei police
02:41PM   2   station.  They got a search warrant.  They searched the truck.
02:41PM   3   In the truck they found an iPhone 7, and you'll hear that
02:41PM   4   iPhone 7 was -- contained all of the messages that were
02:41PM   5   exchanged between the defendant and the undercover officer.
02:41PM   6          Law enforcement, while searching the truck, also found
02:41PM   7   several pieces of identification, which made it clear Lyle
02:41PM   8   Cummings owned the truck, and several pieces of identification
02:41PM   9   that were his, including his Hawaii driver's license.
02:41PM   10         In the back of the truck was a hat that said DuckFat.
02:41PM   11  As you will recall, DuckFat matched the Skout profile of
02:41PM   12  DuckFat34.  Officers also found marijuana, THC.  THC is a
02:41PM   13  chemical that's found in marijuana.
02:42PM   14         In the -- in the -- hidden inside the center console
02:42PM   15  of the truck between the two front seats, officers found 18
02:42PM   16  baggies of cocaine and crack packaged for distribution and
02:42PM   17  sale.
02:42PM   18         As the judge mentioned, government has charged
02:42PM   19  defendant with two counts.  The first count is attempting to
02:42PM   20  persuade, coerce, induce or entice a minor into sexual
02:42PM   21  activity.  Now, note, this is an attempt charge because there
02:42PM   22  was no real Kiana, so he was not able to complete any act.
02:42PM   23         At the end of the case, I anticipate the judge will
02:42PM   24  instruct you on the law and I anticipate that you'll hear it
02:42PM   25  doesn't matter that Kiana was fictional, it doesn't matter that

(9 of 208), Page 9 of 208    Case: 23-3016, 11/18/2024, DktEntry: 26.2, Page 9 of 208
Case 1:22-cr-00023-DKW    Document 179    Filed 02/21/24    Page 25 of 91    PageID.1319

25

02:42PM   1   the defendant was actually talking to an undercover officer,
02:42PM   2   and it doesn't matter that the sexual activity did not actually
02:42PM   3   occur.  What matters is that the defendant believed he was
02:43PM   4   speaking to a minor and the defendant attempted to persuade or
02:43PM   5   induce that minor into sexual activity.
02:43PM   6           The evidence will show he took substantial steps to
02:43PM   7   complete the crime, including driving his truck to the meet-up
02:43PM   8   location.  That's a substantial step.
02:43PM   9           Second count in the case, possession with intent to
02:43PM   10  distribute cocaine and crack.  In the course of the trial you
02:43PM   11  may hear the term "cocaine base" and that's commonly referred
02:43PM   12  to as crack.  The evidence will show the defendant possessed
02:43PM   13  cocaine and crack, and also that he intended to sell it or
02:43PM   14  distribute it.
02:43PM   15          During this trial you're going to see the Skout
02:43PM   16  profiles that Kiana and defendant had for Skout.  You will see
02:43PM   17  Kiana's profile included a picture of a female with a dog nose
02:43PM   18  and ears filter, and learned her profile stated that she was
02:44PM   19  35 years old.  The undercover officer will explain to you why
02:44PM   20  they put 35 years old on the profile, but you will see after
02:44PM   21  the conversation began, Kiana did tell the defendant four times
02:44PM   22  that she was only 13.
02:44PM   23          You'll get to read the words of the defendant in all
02:44PM   24  of the online chats and text messages, and you'll see pictures
02:44PM   25  and emojis that they exchanged.  The messages in this case will

| | | |
|---|---|---|
| 02:44PM | 1 | have some language that's a little bit difficult to hear, |
| 02:44PM | 2 | there's some difficult material here, but the defendant chose |
| 02:44PM | 3 | to use those sexually explicit words and concepts.  I'm not |
| 02:44PM | 4 | going to repeat the language now in the opening statement, but |
| 02:44PM | 5 | unfortunately you will hear it in the case because it is |
| 02:44PM | 6 | evidence in this case.  The undercover officer will read the |
| 02:45PM | 7 | chats and you'll hear these are defendant's own words to |
| 02:45PM | 8 | someone he believed was a minor. |
| 02:45PM | 9 | You'll get to watch a video recording of the interview |
| 02:45PM | 10 | that the defendant gave after shortly after he was arrested. |
| 02:45PM | 11 | You'll here testimony from an officer who participated in that |
| 02:45PM | 12 | interview. |
| 02:45PM | 13 | You're going to see in the course of the trial, |
| 02:45PM | 14 | numerous photographs showing what was found in the defendant's |
| 02:45PM | 15 | truck when law enforcement searched it pursuant to the search |
| 02:45PM | 16 | warrant.  You're going to see photographs of the cocaine, crack |
| 02:45PM | 17 | marijuana and THC that was found in the truck. |
| 02:45PM | 18 | You'll hear from one of the officers who performed the |
| 02:45PM | 19 | search of the truck, and in this trial you're going to hear |
| 02:45PM | 20 | some technical information from the officer who examined the |
| 02:45PM | 21 | defendant's iPhone 7 that was taken from the truck during the |
| 02:45PM | 22 | search warrant.  And you're going to hear from that witness and |
| 02:46PM | 23 | that officer that they found the same text messages that |
| 02:46PM | 24 | matched up with what the undercover had on his end. |
| 02:46PM | 25 | You're also going to hear from a criminalist, who |

27

02:46PM   1    tested the drugs and determined there was in fact cocaine,

02:46PM   2    crack and THC in the truck.

02:46PM   3         You're going to hear a drug expert.  Drug expert is

02:46PM   4    going to opine that the cocaine and crack was packaged for

02:46PM   5    distribution and sale, and the drug expert will explain the

02:46PM   6    reasons that -- in his experience that led him to that opinion.

02:46PM   7         We plan to tell you most of the story in chronological

02:46PM   8    order; in other words, how the events actually occurred, but

02:46PM   9    because of some scheduling issues, we have a short day and

02:46PM  10    tomorrow, I believe, that there may be a couple witnesses we

02:46PM  11    need to call a little bit out of order, but rest assured I'll

02:47PM  12    have another chance to come and talk to you in closing

02:47PM  13    arguments, and I'll be able to tie that up and put it back in

02:47PM  14    order for you, so bear with us on that.

02:47PM  15         Members of the jury, this case is straightforward.

02:47PM  16    The facts are not complicated.  Most of the evidence in this

02:47PM  17    case consists of the defendant's own words and actions.  The

02:47PM  18    evidence will show he was texting with a minor, a 13-year-old

02:47PM  19    -- I'm sorry.  Excuse me.  The evidence will show he believed

02:47PM  20    he was texting with a minor who was 13 years old and he

02:47PM  21    persisted in his attempts to meet up with her without

02:47PM  22    hesitating for a moment.  He stated clearly what his intentions

02:47PM  23    were; he wanted to have sex with her.

02:47PM  24         At the end of this trial, we'll come back and ask you

02:47PM  25    to find the defendant, Lyle Cummings, guilty on both counts.

| | | |
|---|---|---|
| 02:47PM | 1 | Thank you. |
| 02:47PM | 2 | THE COURT:  Mr. Mottl, when you're ready, openings. |
| 02:48PM | 3 | MR. MOTTL:  Thank you, Your Honor. |
| 02:48PM | 4 | Good afternoon again, ladies and gentlemen of the |
| 02:48PM | 5 | jury. |
| 02:48PM | 6 | The defense expects in part that the evidence will |
| 02:48PM | 7 | show, one, that Lyle Rikio Cummings, born on Maui and raised, |
| 02:48PM | 8 | lived in the community with his parents.  Hali'imaile, I'm not |
| 02:48PM | 9 | sure if you know Maui, but it's a bit a way up Haleakala, a |
| 02:48PM | 10 | former plantation community, and he went to high school there. |
| 02:48PM | 11 | He graduated from Maui high.  He gained employment with the |
| 02:49PM | 12 | County of Maui and worked for 27 years in the parks department, |
| 02:49PM | 13 | and for much of that time he was working at the Kihei Regional |
| 02:49PM | 14 | Park and was in charge of maintaining the lawn, the large areas |
| 02:49PM | 15 | of lawn in both the athletic fields and in other areas for |
| 02:49PM | 16 | picnicking and other things.  Primarily it was watered |
| 02:49PM | 17 | automatically, but primarily he cut grass and maintained the |
| 02:49PM | 18 | grounds otherwise. |
| 02:49PM | 19 | He lost the job when this incident took place and he |
| 02:49PM | 20 | is now employed at a private company that's developing former |
| 02:49PM | 21 | agricultural land and producing table vegetables and fruits to |
| 02:49PM | 22 | be sold locally.  He operates a machine and not far from where |
| 02:50PM | 23 | he lives in Hali'imaile, which used to be I believe it was |
| 02:50PM | 24 | pineapple and may have been partially sugar cane. |
| 02:50PM | 25 | He has no children.  At the time of this incident he |

| | | |
|---|---|---|
| 03:07PM | 1 | he not? |
| 03:07PM | 2 | MS. OLSON:  Yes. |
| 03:07PM | 3 | THE COURT:  Then he may remain. |
| 03:07PM | 4 | MS. OLSON:  Thank you. |
| 03:07PM | 5 | Government calls Detective John Surina. |
| 03:07PM | 6 | JOHN SURINA, |
| 03:07PM | 7 | called as a witness, having been first duly sworn, was examined |
| 03:07PM | 8 | and testified as follows: |
| 03:07PM | 9 | THE CLERK:  Please state your full name, spelling your |
| 03:07PM | 10 | last name for the record. |
| 03:08PM | 11 | THE WITNESS:  John Surina.  The last name is spelled |
| 03:08PM | 12 | S-U-R-I-N-A. |
| 03:08PM | 13 | DIRECT EXAMINATION |
| 03:08PM | 14 | BY MS. OLSON: |
| 03:08PM | 15 | Q    Good afternoon. |
| 03:08PM | 16 | A    Afternoon. |
| 03:08PM | 17 | Q    Could you please state your current employment? |
| 03:08PM | 18 | A    I'm employed as a sergeant with the Maui Police |
| 03:08PM | 19 | Department. |
| 03:08PM | 20 | Q    And how long have you been so employed? |
| 03:08PM | 21 | A    Nineteen years. |
| 03:08PM | 22 | Q    Where were you before that? |
| 03:08PM | 23 | A    Before the Maui Police Department? |
| 03:08PM | 24 | Q    Yes. |
| 03:08PM | 25 | A    I was -- before I moved to Maui, I was in Tucson, Arizona. |

| 03:08PM | 1 | Q | Were you so employed in March of 2020? |

03:08PM  1  Q   Were you so employed in March of 2020?

03:08PM  2  A   Yes, ma'am.

03:08PM  3  Q   Could you give a very brief overview of your training and

03:08PM  4  experience as an officer?

03:08PM  5  A   In relationship to this case?

03:08PM  6  Q   Just generally very briefly first.

03:08PM  7  A   In 2003 I was hired by the Maui Police Department.  I went

03:09PM  8  through the training academy put on by the Maui Police

03:09PM  9  Department where I went through recruit school, a field

03:09PM  10  training officer program.

03:09PM  11       From there I was in the Wailuku patrol division for

03:09PM  12  approximately seven years where I attended various trainings

03:09PM  13  related to narcotics and related to SWAT operations and

03:09PM  14  whatnot.

03:09PM  15       2011 I went to the Crime Reduction Unit, and then in

03:09PM  16  2015 I was promoted to sergeant where I went to the Criminal

03:09PM  17  Investigation Division.  While in the Criminal Investigation

03:09PM  18  Division, I received specialized training conducted by the

03:09PM  19  Internet Crimes Against Children, the ICAC task force, as well

03:09PM  20  as the FBI.

03:09PM  21  Q   Any other training or experience you can highlight that is

03:09PM  22  related to exploitation of children that are relevant to this

03:09PM  23  case?

03:09PM  24  A   Sure.  Through the ICAC program I went to the

03:10PM  25  investigative training and tactics techniques, excuse me,

03:10PM  1   course.  And through the FBI I went through the Online Covert
03:10PM  2   Employee Course.
03:10PM  3           I also attended a Crimes Against Children Conference
03:10PM  4   and the Crimes Against Women conference.
03:10PM  5   Q    And do you have training and experience in conducting or
03:10PM  6   being part of undercover operations?
03:10PM  7   A    Correct.
03:10PM  8   Q    Can you describe that a bit?
03:10PM  9   A    Well, I went through, excuse me, mentoring and experience
03:10PM  10  through the Washington State Patrol Missing and Exploited
03:10PM  11  Children Task Force, as well as through -- used being a chatter
03:10PM  12  in approximately ten enticement operations.
03:10PM  13  Q    What do you call those enticement operations?
03:10PM  14  A    The ones in Hawaii are called nickname Operation Keiki
03:10PM  15  Shield.
03:10PM  16  Q    Could you tell the jury just a brief overview of what
03:10PM  17  Operation Keiki Shield is generally.
03:10PM  18  A    Sure.  Operation Keiki Shield is an enticement operation
03:11PM  19  consisting of undercover chat operations in order to identify,
03:11PM  20  locate and arrest those individuals who would perpetrate
03:11PM  21  commercial and noncommercial sex crimes against children.
03:11PM  22  Q    And what's your experience been with Operation Keiki
03:11PM  23  Shield?  How many such operations have you participated in?
03:11PM  24  A    Approximately ten operations with OKS, as well as with
03:11PM  25  Washington State Patrol Operation Net Nanny.

| | | | |
|---|---|---|---|
| 03:11PM | 1 | Q | What's been your role in those operations? |
| 03:11PM | 2 | A | As a chatter. |
| 03:11PM | 3 | Q | Can you explain what a chatter is? |
| 03:11PM | 4 | A | A chatter is somebody that does the communication portion |
| 03:11PM | 5 | | of the enticement operation, so they use the various |
| 03:11PM | 6 | | applications as well as websites to communicate with those |
| 03:11PM | 7 | | individuals mentioned before. |
| 03:11PM | 8 | Q | So it's common practice of the Maui Police Department to |
| 03:12PM | 9 | | create fake profiles in these operations? |
| 03:12PM | 10 | A | During these operations, for the specific one, the Maui |
| 03:12PM | 11 | | Police Department conducted an operation from March 12th |
| 03:12PM | 12 | | through March 16th in 2020 based out of the Kihei police |
| 03:12PM | 13 | | station with partnership with the Hawaii Internet Crimes |
| 03:12PM | 14 | | Against Children Task Force, as well as the various federal, |
| 03:12PM | 15 | | state and federal local partners.  It was done at the Maui |
| 03:12PM | 16 | | Police Station, and yes, we were used as a chatter -- I was |
| 03:12PM | 17 | | used as a chatter in those such operations. |
| 03:12PM | 18 | Q | Going back to the March 2020 Operation Keiki Shield, can |
| 03:12PM | 19 | | you describe a little generally, were there teams?  How was it |
| 03:12PM | 20 | | set up? |
| 03:12PM | 21 | A | Sure.  It was conducted at the Kihei police station and it |
| 03:12PM | 22 | | consisted of a chatter, a chat group, as well as intelligence |
| 03:12PM | 23 | | analysts, as well as people that conducted interviews, people |
| 03:13PM | 24 | | that conducted surveillance, people that were on the arrest |
| 03:13PM | 25 | | team. |

| | | |
|---|---|---|
| 03:13PM | 1 | Q    You mentioned you were a chatter in this operation.  Just |
| 03:13PM | 2 | to go back, do you have an actual certification to be a chatter |
| 03:13PM | 3 | in these types of operations? |
| 03:13PM | 4 | A    Yes. |
| 03:13PM | 5 | Q    Can you describe that certification? |
| 03:13PM | 6 | A    It was issued by the FBI, Federal Bureau of Investigation, |
| 03:13PM | 7 | as through the Online Covert Employee Course in 2017. |
| 03:13PM | 8 | Q    So you take a course and then you become certified as a |
| 03:13PM | 9 | chatter? |
| 03:13PM | 10 | A    Correct. |
| 03:13PM | 11 | Q    So let's talk more about March 2020 and the specific |
| 03:13PM | 12 | operation. |
| 03:13PM | 13 | Are you familiar with someone named Lyle Cummings? |
| 03:13PM | 14 | A    Yes, ma'am. |
| 03:13PM | 15 | Q    And generally how are you familiar with him? |
| 03:13PM | 16 | A    He was the individual that I was chatting -- one of the |
| 03:13PM | 17 | individuals that I was chatting with during that operation. |
| 03:13PM | 18 | Q    And how did you begin chatting with Mr. Cummings? |
| 03:13PM | 19 | A    I began chatting with him on a web-based social media |
| 03:14PM | 20 | application, dating application, called Skout. |
| 03:14PM | 21 | Q    And how is it that this conversation began?  Did you -- |
| 03:14PM | 22 | how is it that you were -- let me back up. |
| 03:14PM | 23 | Why did law enforcement choose Skout? |
| 03:14PM | 24 | A    So Skout is the developer of a location-based, social |
| 03:14PM | 25 | media dating application, whereby users would create a profile |

42

03:14PM   1   that might have information about themselves or pictures of

03:14PM   2   them, and they would in turn exchange messages with other users

03:14PM   3   in that platform.

03:14PM   4          And from our training and experience, there is some

03:14PM   5   users of Skout that have sexually exploited children in the

03:14PM   6   past.

03:14PM   7   Q    What does the law enforcement team who is conducting this

03:14PM   8   operation do to cause someone to start a conversation?

03:15PM   9   A    Well, we created -- I myself created a profile on Skout

03:15PM  10   using an undercover officer, a picture of an undercover

03:15PM  11   officer.

03:15PM  12   Q    Could you please turn to Exhibit 1 in front of you?

03:15PM  13   A    Sorry.  Where is it?

03:15PM  14          MS. OLSON:  Could we please publish Exhibit 1?

03:15PM  15          THE COURT:  Exhibit 1 has been stipulated into

03:15PM  16   evidence, correct?

03:15PM  17          MS. OLSON:  Yes, Your Honor.

03:15PM  18          THE COURT:  You may publish when ready.

03:15PM  19          (Government's Exhibit 1, which was previously

03:15PM  20   stipulated into evidence, was published to the jury.)

03:15PM  21   BY MS. OLSON:

03:15PM  22   Q    You got Exhibit 1 in front of you on the screen?

03:15PM  23   A    Yes, ma'am.

03:15PM  24   Q    Okay.  Thank you.

03:15PM  25          What is Exhibit 1?

| | | | |
|---|---|---|---|
| 03:15PM | 1 | A | Exhibit 1 you see there is my profile that I created on |
| 03:16PM | 2 | | Skout with a picture of undercover officer from the Maui Police |
| 03:16PM | 3 | | Department Nicolai Ariga. |
| 03:16PM | 4 | Q | Why does she have this sort of dog nose filter on there? |
| 03:16PM | 5 | A | That's a Snapchat type filter that is commonly used by |
| 03:16PM | 6 | | young adults and teens. |
| 03:16PM | 7 | Q | What's listed at the top of the Exhibit 1? |
| 03:16PM | 8 | A | Sure.  The top of the page in blue, right there is the |
| 03:16PM | 9 | | name for my profile, a persona name of Kiana, and 35 was my |
| 03:16PM | 10 | | persona's age. |
| 03:16PM | 11 | Q | Why did you choose 35? |
| 03:16PM | 12 | A | Basically it was a random number; however, it was part of |
| 03:16PM | 13 | | kind of a contrast 35 with the age -- purported age of the |
| 03:16PM | 14 | | individual that appeared for Officer Ariga would appear much |
| 03:17PM | 15 | | younger than the age of 35 as well. |
| 03:17PM | 16 | Q | Why didn't you say 13 at the top? |
| 03:17PM | 17 | A | The users of Skout, you have to be 18 years or older to |
| 03:17PM | 18 | | use Skout. |
| 03:17PM | 19 | Q | Is it fair to say in order to put out the profile, you |
| 03:17PM | 20 | | could not have listed a number -- an age under 18? |
| 03:17PM | 21 | A | Yes, ma'am. |
| 03:17PM | 22 | Q | Why didn't you say 18 then? |
| 03:17PM | 23 | A | Because I wanted to have more of a contrast of age that |
| 03:17PM | 24 | | would be -- appear that I wasn't just on the cusp of 18. |
| 03:17PM | 25 | Q | Have you used this particular profile before in other |

03:17PM   1   operations?

03:17PM   2   A    No.

03:17PM   3   Q    This was created for this particular operation in

03:17PM   4   March 2020?

03:17PM   5   A    Yes.

03:17PM   6   Q    Approximately when did you put this profile up on Skout?

03:18PM   7   A    It was around midnight of March 12th, 13th, 2020.

03:18PM   8   Q    If you could turn to page 2 of Exhibit 1, please.

03:18PM   9        What is page 2?

03:18PM   10  A    Page 2 as you see is my profile on Skout.

03:18PM   11  Q    Who would see this page 2?

03:18PM   12  A    Any other person that I might connect with on the social

03:18PM   13  media dating application of Skout, so this is my profile in the

03:18PM   14  Skout application.

03:18PM   15  Q    So in the operation you said you posted the profile on

03:19PM   16  Skout and then what happened?

03:19PM   17  A    So I created this profile, the about me section and my

03:19PM   18  name, and so on so forth.  And then after you post your

03:19PM   19  profile, then you're amongst the other pool of profiles in the

03:19PM   20  Skout platform.  You have a profile and everybody else has a

03:19PM   21  profile.

03:19PM   22  Q    Could you please turn to what's been previously admitted

03:19PM   23  by stipulation, Exhibit 2?

03:19PM   24        MS. OLSON:  And could the Court please publish that?

03:19PM   25        THE COURT:  Yes.  It's an admitted exhibit again.  You

03:19PM    1    may publish.

03:19PM    2             (Government's Exhibit 2, which was previously

03:19PM    3    stipulated into evidence, was published to the jury.)

03:19PM    4    BY MS. OLSON:

03:19PM    5    Q    What is Exhibit 2?

03:19PM    6    A    This exhibit is that of Mr. Cummings and the title of his

03:19PM    7    profile, the name on the top there is Duckfat34.

03:19PM    8    Q    And who would create that profile name?

03:20PM    9    A    The user of that Skout profile would create that name.  In

03:20PM    10   this case it would be Mr. Cummings.

03:20PM    11   Q    So it's not somehow automatically assigned by the Skout

03:20PM    12   program or something like that.

03:20PM    13   A    Correct.

03:20PM    14   Q    What age does it say at the top for him?

03:20PM    15   A    It says 109.

03:20PM    16   Q    Who would see the details below?

03:20PM    17   A    Any other users of the Skout profile.  Any other users of

03:20PM    18   the Skout application that would click on his profile.

03:20PM    19   Q    And did this profile -- does this profile relate to your

03:20PM    20   investigation on March 2020 somehow?

03:20PM    21   A    Yes.

03:20PM    22   Q    What happened with it?

03:20PM    23   A    This was the profile that contacted me in my persona of

03:20PM    24   Kiana during the investigation.

03:20PM    25   Q    Do you recall about at what point, because you said you

03:21PM    1    posted your profile, at what point did you get this contact
03:21PM    2    from Duckfat34?
03:21PM    3    A    I believe it was on March 13th.  Within 24 hours of me
03:21PM    4    creating my profile of Kiana, I was contacted by DuckFat34.
03:21PM    5    Q    So your testimony is you didn't reach out to DuckFat,
03:21PM    6    DuckFat reached out to you first; is that correct?
03:21PM    7    A    Correct.
03:21PM    8    Q    Please turn to Exhibit 3 as has been previously admitted
03:21PM    9    by stipulation, or agreement I should say, of the parties?
03:21PM   10         MS. OLSON:  And could the Court please publish this?
03:21PM   11         THE COURT:  Yes, you may as an admitted exhibit by
03:21PM   12    stip.
03:21PM   13         (Government's Exhibit 3, which was previously
03:21PM   14    stipulated into evidence, was published to the jury.)
03:21PM   15    BY MS. OLSON:
03:21PM   16    Q    What is Exhibit 3?
03:21PM   17    A    This exhibit is the chat communication that I had with
03:21PM   18    Mr. Cummings in the persona of Kiana on the Skout platform.
03:22PM   19    Q    So could you just describe the layout of the first page
03:22PM   20    for the jury?
03:22PM   21    A    Sure.  On the top there you see the name Duckfat34.
03:22PM   22         Below that you see the image, his picture on his
03:22PM   23    profile of the duck in the middle.
03:22PM   24         On the left side is the messages that were sent by
03:22PM   25    Mr. Cummings in white.

| 03:22PM | 1 | On the right it will be the messages that were sent by |
|---------|---|--|
| 03:22PM | 2 | me in the persona of Kiana in blue. |
| 03:22PM | 3 | Q    Could you look at page 2?  Could you explain why it |
| 03:22PM | 4 | appears the last line on page 1 repeats at the top of page 2? |
| 03:22PM | 5 | A    That's just due to the formatting of this post, this |
| 03:23PM | 6 | exhibit.  The words are not repeated. |
| 03:23PM | 7 | Q    Going back one step, before we jump into going through |
| 03:23PM | 8 | these actual messages, did you or law enforcement somehow |
| 03:23PM | 9 | target Duckfat34 in your operation? |
| 03:23PM | 10 | A    No. |
| 03:23PM | 11 | Q    Had you heard of Duckfat34 before? |
| 03:23PM | 12 | A    No. |
| 03:23PM | 13 | Q    Had you heard of Lyle Cummings before? |
| 03:23PM | 14 | A    No. |
| 03:23PM | 15 | Q    At this point I would ask you to please read out loud all |
| 03:23PM | 16 | of the messages in Exhibit 3. |
| 03:23PM | 17 | A    Sure.  The first on the top of the left, Cummings, "Hi |
| 03:23PM | 18 | Kiana.  Happy Aloha Friday.  Walk the shops of Wailea or out |
| 03:24PM | 19 | Lahaina." |
| 03:24PM | 20 | Right, Kiana, "Huh." |
| 03:24PM | 21 | Cummings, "Go watch the noon reflection on the ocean." |
| 03:24PM | 22 | "Moon."  "Wyd." |
| 03:24PM | 23 | Q    Let me stop you.  I'm going to stop you and ask you a few |
| 03:24PM | 24 | questions as we read through these. |
| 03:24PM | 25 | What does WYD mean in your training and experience? |

| | | |
|---|---|---|
| 03:24PM | 1 | A    Training and experience, WYD would be what are you doing. |
| 03:24PM | 2 | Q    Since there's quite a few emojis in here, could you just |
| 03:24PM | 3 | explain basically to the jury, what is an emoji? |
| 03:24PM | 4 | A    An emoji would be a picture to add representative meaning |
| 03:24PM | 5 | that you use in text messages. |
| 03:24PM | 6 | Q    Could you please turn to page 2 and continue reading, and |
| 03:24PM | 7 | no need to reread the top line which you already read. |
| 03:24PM | 8 | A    Correct.  To the left, Cummings -- |
| 03:24PM | 9 | Q    Could I just ask, just read the text only just so it's not |
| 03:24PM | 10 | confusing as to what's in the text and what's your commentary. |
| 03:25PM | 11 | A    "What kine fun you looking for?" |
| 03:25PM | 12 | "Umm okay.  Just bored at my cousins in Kihei." |
| 03:25PM | 13 | "Like me come rescue you.  Come pick you up??  Still |
| 03:25PM | 14 | early can go Lahaina or out Makana.  You like have fun or no |
| 03:25PM | 15 | can?" |
| 03:25PM | 16 | To the right in the blue, "Sry.  Cousin had drama. |
| 03:25PM | 17 | Lame."  Eye rolling emoji.  "When you wake up, maybe we hang |
| 03:25PM | 18 | out later tonight or this evening catch the sunset."  Hand |
| 03:25PM | 19 | waving emojis. |
| 03:25PM | 20 | "Good morning LOL." |
| 03:25PM | 21 | "Mornin." |
| 03:25PM | 22 | "Got any plans for the evening n tonight?.?" |
| 03:25PM | 23 | "Not really.  U? |
| 03:25PM | 24 | "Nothing really.  Take you catch the sunset n go by |
| 03:26PM | 25 | the Shops of Wailea or Lahaina. |

03:26PM    1              "Okay.  Maybe not.  Guess just kick at home."  Blowing

03:26PM    2    wind emojis.  "Couple watch a flick."

03:26PM    3              "Cool.  I'm in Kihei 2nite.  Bored."

03:26PM    4              "Can I come down rescue you for a few hours?.?"

03:26PM    5              "LOL.  Maybe you wanna text?  This app is glitchy AF."

03:26PM    6    Q    Sorry.  I'll stop you there.  I'm sorry to make you say

03:26PM    7    this, but what does AF stand for?

03:26PM    8    A    The common vernacular slang for as fuck.

03:26PM    9    Q    Page 4, please.

03:26PM    10    A    On the left, "Yeah can."

03:26PM    11              Blue on the right.  "793-4791.  What's ur name?"

03:27PM    12    Q    Now, you're acting as the role of Kiana, correct?

03:27PM    13    A    Yes, ma'am.

03:27PM    14    Q    Why do you give your phone number?

03:27PM    15    A    In order to have a more intimate real connection with

03:27PM    16    somebody as opposed to just being a bot or somebody on a chat

03:27PM    17    platform, you can give them the phone number in order to have

03:27PM    18    more of a one-on-one conversation with them.  Sometimes as well

03:27PM    19    the app can be glitchy.

03:27PM    20    Q    And why do you ask what's your name?

03:27PM    21    A    Because it doesn't really have a name under his profile as

03:27PM    22    opposed to just Duckfat34.

03:27PM    23    Q    Please turn to Exhibit 4.

03:27PM    24              MS. OLSON:  And this has been previously agreed upon

03:27PM    25    to be admitted by the parties.  If this could be please

03:27PM   1   published.

03:27PM   2          THE COURT:  Yes.  If it's been admitted by

03:27PM   3   stipulation, you may publish when ready.

03:27PM   4          MS. OLSON:  We also -- the parties also agreed, prior

03:27PM   5   to trial and pursuant to the government's motion in limine,

03:27PM   6   that we could hand out physical copies of Exhibit 4 to the jury

03:28PM   7   so that they may follow along the text conversation as its

03:28PM   8   read.  May we hand hard copies out to the jury now?

03:28PM   9          THE COURT:  Yes, you may.

03:28PM   10          MS. OLSON:  Thank you.

03:28PM   11          (Government's Exhibit 4, which was previously

03:28PM   12   stipulated into evidence, was published to the jury.)

03:28PM   13          THE COURT:  As Exhibit 4 is being distributed, I will

03:28PM   14   let our jurors know as I will when I instruct you at the end of

03:28PM   15   this case, that these transcripts have been prepared by the

03:28PM   16   government to aid as you listen to the recount of the exchange

03:28PM   17   of text messages, and you'll see later on when we get to the

03:28PM   18   video evidence that the same would be true.  The text messages,

03:29PM   19   the videos that are displayed are the actual evidence.  The

03:29PM   20   transcripts are not.

03:29PM   21          So if Officer Surina reads the text in a manner that

03:29PM   22   is inconsistent with what you see on the text messages or if

03:29PM   23   you hear video that is inconsistent, the audio portion that is,

03:29PM   24   that is inconsistent with the transcript that you're given, it

03:29PM   25   is your recollection of what you see and what you hear that is

51

03:29PM  1  the actual evidence, not what is in front of you.

03:29PM  2  BY MS. OLSON:

03:29PM  3  Q    Detective Surina, can you see Exhibit 4 in front of you?

03:29PM  4  A    Yes, ma'am.

03:29PM  5  Q    Can you generally describe what this is.

03:29PM  6  A    This is a printout of the text message conversation that I

03:29PM  7  had in the persona of Kiana with Mr. Cummings.

03:29PM  8  Q    And could you describe the general layout, the colors and

03:30PM  9  discuss the layout of this.

03:30PM  10  A    Sure.  The text messages that were sent by Mr. Cummings

03:30PM  11  are in orange as you see in the top left where it says,

03:30PM  12  "Speaker Cummings (808)357-3711."

03:30PM  13       Text messages by myself in the persona of Kiana are in

03:30PM  14  green as when you see on the left, "Kiana (808) 793-4791."

03:30PM  15       The next to the right is the date.  That's the date

03:30PM  16  the text messages were sent, and next to that is the time that

03:30PM  17  the text messages were sent.

03:30PM  18       To the right of that where it says "Text Message" is

03:30PM  19  where the content of the text message is.

03:30PM  20  Q    Thank you.

03:30PM  21       So I'll now ask you if you can please read all of the

03:30PM  22  text messages, not including the date and time.  I think it

03:31PM  23  would be helpful if you could just say Cummings and then

03:31PM  24  exactly what Mr. Cummings said, and then when it switches to

03:31PM  25  Kiana, if you could say Kiana, it might help the jury to follow

| | | |
|---|---|---|
| 03:31PM | 1 | the change in speakers a bit; but then if you could just read |
| 03:31PM | 2 | exactly what it says, briefly describing emojis and photographs |
| 03:31PM | 3 | in the document. |
| 03:31PM | 4 | A    Yes, ma'am. |
| 03:31PM | 5 | THE COURT:  I just have some questions.  The first |
| 03:31PM | 6 | text message that appears on this exhibit, Exhibit 4, is this |
| 03:31PM | 7 | the first communication that you had with DuckFat34 since the |
| 03:31PM | 8 | communications in the previous exhibit that were occurring via |
| 03:31PM | 9 | the Skout platform? |
| 03:31PM | 10 | THE WITNESS:  Yes, sir. |
| 03:31PM | 11 | THE COURT:  So you've now transferred your |
| 03:31PM | 12 | communications to just simple text message. |
| 03:31PM | 13 | THE WITNESS:  Yes, sir. |
| 03:31PM | 14 | THE COURT:  Thank you. |
| 03:31PM | 15 | BY MS. OLSON: |
| 03:31PM | 16 | Q    The Court brings up a very good point.  If you can just |
| 03:31PM | 17 | reference actually back to the last page of Exhibit 3 and then |
| 03:31PM | 18 | look at the first page of Exhibit 4 before you start the |
| 03:31PM | 19 | reading. |
| 03:31PM | 20 | How much time is there between the end of the Skout |
| 03:32PM | 21 | conversation and the beginning of the text message |
| 03:32PM | 22 | conversation?  Roughly. |
| 03:32PM | 23 | A    From 7:20, that text message conversation of 7:20 p.m. |
| 03:32PM | 24 | providing the phone number, and 7:37 the first text message was |
| 03:32PM | 25 | received, so approximately 17 minutes, 15 minutes. |

| | | |
|---|---|---|
| 03:32PM | 1 | Q    At the top of page 1 of Exhibit 4, and I apologize if you |
| 03:32PM | 2 | said this and I didn't catch it, but there's a Cummings and |
| 03:32PM | 3 | there's a phone number. |
| 03:32PM | 4 |      What is that entry for? |
| 03:32PM | 5 | A    That is Cummings' phone number that he used to communicate |
| 03:32PM | 6 | via text message. |
| 03:32PM | 7 | Q    Okay.  So is it correct this is the same day as the end of |
| 03:32PM | 8 | the Skout conversation? |
| 03:32PM | 9 | A    Yes, ma'am. |
| 03:33PM | 10 | Q    Okay.  If you could please begin your reading and I will |
| 03:33PM | 11 | stop you occasionally to ask you some clarifying questions. |
| 03:33PM | 12 | A    From the top, "Cummings Hi Kiana my name Lyle.  From Skout |
| 03:33PM | 13 | LOL." |
| 03:33PM | 14 |      Kiana.  Hand waving emoji.  "Howzit!!!" |
| 03:33PM | 15 |      "Cummings.  "You out in Kihei?.?" |
| 03:33PM | 16 |      "Kiana:  Yeah.  Cruisin at my cousins place, her |
| 03:33PM | 17 | parents outta town." |
| 03:33PM | 18 |      "Cummings.  What time I coming pick you up?  You have |
| 03:33PM | 19 | a picture with no filter blocking your face." |
| 03:33PM | 20 |      "Kiana.  Yeah, but upfront I'm waaay younger.  Just |
| 03:33PM | 21 | put a random number in my profile." |
| 03:33PM | 22 |      "Cummings.  Like how old..  age no matter if we going |
| 03:33PM | 23 | out hanging out having a good time.  What time you like me come |
| 03:34PM | 24 | down?.?" |
| 03:34PM | 25 |      "Kiana.  Cool."  Blushing emoji.  "Well, upfront I'm |

| | | |
|---|---|---|
| 03:34PM | 1 | 14, well, I turn 14 next month, just hate stupid kids my age." |
| 03:34PM | 2 | Q    I might stop you there. |
| 03:34PM | 3 | So why do you say that? |
| 03:34PM | 4 | A    To inform him of my age and that as a 13-year-old, |
| 03:34PM | 5 | generally sometimes they like older guys.  Don't like kid |
| 03:34PM | 6 | games. |
| 03:34PM | 7 | Q    Okay.  Please continue. |
| 03:34PM | 8 | A    "Cummings.  I yah I'll grant you this once tonight.  I'll |
| 03:34PM | 9 | come pick you up." |
| 03:34PM | 10 | "Kiana:  Grant me what????"  Upside down emoji. |
| 03:34PM | 11 | "Cummings.  Let me see a picture without a filter |
| 03:34PM | 12 | covering your face.  Hang out tonight.  Come down rescue you |
| 03:34PM | 13 | for a few hours from your cousin."  The message is repeated. |
| 03:34PM | 14 | Q    Let me stop you. |
| 03:34PM | 15 | Why is the message repeated exactly the same in two |
| 03:35PM | 16 | entries there? |
| 03:35PM | 17 | A    I don't know. |
| 03:35PM | 18 | Q    Continue, please. |
| 03:35PM | 19 | A    "Have a good weekend." |
| 03:35PM | 20 | "Kiana."  There's a picture image of UC, Undercover |
| 03:35PM | 21 | Officer, Nicolai Ariga from the Maui Police Department. |
| 03:35PM | 22 | "Cummings.  You wanna go hang out?.?  Take you to the |
| 03:35PM | 23 | Shops Wailea or at Lahaina.  What time I can come pick you up |
| 03:35PM | 24 | tonight?.?  Yes, no?.?" |
| 03:35PM | 25 | "Kiana.  Maybe.  Sorry -- Sry.  Drama with my gf. |

| | | |
|---|---|---|
| 03:35PM | 1 | "Cummings.  With your gf??  Let spoil you."  An image |
| 03:35PM | 2 | of hundred dollar bills fanned out."  Let me come pick you up |
| 03:36PM | 3 | take you away from the drama." |
| 03:36PM | 4 | "Kiana.  Damn!!  That sounds so much better than this |
| 03:36PM | 5 | stupid BS" smiley face. |
| 03:36PM | 6 | "Kiana.  Girlfriend drama." |
| 03:36PM | 7 | "Cummings.  I'll be your sugar daddy.  Send me couple |
| 03:36PM | 8 | more pictures of you." |
| 03:36PM | 9 | "Kiana."  Emojis of various candy, snow cone, cupcake. |
| 03:36PM | 10 | "I likey.  Can you send me pic 2?" |
| 03:36PM | 11 | Q    Let me stop you there. |
| 03:36PM | 12 | Why do you ask Cummings to send you a picture? |
| 03:36PM | 13 | A    Because he asked me to send him a picture of myself and I |
| 03:36PM | 14 | wanted to see another picture of him in order to see what he |
| 03:36PM | 15 | really looked like as opposed to the Skout profile pictures |
| 03:36PM | 16 | that he had. |
| 03:36PM | 17 | Q    Okay.  Thank you. |
| 03:37PM | 18 | A    "Cummings.  Should I start to drive come down."  Message |
| 03:37PM | 19 | repeated.  "Okay." |
| 03:37PM | 20 | "Kiana."  A picture of Officer Ariga. |
| 03:37PM | 21 | "Cummings.  So am I going to see you tonight?., |
| 03:37PM | 22 | "Kiana.  Maybe.  Gotta trynna get away from my |
| 03:37PM | 23 | girlfriend.  What u got in mind." |
| 03:37PM | 24 | "Cummings.  What Evers you like do.  I get..." money |
| 03:37PM | 25 | symbol "...for us to have fun.  What you like do?.? |

03:37PM    1              "Kiana.  What kinda fun you gonna do wit a 13-year-old

03:37PM    2    girl?  I can't go into bars."

03:37PM    3    Q    Let me stop you.

03:37PM    4              Why did you ask him that?

03:37PM    5    A    To begin to understand his intention of what he was

03:37PM    6    looking for.

03:37PM    7    Q    Thank you.

03:37PM    8    A    "Cummings.  We can go to the beach n have fun our -- n

03:38PM    9    have our own fun.  Watch the moon reflect on your body."

03:38PM   10              On the top, "Cummings.  As we lay n cuddle up together

03:38PM   11    Lol nah jk. What Evers.

03:38PM   12              "Kiana.  Cuddles?"  Laughing emoji.

03:38PM   13              "Cummings.  You burn weed?,"

03:38PM   14    Q    Let me stop you here.

03:38PM   15              In your training and experience, are you able to say

03:38PM   16    what he's referring to with weed?

03:38PM   17    A    My training and experience for this connotation would be

03:38PM   18    marijuana.

03:38PM   19    Q    Thank you.

03:38PM   20    A    "Kiana.  Yeah but it puts me to" sleeping emoji.

03:38PM   21              "Cummings.  I'll have some if you like."  Wind blowing

03:38PM   22    emoji.

03:38PM   23    Q    If I may stop you again.

03:38PM   24              In your training and experience, in the context of

03:38PM   25    this conversation, what do you think that blowing emoji is?

03:39PM  1   A    From my training and experience, that would be a smoking

03:39PM  2   emoji reference to smoking marijuana.

03:39PM  3   Q    I'd like to talk a little bit more about your training and

03:39PM  4   experience here going back to how you said you have significant

03:39PM  5   training and experience in child exploitation cases.

03:39PM  6        Why does Mr. Cummings offer her marijuana at this

03:39PM  7   point in your training and experience?

03:39PM  8   A    In order to persuade and to coax, and to entice her to

03:39PM  9   gain her favor.

03:39PM  10  Q    Is that something that's common in your experience in

03:39PM  11  investigating child exploitation cases?

03:39PM  12  A    Yes.

03:39PM  13  Q    Can you expand a little bit on that?

03:39PM  14  A    I'm sorry.  Can you repeat the question?

03:39PM  15  Q    Could you expand a little bit on that?

03:39PM  16  A    On which part?

03:39PM  17  Q    How it's common in child exploitation cases to offer

03:39PM  18  marijuana or other drugs?

03:39PM  19  A    That would be something that would be common in that for

03:39PM  20  an adult to offer various drugs to minors in order to gain

03:40PM  21  favor, to groom, to manipulate, to induce, to coax them.

03:40PM  22  Q    Thank you.

03:40PM  23       Please continue reading.

03:40PM  24  A    "Cummings.  So should I come down or you can't come out if

03:40PM  25  I come down?.?  Lol why you don't answer?"

| | | |
|---|---|---|
| 03:40PM | 1 | "Kiana.  My girlfriend is over rn.  Watchin a movie." |
| 03:40PM | 2 | Q    Let me stop you. |
| 03:40PM | 3 |      So in this point in the conversation DuckFat34 we'll |
| 03:40PM | 4 | say, has asked you repeatedly to meet in person. |
| 03:40PM | 5 |      Why are you not agreeing at this point to meet in |
| 03:40PM | 6 | person? |
| 03:40PM | 7 | A    I'm still understanding his intent and still building a |
| 03:40PM | 8 | rapport with him. |
| 03:40PM | 9 | Q    Thank you. |
| 03:41PM | 10 |      Please continue. |
| 03:41PM | 11 | A    "My girlfriend is over rn.  Watchin a movie." |
| 03:41PM | 12 |      "Cummings.  Send a pic of you two." |
| 03:41PM | 13 |      "Kiana.  You haven't even sent me one pic yet." |
| 03:41PM | 14 | Q    Can I ask you, why did you say that? |
| 03:41PM | 15 | A    Because he hasn't sent me a picture of himself and I've |
| 03:41PM | 16 | sent two pictures of Kiana. |
| 03:41PM | 17 | Q    Okay. |
| 03:41PM | 18 | A    "Cummings."  Then picture of him from his Skout profile. |
| 03:41PM | 19 | "Cummings.  My profile picture. |
| 03:41PM | 20 |      The next image on the top is stacks of $100 bills. |
| 03:41PM | 21 |      "Cummings.  Is your gf going home soon?.?" |
| 03:41PM | 22 |      "Kiana.  I already saw the profile pic."  Money |
| 03:42PM | 23 | emojis.  "How can I get one of those stacks?" |
| 03:42PM | 24 |      "Cummings.  When you ride with me.  Is tonight gonna |
| 03:42PM | 25 | happen for us or just talk." |

| | | |
|---|---|---|
| 03:42PM | 1 | "Kiana.  What you gonna do.  We." |
| 03:42PM | 2 | "Cummings.  Come down pick you up go by the beach, |
| 03:42PM | 3 | listen music talk n hang out for a few hours. |
| 03:42PM | 4 | "Kiana.  So just talk wit you and I get a stack?" |
| 03:42PM | 5 | "Cummings." Few" hundred emojis.  You know you not |
| 03:42PM | 6 | going, yes or no or we just do tomorrow either Shops of Wailea, |
| 03:42PM | 7 | outlets in Lahaina or Victoria Secret." |
| 03:42PM | 8 | "What, I not going." "Kiana.  U didn't even send me a |
| 03:43PM | 9 | pic yet." |
| 03:43PM | 10 | "Cummings.  What pic you like?" |
| 03:43PM | 11 | "Kiana.  Whatever." |
| 03:43PM | 12 | Q    Let me stop you there. |
| 03:43PM | 13 | Why did you say that, because he did send you a |
| 03:43PM | 14 | picture?  Why did you say you didn't send me one when he |
| 03:43PM | 15 | already did? |
| 03:43PM | 16 | A    The picture that he had sent was the same one that had |
| 03:43PM | 17 | been in the Skout profile and the other pictures were just of |
| 03:43PM | 18 | money.  They weren't of what he represented to be him. |
| 03:43PM | 19 | Q    So you were trying to get a picture that was different |
| 03:43PM | 20 | from the profile picture? |
| 03:43PM | 21 | A    Yes. |
| 03:43PM | 22 | Q    Okay. |
| 03:43PM | 23 | A    "Cummings.  You not going come with me.. you just talking |
| 03:43PM | 24 | like you like go.  Lol you want me come get you tonight?? |
| 03:43PM | 25 | "Kiana.  Pic of u not from profile." |

03:43PM    1        "Cummings.  Good night."

03:43PM    2         "Kiana.  I not playin games.  Why can't you just send

03:44PM    3    a pic.. all is former profile."

03:44PM    4         "Cummings.  I know more any."

03:44PM    5         "Kiana.  You like see pics of me but you don't have

03:44PM    6    any??"  Upside down emoji.  Crying emoji.

03:44PM    7    Q    Let me stop you here.

03:44PM    8         Could you just note the date and time of the next

03:44PM    9    entry?

03:44PM   10    A    Next entry is at 11:01 a.m. the following morning.  The

03:44PM   11    last one ended around midnight.

03:44PM   12    Q    How many days -- what's the -- in the next entry, how many

03:44PM   13    days have you been chatting already?

03:44PM   14    A    From the initial contact on the 13th through 14th at 2:53.

03:44PM   15    Q    So this was the beginning of the third day; is that right?

03:44PM   16    A    Correct.

03:44PM   17    Q    Okay.

03:44PM   18    A    "Cummings.  Good morning."

03:45PM   19         "Kiana."  Waving emoji.  Yawning emoji.

03:45PM   20         "Cummings.  You still sleeping."

03:45PM   21    Q    Let me stop you again so I can ask you a question.

03:45PM   22         Why did you wait for Cummings to reach out to you the

03:45PM   23    next morning?  Why didn't you initiate the conversation on

03:45PM   24    March 15th?

03:45PM   25    A    Didn't have a specific reason in the morning time.  He's

03:45PM  1   the one that just had initiated a conversation.

03:45PM  2   Q    Okay.  Continue.

03:45PM  3   A    "Cummings:  You still sleeping."

03:45PM  4        "Kiana.  Jus wakin."

03:45PM  5        "Cummings.  You have any plans for today??"

03:45PM  6        "Kiana:  Dunno yet.  Cousin just got back .. she kinda

03:45PM  7   get in irraz already."

03:45PM  8   Q    Can I stop you?

03:45PM  9        What does irraz mean?  Why does it say that?

03:45PM  10  A    Irraz would be slang for irritated.

03:45PM  11  Q    Thank you.

03:45PM  12  A    "Cummings.  Can you get away.. let me take you shops of

03:45PM  13  Wailea couple hours or go by the beach."

03:46PM  14       "Kiana.  Dunno yet.  She all up in my bizness -- she

03:46PM  15  all up in bizness rn."

03:46PM  16       Page 7 the top, "Cummings.  Wanna go hang out

03:46PM  17  .. couple hours.  Okay babes lmk."

03:46PM  18  Q    What does lmk mean?

03:46PM  19  A    My training and experience, that would be let me know.

03:46PM  20  Q    Okay.

03:46PM  21  A    "Kiana.  Brah.  So such stupid shit."  Angry emoji.  "I

03:46PM  22  want to go beach and cousin just fckin watching movies."

03:46PM  23       "Cummings.  Well let me come get you n disappear for a

03:46PM  24  few hours.  Let's go buy you a..." bikini emoji "...n go

03:46PM  25  beach."

| | | |
|---|---|---|
| 03:46PM | 1 | "Kiana." Iirrrrrraaaaaazzzzzzzzzz" scorpion emoji. "I |
| 03:46PM | 2 | wish." |
| 03:46PM | 3 | "Cummings. Babes want me come get you." |
| 03:47PM | 4 | "Kiana. She's cool and all. Like my hanai sister but |
| 03:47PM | 5 | she's hella boring." |
| 03:47PM | 6 | "Cummings. Let's go have our own fun n you can go |
| 03:47PM | 7 | back be boring later." |
| 03:47PM | 8 | "Kiana. Can't just skip on obv kine. She's all up in |
| 03:47PM | 9 | my biz cause she knows what I'm like..lol." Devil emojis. |
| 03:47PM | 10 | "She's only 17, but she watch ova me more than my moms." |
| 03:47PM | 11 | "Cummings. We should just go for a little while." |
| 03:47PM | 12 | "Kiana. Can later prolly." |
| 03:47PM | 13 | "Cummings. Yeah lmk. Give me at least 30/45 min |
| 03:47PM | 14 | early so I can get to Kihei. I stay up country." |
| 03:48PM | 15 | "Kiana. Kk." |
| 03:48PM | 16 | "Cummings. We can go do what Evers you like n go take |
| 03:48PM | 17 | you shopping. What you think you want to go do?.?" |
| 03:48PM | 18 | The top, "Kiana" page 8. "Why you really want to buy |
| 03:48PM | 19 | me..." swimming suit emoji and dress emoji. "Just be real. |
| 03:48PM | 20 | Hate games dat HS boys play." |
| 03:48PM | 21 | Q   What does HS stand for? What were you trying to get at |
| 03:48PM | 22 | there? |
| 03:48PM | 23 | A   HS would stand for high school. |
| 03:48PM | 24 | "Cummings. We not playing games .. babes. I'll spoil |
| 03:48PM | 25 | you if you wanna hang with me. You just be real too. What we |

03:48PM   1   going get be between us .. no one need to know where or how you

03:48PM   2   being spoiled --

03:48PM   3   Q    Let me stop you here for a second.

03:49PM   4         On that last entry from Cummings, the last message, in

03:49PM   5   your training and experience, why does he say that?

03:49PM   6   A    My training and experience, why he's saying "not playing

03:49PM   7   games," meaning that his intentions are real and that he wanted

03:49PM   8   to spoil me and hang with me; that it would just be between us.

03:49PM   9   It would be secretive in nature and nobody else would need to

03:49PM   10   know how she would be getting spoiled and who she would be

03:49PM   11   getting spoiled by.

03:49PM   12   Q    In your training and experience, in a child exploitation

03:49PM   13   case, why would he want to keep it secret?

03:49PM   14   A    Because he realizes what he is doing is immoral and

03:49PM   15   illegal.

03:49PM   16   Q    Why?

03:49PM   17   A    And wrong.  Because he is an adult and she is 13.  Kiana

03:49PM   18   is a 13-year-old and she's -- correct.  In the context as well

03:49PM   19   of being spoiled, buying things, providing marijuana would be

03:50PM   20   another coaxing, inducing and grooming of a minor.

03:50PM   21   Q    Thank you.

03:50PM   22   A    Kiana --

03:50PM   23         THE COURT:  Before you continue, Officer, the last

03:50PM   24   entry that you read was not captured by the record.  Counsel

03:50PM   25   interrupted you before you finished reading that entry, so you

03:50PM   1    might want to re-read it just so the record is complete.

03:50PM   2              THE WITNESS:  Yes, sir.

03:50PM   3              "What we get going be between us.  No one need to know

03:50PM   4    where or how you being spoiled m taken cared of."

03:50PM   5              "Kiana.  I am being real...  dats why I want to know,

03:50PM   6    not anyone else, lol.  Jus saying cus I can't jus break out

03:50PM   7    wheneva..  my cousins parents come back tomorrow."

03:50PM   8              "Cummings.  Well when ever you can we go do things.

03:50PM   9    I'm down for what Evers you like n when you like go.  Look like

03:51PM  10    spring break going go on all month for you.  Where you go high

03:51PM  11    school?.?"

03:51PM  12              "Kiana.  Hahah right?"  Zombie emojis.  Just started

03:51PM  13    at Baldwin."

03:51PM  14    Q    Why do you say he just started at Baldwin?

03:51PM  15    A    Like I just began going to school, started freshman year

03:51PM  16    at Baldwin is a high school.

03:51PM  17              "Cummings.  Fuck Baldwin lol.  Send me a picture of

03:51PM  18    you laying around bored.  Wyd."

03:51PM  19              "Kiana.  Fuck Baldwin??.?.?  Why dat?"

03:51PM  20              "Cummings.  Lol.  Maui high is our island school.

03:51PM  21    Babes send me a picture of you laying around being bored."

03:51PM  22              "Kiana.  Why that.  You havnt even sent me one pic

03:52PM  23    yet."

03:52PM  24              "Cummings," the top page 9, "Send me then I'll send

03:52PM  25    you."

03:52PM   1            "Kiana.  I do love the..." money emoji "...pic tho.
03:52PM   2    You send a pic wit peace sign and I'll send u one."
03:52PM   3    Q    Let me stop you there.
03:52PM   4            Why do you specifically ask for a peace sign picture?
03:52PM   5    A    It's something that he would actually send to know he
03:52PM   6    would be actually real.
03:52PM   7    Q    Thank you.
03:52PM   8    A    "Cummings:  It's not sending the pictures.
03:52PM   9            "Kiana.  ?"
03:52PM  10            "Cummings.  Trying to send you picture.  It won't go
03:52PM  11    thru."
03:52PM  12            "Kiana.  Omg."  Eye roll emoji."
03:52PM  13            "Cummings."  Image of -- purported to be Cummings with
03:53PM  14    two fingers up.
03:53PM  15    Q    Let me ask you a question about that.
03:53PM  16            What did you interpret those two fingers to be in the
03:53PM  17    context of this conversation?
03:53PM  18    A    Peace sign.
03:53PM  19    Q    Thanks.
03:53PM  20    A    "Kiana."  Smiley face.  "K.. hold on."
03:53PM  21            "Cummings.  Send me a picture of you laying in your
03:53PM  22    booty shorts bored."
03:53PM  23            "Kiana."  An image of Maui Police Department Officer
03:53PM  24    Ariga with two fingers raised in a peace sign."
03:53PM  25            Page 10.  "Cummings.  Still bored."

| | | |
|---|---|---|
| 03:53PM | 1 | "Kiana.  Omg I not wearing booty shorts.  Yeah just |
| 03:53PM | 2 | chilling with cousin and her gf." |
| 03:53PM | 3 | "Cummings.  Show me what you got on.  Your cousin is a |
| 03:53PM | 4 | guy or girl?.?" |
| 03:53PM | 5 | "Kiana.  Omg.  Brah why you being pushy wit da pics?" |
| 03:54PM | 6 | "Kiana.  Girl." |
| 03:54PM | 7 | "Cummings.  Well you no let me see -- let me come see |
| 03:54PM | 8 | you.  Sorry." |
| 03:54PM | 9 | "Kiana.  I cannot help rn."  Eye rolling emoji. |
| 03:54PM | 10 | Q    What does rn stand for? |
| 03:54PM | 11 | A    Right now. |
| 03:54PM | 12 | "Cummings.  You can by sending me pic."  Laughing |
| 03:54PM | 13 | emoji. |
| 03:54PM | 14 | "Kiana.  Eye rolling emojis. "Lol.  Wyd?" |
| 03:54PM | 15 | "Cummings.  Nothing watching TV n" wind emojis. |
| 03:54PM | 16 | "Kiana.  Cool.  So how you makin all dat" money |
| 03:54PM | 17 | emojis. |
| 03:54PM | 18 | "Cummings.  Work Monday through Friday single, no |
| 03:54PM | 19 | bills." |
| 03:54PM | 20 | "Kiana.  Lol.  You look flashy tho.. hustlin." |
| 03:55PM | 21 | Champagne emoji, plane emoji, diamond emoji. "Lol.  I like |
| 03:55PM | 22 | that." |
| 03:55PM | 23 | Page 11 the top.  "Cummings.  Just came back from |
| 03:55PM | 24 | Vegas." |
| 03:55PM | 25 | "Kiana.  Brah I want to go so bad.  Nevah been." |

| | | |
|---|---|---|
| 03:55PM | 1 | "Cummings.  I'm ready for go back.  I stay on the |
| 03:55PM | 2 | Vegas strip.  Planet Hollywood has its own mall in it." |
| 03:55PM | 3 | "Kiana."  Hand raising emojis and airplane emojis. |
| 03:55PM | 4 | "Cummings.  Lol you can't even cruise couple hours yet |
| 03:55PM | 5 | you like go Vegas." |
| 03:55PM | 6 | "Kiana.  Lol.  I can l8er on when cousin goes to her |
| 03:55PM | 7 | BF's place.  We going down beach now." |
| 03:55PM | 8 | "Cummings.  Okay." |
| 03:56PM | 9 | "Kiana.  How old you nyway?" |
| 03:56PM | 10 | "Cummings.  31." |
| 03:56PM | 11 | "Kiana.  Cool." |
| 03:56PM | 12 | "Cummings.  You okay with it." |
| 03:56PM | 13 | "Kiana.  Yeah.  I like older guys duh.."  eye rolling |
| 03:56PM | 14 | emoji, laughing emoji.  "U okay wit me being 13?" |
| 03:56PM | 15 | Q   Let me ask a question here. |
| 03:56PM | 16 | Why did you ask that? |
| 03:56PM | 17 | A   He had told me his age.  I reaffirmed my age as well so he |
| 03:56PM | 18 | understood my age as being 13, reiterated that point. |
| 03:56PM | 19 | Q   Thank you. |
| 03:56PM | 20 | A   "Cummings.  Ok.. so long your okay with me." |
| 03:56PM | 21 | "Kiana.  Yeah yeah.  So what you looking 4 do wit me |
| 03:56PM | 22 | bein 13?  I can't go bars." |
| 03:56PM | 23 | Q   Let me stop you there. |
| 03:56PM | 24 | Why did you say that? |
| 03:56PM | 25 | A   Looking for understanding what his intentions were to do |

| | | |
|---|---|---|
| 03:56PM | 1 | with a 13-year-old. |
| 03:57PM | 2 | Page 12 at the top. "Cummings. Walk around the shops |
| 03:57PM | 3 | Wailea holding your hand ... taking you to the beach n sleeping |
| 03:57PM | 4 | under the stars waking up to you .. renting hotel rooms during |
| 03:57PM | 5 | the weekends spoiling you .. late nights watching movies .. and |
| 03:57PM | 6 | what ever you like do." Message is repeated. |
| 03:57PM | 7 | "What you want me to do with you.?." The message is |
| 03:57PM | 8 | repeated from earlier. |
| 03:57PM | 9 | "Kiana. -- |
| 03:57PM | 10 | Q    I'm sorry. Excuse me. |
| 03:57PM | 11 | A    Sure. |
| 03:57PM | 12 | Q    If I could stop you there. |
| 03:57PM | 13 | In your training and experience, why is DuckFat34 |
| 03:57PM | 14 | saying that last entry there? |
| 03:57PM | 15 | A    Regarding the walking around Shops of Wailea holding your |
| 03:58PM | 16 | hand? |
| 03:58PM | 17 | Q    Yes. |
| 03:58PM | 18 | A    At that point he is, with a combination of pictures of |
| 03:58PM | 19 | money, offering marijuana, going to the Shops of Wailea, which |
| 03:58PM | 20 | is a high-end shopping mall in Wailea; Gucci, Tiffany, Prada, |
| 03:58PM | 21 | those brands, taking me to hotel rooms, from my training and |
| 03:58PM | 22 | experience, that is inducing, coaxing or grooming Kiana towards |
| 03:58PM | 23 | having sexual acts. |
| 03:58PM | 24 | Q    Thank you. Please continue. |
| 03:58PM | 25 | A    "Kiana. So you want to like be my BF? Keep it in the |

1-SER-44

03:58PM   1   friend zone?"

03:58PM   2   Q    Let me ask you, what does BF stand for?

03:58PM   3   A    Boyfriend.

03:58PM   4         "Cummings.  What you want?.?"  The message is repeated

03:58PM   5   twice.

03:58PM   6   Q    Again, do you know why some of these messages are just

03:58PM   7   repeated on here?

03:58PM   8   A    I don't.  They were sent to me.  This is how it was sent.

03:59PM   9         "So I don't expect to much or do to much n disrespect

03:59PM   10   you."

03:59PM   11         "Kiana.  I like have fun and like guys who keep it

03:59PM   12   100.  Sry."

03:59PM   13         "Cummings.  For sure we going have fun" blushing

03:59PM   14   emoji.

03:59PM   15         "Kiana.  Sry but can't be having a 31yo full time bf."

03:59PM   16         "Cummings.  Hopefully we can.  Start from tonight."

03:59PM   17         Page 13 top, "Kiana.  Sry my phone glitching up."

03:59PM   18         "Cummings.  On the down low can.  You still down the

03:59PM   19   beach."

03:59PM   20         "Kiana.  What you want to do for fun then?  We walkin

03:59PM   21   back up.

03:59PM   22         "Cummings.  Eat your pussy."  The message is repeated.

04:00PM   23   "Send me a picture of you n the sunset.

04:00PM   24   Q    Let me stop you here.

04:00PM   25         Why do you think Cummings says those entries at this

04:00PM   1   point in the conversation in your training and experience?

04:00PM   2   A   He had been building up with sending pictures of money,

04:00PM   3   marijuana -- offering marijuana, take me shopping, then once

04:00PM   4   again inducing and grooming me to the point of now breaking

04:00PM   5   down my natural boundaries of Kiana and now wanting to have

04:00PM   6   sexual contact with her.

04:00PM   7   Q   When you say "me," you mean --

04:00PM   8   A   Kiana.

04:00PM   9   Q   Kiana.

04:00PM  10   A   Right.

04:00PM  11   Q   Okay.  Please continue.

04:00PM  12   A   "Kiana.  We walkin back to her house already.  Kiana.  U

04:00PM  13   good at that?"  Tongue emoji, blushing emoji.

04:00PM  14          "Cummings.  You didn't take a picture down by the

04:01PM  15   beach.  Wyd."

04:01PM  16          "Kiana.  K.  Hold on."

04:01PM  17          "Cummings.  You gonna find out" laughing emoji.

04:01PM  18   Message is repeated twice.

04:01PM  19   Q   Let me just stop you.

04:01PM  20          When you said "U good at that" and there's the two

04:01PM  21   emojis, what did you mean by that?

04:01PM  22   A   "U good at that" regarding his message "Eat your pussy."

04:01PM  23   Q   Okay.

04:01PM  24   A   "You gonna find out."

04:01PM  25          Kiana, next down, blushing emoji, upside down face

04:01PM    1    emoji, "I like that."

04:01PM    2            "Cummings.  Let gonna let me shave you first."

04:01PM    3            "Kiana.  Lol.  Don't get much hair anyway.  Haha."

04:01PM    4    Q    Question, what kind of hair are you talking about there?

04:01PM    5    A    Pubic hair.

04:01PM    6    Q    Thanks.

04:01PM    7    A    "Cummings.  You going let me -- you going to let me."

04:01PM    8            "Kiana.  Hapa Japanese."

04:02PM    9            "Cummings.  Any guy eat you yet?"

04:02PM   10            "Kiana.  My ex bf tried.  He was horrors tho," eye

04:02PM   11    rolling emoji.

04:02PM   12            "Cummings.  I'm gonna eat you till you cum a few times

04:02PM   13    on my face babes.  Get your pussy so wet."

04:02PM   14            "Kiana.  Lol make it rain?"  Water splashing emojis.

04:02PM   15            "Kiana.  Lol.

04:02PM   16            "Cummings.  Have you slowly sat on me taking me in you

04:02PM   17    slowly.  You must be so tight you going to squirt when I make

04:02PM   18    you cum.  Can't see with the light in the back."

04:02PM   19            "Kiana" blank emoji -- blank message.  "Lol.  Just

04:02PM   20    with my exbf.  He wasn't dat big."  Eggplant emoji, eye rolling

04:02PM   21    emoji.

04:03PM   22            "Cummings.  Your cousin going to leave soon?.?  I'm

04:03PM   23    going to head down.

04:03PM   24            "Kiana.  Can you make it rain..." money emojis "...all

04:03PM   25    over my body?  Lol."

| | | |
|---|---|---|
| 04:03PM | 1 | "Cummings.  Jump in the shower I'm gonna head down |
| 04:03PM | 2 | pick you up .. take a few pic in the shower for me."  Hands |
| 04:03PM | 3 | praying emoji, blushing emoji, kissing emoji. |
| 04:03PM | 4 | Page 15 the top.  "Cummings.  Yes I'll bring you some |
| 04:03PM | 5 | for -- I'll bring some for you tonight." |
| 04:03PM | 6 | "Kiana" blushing emojis. |
| 04:03PM | 7 | "Cummings.  Or make a video.  You be ready by 7:45.?." |
| 04:03PM | 8 | "Kiana.  My cousin still home..  I gotta make n excuse |
| 04:03PM | 9 | to leave.  We stay off Kilohana." |
| 04:03PM | 10 | Q    Question here.  Is this the first time you give him a |
| 04:04PM | 11 | location? |
| 04:04PM | 12 | A    Yes. |
| 04:04PM | 13 | Q    Why do you give him this location? |
| 04:04PM | 14 | A    That would be the area that was going to be predetermined |
| 04:04PM | 15 | by law enforcement officers to meet up with DuckFat, Lyle |
| 04:04PM | 16 | Cummings, in the situation. |
| 04:04PM | 17 | "Cummings.  You gotta run store get pads lol.  By the |
| 04:04PM | 18 | fire station." |
| 04:04PM | 19 | "Kiana."  Laughing emoji.  "Yeah jus down from there. |
| 04:04PM | 20 | U got condoms?  I can meet u Kilohana Park." |
| 04:04PM | 21 | "Cummings:  Ok 7:45?.?" |
| 04:04PM | 22 | "Kiana.  Yah, can." |
| 04:04PM | 23 | "Cummings.  Okay see you soon." |
| 04:04PM | 24 | "Kiana.  Kk." |
| 04:04PM | 25 | "Cummings.  You gonna shower n take me a picture or |

| | | |
|---|---|---|
| 04:04PM | 1 | video." |
| 04:04PM | 2 | "Kiana.  I stay tryin to get away from my cousin." |
| 04:05PM | 3 | Page 16 the top.  "Kiana."  Picture of UC Ariga with |
| 04:05PM | 4 | pink glasses.  "I gonna leave now...  where you stay." |
| 04:05PM | 5 | "Cummings.  Coming.  Almost passing Puunene." |
| 04:05PM | 6 | Q    What's that word there? |
| 04:05PM | 7 | A    Puunene is an area on Maui, central Maui. |
| 04:05PM | 8 | "Kiana.  Ok." |
| 04:05PM | 9 | "Cummings.  I like that last picture .. wish you |
| 04:05PM | 10 | wouldn't cover your beautiful face are you wearing that |
| 04:05PM | 11 | tonight?" |
| 04:05PM | 12 | "Kiana.  Lol.  ty...  kinda self conscious bout my |
| 04:05PM | 13 | skin.." |
| 04:05PM | 14 | Q    What does ty mean? |
| 04:05PM | 15 | A    Thank you. |
| 04:05PM | 16 | "No.  Wearing pink hoodie." |
| 04:05PM | 17 | "Cummings.  Ok no panties?" |
| 04:06PM | 18 | "Kiana.  Hahahha.  I get thong" smiley. |
| 04:06PM | 19 | "Kiana.  There's a weirdo at the dog park...  I'mm |
| 04:06PM | 20 | walk down Kilohana to the parking lot across Sidewalks." |
| 04:06PM | 21 | Q    Let me stop you there. |
| 04:06PM | 22 | What's Sidewalks? |
| 04:06PM | 23 | A    Sidewalks is an area near the entrance of Keawakapu Beach |
| 04:06PM | 24 | Park, or Keawakapu Beach. |
| 04:06PM | 25 | Q    Why did you change or be more specific about the location |

| | | |
|---|---|---|
| 04:06PM | 1 | at this time? |
| 04:06PM | 2 | A    For logistical or strategical purposes, the officers |
| 04:06PM | 3 | decided to change the location down the road shortly to the |
| 04:06PM | 4 | area of the Kilohana parking lot near the area of South Kihei |
| 04:06PM | 5 | Road. |
| 04:06PM | 6 | "Cummings.  Ok. |
| 04:06PM | 7 | "Kiana.  What kinda car u got?" |
| 04:06PM | 8 | "Cummings:  Toy truck." |
| 04:06PM | 9 | "Kiana.  Ok.  U wanna walk over to the beach?" |
| 04:06PM | 10 | "Cummings.  Let's go drive to a spot by the beach." |
| 04:07PM | 11 | "Kiana.  Ok, you don't want to cruise Keawakapu?" |
| 04:07PM | 12 | "Cummings.  The gate not going close." |
| 04:07PM | 13 | "Kiana.  Oh.  I dunno.  Ok den.  Yeah, think it gonna |
| 04:07PM | 14 | close.  Can park on the street tho." |
| 04:07PM | 15 | "Cummings.  Just getting into Kihei." |
| 04:07PM | 16 | "Kiana.  Ok.  I stay by entrance to Sidewalks.  We can |
| 04:07PM | 17 | walk down beach from there." |
| 04:07PM | 18 | "Cummings.  I no like leave my truck there." |
| 04:07PM | 19 | "Kiana.  Can park on the street.  We can just cruise |
| 04:07PM | 20 | beach for a little bit.  What color your truck?  Did you just |
| 04:07PM | 21 | pass me?" |
| 04:07PM | 22 | "Cummings.  Where you.  Come jump in.  Hurry up." |
| 04:07PM | 23 | "Kiana.  Come here." |
| 04:07PM | 24 | Page 18.  "Cummings.  Cross the street now." |
| 04:08PM | 25 | Then "Kiana," test messages repeated multiple times. |

04:08PM  1   Q    What's the significance of those last messages saying

04:08PM  2   "test," "test"?

04:08PM  3   A    At that point I was informed by surveillance officers and

04:08PM  4   other officers during the investigation that Mr. Cummings had

04:08PM  5   arrived at the spot, the area of Kilohana, South Kihei Road,

04:08PM  6   and he was arrested at that point.  The test text messages were

04:08PM  7   sent by me in order to confirm his mobile device that he was

04:08PM  8   using to send the text messages.

04:08PM  9   Q    Is that a common practice in these type of operations?

04:08PM  10  A    Yes, ma'am.

04:08PM  11  Q    I'm sorry.  What's the purpose of it again?

04:08PM  12  A    In order to confirm and locate that phone that he was

04:08PM  13  using to communicate with me during this -- our chats.

04:08PM  14  Q    And is this the end of your exchange of messages with

04:09PM  15  DuckFat34?

04:09PM  16  A    Yes, ma'am.

04:09PM  17  Q    Are you aware of -- let me ask it this way:  In the --

04:09PM  18          THE COURT:  Before you ask the next question, would

04:09PM  19  you please retrieve Exhibit 4, copies that have been

04:09PM  20  distributed to the jurors?  Once that has been completed, you

04:09PM  21  may continue your examination.

04:09PM  22          MS. OLSON:  Let the record reflect the handout of

04:10PM  23  Exhibit 4 has been collected from the jury.

04:10PM  24          THE COURT:  Thank you.

04:10PM  25  BY MS. OLSON:

| | | |
|---|---|---|
| 04:10PM | 1 | Q   Just a couple more final questions. |
| 04:10PM | 2 | When you were exchanging messages with, say, DuckFat34 |
| 04:10PM | 3 | on Skout, what type of device or electronics were you using? |
| 04:10PM | 4 | A   I was using an iPad. |
| 04:10PM | 5 | Q   And how about for the text messaging? |
| 04:10PM | 6 | A   I was using a cellphone platform often used on the |
| 04:10PM | 7 | computer. |
| 04:10PM | 8 | Q   And towards the end of this text message conversation or |
| 04:10PM | 9 | thereafter, were you communicating with someone else? |
| 04:10PM | 10 | A   No. |
| 04:10PM | 11 | I'm sorry.  What was that? |
| 04:10PM | 12 | Q   Were you communicating with someone else? |
| 04:10PM | 13 | A   During -- can you repeat the whole question? |
| 04:10PM | 14 | Q   Sure.  Sorry. |
| 04:10PM | 15 | Towards the end of this conversation, were you |
| 04:10PM | 16 | communicating with your fellow law enforcement officers? |
| 04:11PM | 17 | A   Yes. |
| 04:11PM | 18 | Q   Could you describe that? |
| 04:11PM | 19 | A   During the time when we were on these operations, we were |
| 04:11PM | 20 | in a room where the communication amongst the surveillance |
| 04:11PM | 21 | officers, amongst the arrest officers -- |
| 04:11PM | 22 | THE COURT REPORTER:  You're going to need to slow |
| 04:11PM | 23 | down. |
| 04:11PM | 24 | THE WITNESS:  Sorry.  Apologize. |
| 04:11PM | 25 | During these operations we are in a large classroom, |

| 04:11PM | 1 | if you will, at the Maui Police Department Kihei station where |
|---------|---|---|

04:11PM   1   if you will, at the Maui Police Department Kihei station where

04:11PM   2   we communicate with the surveillance officers and the arrest

04:11PM   3   team, and all marry together to -- work together to arrest --

04:11PM   4   in this case arrest, make the arrest.

04:11PM   5   Q   Were you -- okay.  I think that's clear.

04:11PM   6        MS. OLSON:  I have no more questions at this time.

04:11PM   7   Thank you very much, Detective Surina.

04:12PM   8        THE COURT:  Mr. Mottl, cross-examination when you're

04:12PM   9   ready.

04:12PM   10       MR. MOTTL:  Your Honor, there's a fair amount to

04:12PM   11  digest here.  Is the Court planning to adjourn at 4:30?  I can

04:12PM   12  start.  I would rather just continue through in a single -- so

04:12PM   13  could we adjourn for the day?

04:12PM   14       THE COURT:  No.

04:12PM   15       MR. MOTTL:  Otherwise, if the Court wants to make use

04:12PM   16  of the time, I can proceed.

04:12PM   17       THE COURT:  I wouldn't be asking you to proceed if I

04:12PM   18  didn't want to use the time.  We've got 20 more minutes.  Let's

04:12PM   19  go.

04:12PM   20       MR. MOTTL:  That's true.  Okay.  Thank you.

04:12PM   21                    CROSS-EXAMINATION

04:12PM   22  BY MR. MOTTL:

04:12PM   23  Q   Good afternoon.

04:12PM   24  A   Good afternoon.

04:12PM   25  Q   Is it sergeant or --

| | | |
|---|---|---|
| 04:12PM | 1 | A    Yes, sir. |
| 04:12PM | 2 | Q    Sergeant. |
| 04:13PM | 3 | Sergeant, you mentioned that you underwent training, |
| 04:13PM | 4 | different kinds of training during your time as a police |
| 04:13PM | 5 | officer.  Now you spoke -- referred to Washington; is that |
| 04:13PM | 6 | correct?  Washington state, correct? |
| 04:13PM | 7 | A    Washington State Patrol Missing and Exploited Children |
| 04:13PM | 8 | Task Force. |
| 04:13PM | 9 | Q    And was that just for training or was that before you |
| 04:13PM | 10 | began your time at Maui Police Department? |
| 04:13PM | 11 | A    That was during my time at the police department when I |
| 04:13PM | 12 | was a detective in the Criminal Investigation Division. |
| 04:13PM | 13 | Q    So you basically receive an education or undergo training |
| 04:13PM | 14 | in that particular area? |
| 04:13PM | 15 | A    No, sir.  I received mentoring and training from the |
| 04:13PM | 16 | Washington State Patrol when they first assisted with |
| 04:14PM | 17 | implementation of the Operation Keiki Shield, as well as when I |
| 04:14PM | 18 | worked as a chatter with the Washington State Patrol in one of |
| 04:14PM | 19 | their operations that are nicknamed for the Washington state |
| 04:14PM | 20 | called Net Nanny. |
| 04:14PM | 21 | Q    So you worked there and then you applied -- a position |
| 04:14PM | 22 | opened at the Maui Police Department and you -- |
| 04:14PM | 23 | A    No, sir.  This was in 2019. |
| 04:14PM | 24 | Q    Was the operation in Washington similar to Operation Keiki |
| 04:14PM | 25 | Shield? |

04:14PM   1   A    The Operation Keiki Shield was modeled after Operation Net

04:14PM   2   Nanny, which is one of the most successful child enticement

04:14PM   3   operations in the nation, and they teach classes at the Crimes

04:14PM   4   Against Children Conference.

04:14PM   5              THE COURT REPORTER:  Okay.  You need to slow down.

04:14PM   6              THE WITNESS:  I apologize.  I'm sorry.  I was on a

04:14PM   7   roll.  I'm sorry.

04:14PM   8              Operation Keiki Shield was modeled after Operation Net

04:14PM   9   Nanny, which is one of the most successful child enticement

04:15PM  10   operations conducted in the nation.

04:15PM  11              The officers from the Washington State Patrol often

04:15PM  12   teach at the Crimes Against Children Conferences that are held

04:15PM  13   yearly.

04:15PM  14   Q    Thank you.

04:15PM  15              Now, was the operation successful when you -- most

04:15PM  16   successful -- a very successful one in this country, similar to

04:15PM  17   the operation here structurally?

04:15PM  18   A    Yes, sir.

04:15PM  19   Q    And this is a -- you have the Maui Police Department,

04:15PM  20   correct, and then there were individuals from the Public Safety

04:15PM  21   Investigations Division?

04:15PM  22   A    From the -- correct, from the attorney general's office,

04:15PM  23   as well as various federal partners.

04:15PM  24   Q    Attorney general of the United States, correct?

04:15PM  25   A    Yes, from the State of Hawaii.

| | | |
|---|---|---|
| 04:15PM | 1 | Q    You mentioned there was state participation also?  And I'm |
| 04:16PM | 2 | talking about Maui, Operation Keiki Shield. |
| 04:16PM | 3 | A    Yes.  We hosted the operation under the Hawaii Internet |
| 04:16PM | 4 | Crimes Against Children Task Force, which is the attorney |
| 04:16PM | 5 | general's office. |
| 04:16PM | 6 | Q    Now, the task force, Hawaii task force to protect children |
| 04:16PM | 7 | from various types of crimes, was that exclusively over the |
| 04:16PM | 8 | internet or internet crime? |
| 04:16PM | 9 | A    Hawaii internet is part of it.  Yeah, that's the online |
| 04:16PM | 10 | part of it. |
| 04:16PM | 11 | Q    You speak very quickly, and I don't always pick things up. |
| 04:16PM | 12 | Thank you. |
| 04:16PM | 13 |     Was the focus primarily on having a chatter both at |
| 04:16PM | 14 | the Hawaii program and the program on the mainland in |
| 04:17PM | 15 | Washington that you attended? |
| 04:17PM | 16 | A    Yes.  During enticement operations, both use chatters. |
| 04:17PM | 17 | Q    Did you receive chat training or chatter training in |
| 04:17PM | 18 | regard to what you refer to, grooming? |
| 04:17PM | 19 | A    It was one of the subjects that I believe were covered |
| 04:17PM | 20 | during the FBI Online Covert Employee Course. |
| 04:17PM | 21 | Q    And grooming is a, I wouldn't call it a technique, but |
| 04:17PM | 22 | something that's used by predators in regard to how they |
| 04:17PM | 23 | approach children and what they do to gain their confidence, |
| 04:17PM | 24 | children's confidence, and to draw them into whatever the |
| 04:17PM | 25 | devious goals of the predator are; isn't that correct? |

04:17PM   1    A    Yes, in general.

04:17PM   2    Q    You mentioned at one point, well, I think a couple of

04:18PM   3    points, that there were pieces of what you described as

04:18PM   4    characteristics of some kind of a grooming in this

04:18PM   5    conversation.  One, utilization of essentially money

04:18PM   6    inducement, material items.

04:18PM   7         Is that one of them?

04:18PM   8    A    Yes, sir.

04:18PM   9    Q    Can you name some other ones?

04:18PM   10   A    Sure.  The providing of marijuana to Kiana, 13-year-old,

04:18PM   11   as well as taking her to high-end shopping malls such as the

04:18PM   12   Shops of Wailea, taking her to Victoria's Secrets, which is

04:18PM   13   known for their lingerie, as well as taking her to hotel rooms

04:18PM   14   and paying for the hotel rooms for her.

04:18PM   15   Q    Now, it's true, is it not, that those things you describe

04:18PM   16   and although marijuana -- the federal law is certainly a

04:19PM   17   serious offense, Hawaii not so serious, but nevertheless we

04:19PM   18   still have -- it's not been legalized here across the board,

04:19PM   19   but each one of these things you mentioned could be something

04:19PM   20   that maybe a normal individual in our society, or maybe not so

04:19PM   21   normal, so it's hard and I don't know how to describe it, the

04:19PM   22   average person appealing to someone who they may be interested

04:19PM   23   in engaging with socially, sexually or otherwise regardless of

04:19PM   24   whether they have devious goals in mind.  We're talking about I

04:20PM   25   mean your organization and your operation was concerned with

04:20PM   1   protecting children, and that's certainly important, and it is

04:20PM   2   a problem online and otherwise too.  Before the internet,

04:20PM   3   children were approached on streets or as most often the case,

04:20PM   4   it's actually a family member that may be a predator on a

04:20PM   5   child, but those inducements --

04:20PM   6           THE COURT:  Do you have a question, Counsel?

04:20PM   7           MR. MOTTL:  Yes.

04:20PM   8           THE COURT:  Ask it.

04:20PM   9   BY MR. MOTTL:

04:20PM   10  Q   Yes.  The inducements that you mentioned could be things

04:20PM   11  that a guy off the street who is 25, 30 may use to try and gain

04:20PM   12  the favor of a woman of the same age bracket, right?  So

04:20PM   13  offering to take someone shopping, going off and enjoying maybe

04:21PM   14  not marijuana, although these days -- I was shocked when I was

04:21PM   15  growing up, I never saw anything like that, but I'm appalled,

04:21PM   16  and my kids see it all the time, I imagine it's hard to

04:21PM   17  avoid --

04:21PM   18          MS. OLSON:  Objection.

04:21PM   19          THE COURT:  Do you have a question?

04:21PM   20          MR. MOTTL:  Yes.

04:21PM   21          THE COURT:  Ask the question.

04:21PM   22  BY MR. MOTTL:

04:21PM   23  Q   Marijuana.  So even marijuana, it's probably used by a

04:21PM   24  whole a lot of adults at one time or another in their life and

04:21PM   25  it's a -- you think it's unusual for someone to offer marijuana

83

| | | |
|---|---|---|
| 04:21PM | 1 | to another adult, you want to take a drag or whatever.  I mean |
| 04:21PM | 2 | going back a long ways.  I was around in the '60s, so -- |
| 04:21PM | 3 | MS. OLSON:  Objection. |
| 04:21PM | 4 | BY MR. MOTTL: |
| 04:21PM | 5 | Q    But -- |
| 04:21PM | 6 | MS. OLSON:  Counsel is testifying and compound |
| 04:21PM | 7 | question. |
| 04:21PM | 8 | THE COURT:  Sustained. |
| 04:21PM | 9 | MR. MOTTL:  I'll withdraw the question. |
| 04:21PM | 10 | THE COURT:  You never asked a question. |
| 04:21PM | 11 | BY MR. MOTTL: |
| 04:21PM | 12 | Q    But unusual -- to smoke, whether it's tobacco or |
| 04:22PM | 13 | marijuana? |
| 04:22PM | 14 | A    It all depends on context. |
| 04:22PM | 15 | Q    The context. |
| 04:22PM | 16 | A    Correct. |
| 04:22PM | 17 | Q    In this particular context, you understandably, given your |
| 04:22PM | 18 | training, assume actually -- well, had you assumed halfway |
| 04:22PM | 19 | through this conversation that in fact you were talking to |
| 04:22PM | 20 | someone who believed that he was talking to a minor or |
| 04:22PM | 21 | communicating with a minor? |
| 04:22PM | 22 | MS. OLSON:  Objection.  Confusing.  Compound. |
| 04:22PM | 23 | MR. MOTTL:  I'll repeat it or I'll -- |
| 04:22PM | 24 | THE COURT:  Detective, do you understand the question? |
| 04:22PM | 25 | THE WITNESS:  No, sir. |

04:22PM    1              THE COURT:  Try again, Mr. Mottl.

04:22PM    2    BY MR. MOTTL:

04:22PM    3    Q    You were looking for predators, correct?

04:22PM    4    A    We were looking for people that would want to commit sex

04:22PM    5    crimes against minors, yes.

04:22PM    6    Q    Correct.

04:23PM    7              During your testimony on direct, at certain points you

04:23PM    8    mentioned that, in response to a question from the prosecutor,

04:23PM    9    why did you ask that question, and your response was, well, you

04:23PM   10    were trying to see how they would respond.  And several of

04:23PM   11    those responses by you to the question, to see if it fit with

04:23PM   12    your assessment of the individual as being a predator, someone

04:23PM   13    dangerous, or a person that may have believed the initial

04:23PM   14    representation that this person that you were acting as was a

04:23PM   15    35-year-old rather than a 13 or a 14-year-old.  Could have gone

04:23PM   16    either way, correct?

04:23PM   17    A    I'm sorry.  I apologize, sir.  I didn't understand your

04:24PM   18    question.

04:24PM   19    Q    I'm sorry.  Okay.

04:24PM   20              At what point in time were you convinced that this

04:24PM   21    person was someone who believed or knew they were talking to a

04:24PM   22    13 or 14-year-old as opposed to a 35-year-old?

04:24PM   23    A    When I informed them multiple times of my age, being 13.

04:24PM   24    Q    I'll start again.  I'll proceed on another line.

04:25PM   25              Your response to the question relating to why Skout

| | | |
|---|---|---|
| 04:25PM | 1 | was selected, your response related to that Skout had had |
| 04:25PM | 2 | problems with predators previously; is that right? |
| 04:25PM | 3 | A    From my training and experience and use, that there are |
| 04:25PM | 4 | persons who use Skout to perpetuate sex crimes against |
| 04:25PM | 5 | children. |
| 04:25PM | 6 | Q    Were you ever informed that there was a history of a |
| 04:25PM | 7 | problem that resulted in someone that was injured, I believe, |
| 04:25PM | 8 | who had used Skout, a minor who had basically started using the |
| 04:25PM | 9 | site, and there was a large lawsuit over it. |
| 04:25PM | 10 | Do you know anything about that?  Was that -- |
| 04:25PM | 11 | MS. OLSON:  Objection. |
| 04:25PM | 12 | BY MR. MOTTL: |
| 04:25PM | 13 | Q    Was that ever -- |
| 04:25PM | 14 | MS. OLSON:  Not relevant. |
| 04:26PM | 15 | THE COURT:  Overruled. |
| 04:26PM | 16 | MR. MOTTL:  Okay. |
| 04:26PM | 17 | THE COURT:  Overruled. |
| 04:26PM | 18 | THE WITNESS:  No, I'm not aware. |
| 04:26PM | 19 | BY MR. MOTTL: |
| 04:26PM | 20 | Q    To your knowledge, are there sites that are devoted to |
| 04:26PM | 21 | facilitating communication among minors, people under 18, |
| 04:26PM | 22 | teenagers, younger teenagers, social sites like this? |
| 04:26PM | 23 | A    There are social sites that are designed around the use |
| 04:26PM | 24 | for kids, mostly for learning purposes, sure. |
| 04:26PM | 25 | Q    And Skout basically at least gives at least a minimal |

86

04:26PM  1    effort to try and screen out minors from using the program,

04:26PM  2    because there's a -- one of the first things that's mentioned

04:27PM  3    in the contract or the agreement is that we don't want anyone

04:27PM  4    under the age of 18 participating, this is for adults; isn't

04:27PM  5    that correct?

04:27PM  6    A    Yes, sir.

04:27PM  7    Q    Now, the possibility of engaging someone who is a predator

04:27PM  8    using Skout, presenting themselves as an adult and seeking to

04:27PM  9    establish a contact with a minor is proceeding on a path that's

04:27PM  10   not likely to give them any favorable results; isn't that the

04:28PM  11   case?

04:28PM  12   A    I'm sorry.  I missed the last part of your question.

04:28PM  13   Q    Since Skout essentially tries to prohibit minors from

04:28PM  14   participating in the program, Skout, which tries to keep the

04:28PM  15   younger folks out, removes them if there's a -- I won't

04:28PM  16   continue with that.

04:28PM  17        They don't want younger people there and they --

04:28PM  18   essentially they kick them off if they have an underage

04:28PM  19   designation for age.  That pool of people who are, like

04:28PM  20   Mr. Cummings, who are interested in pursuing social inaction

04:28PM  21   with people are using a site that's for adults, and they have

04:28PM  22   rules to at least try to ensure that there are only adults

04:29PM  23   using it, correct?

04:29PM  24   A    Yes.

04:29PM  25   Q    So it makes sense, would it not, to assume that most of

04:29PM   1    the people there are interested in adult men or women depending
04:29PM   2    on what your sexual preference is?
04:29PM   3            MS. OLSON:  Objection, calling for too much
04:29PM   4    speculation.
04:29PM   5            THE COURT:  Sustained.
04:29PM   6    BY MR. MOTTL:
04:29PM   7    Q    Detective, you mentioned that there are sites that are
04:29PM   8    exclusively for children that are designed for minors to use,
04:29PM   9    correct?
04:29PM   10   A    I believe so.
04:29PM   11   Q    Now, a predator who is interested in establishing contact
04:29PM   12   with a minor, assuming he has a goal of seriously trying to
04:29PM   13   establish contact, would probably be found probably around
04:30PM   14   those sites in trying to figure out who he could make contact
04:30PM   15   with at a children's site rather than one that essentially
04:30PM   16   tries to screen out children and essentially caters to adults.
04:30PM   17   That was just a feeding ground for a predator, is it not?
04:30PM   18   A    Not necessarily.
04:30PM   19   Q    Were you taught that in training?
04:30PM   20   A    Was I taught what?
04:30PM   21   Q    Were you --
04:30PM   22   A    That predators only go to --
04:30PM   23   Q    Adult --
04:30PM   24   A    -- sites that --
04:30PM   25   Q    Go ahead, sergeant.

04:30PM   1    A    Sorry.  What was your question?

04:30PM   2    Q    Question is, was it part of your training to engage your

04:30PM   3    skills as a chatter by placing your profiles in adult sites

04:31PM   4    that try to exclude minors as opposed to one that involves --

04:31PM   5    one that caters to children?

04:31PM   6    A    Yes, sir.

04:31PM   7    Q    That was part of your training?

04:31PM   8    A    That we would use sites that children would go to and they

04:31PM   9    would be exploited on, yes.

04:31PM   10   Q    And that would be a Skout type?

04:31PM   11   A    As one of various other ones, yes.

04:31PM   12   Q    As opposed to a children's site or one that caters to

04:31PM   13   minors?

04:31PM   14   A    Yes, sir.

04:31PM   15   Q    And this is the program set up by this national award

04:31PM   16   winning or -- yeah, award winning program that you received

04:32PM   17   your training from?

04:32PM   18   A    Yes.

04:32PM   19   Q    I'm going to -- if I could repeat it.  So you were trained

04:32PM   20   to essentially utilize sites like Skout that essentially

04:32PM   21   refuses to accept minors within its program applications, they

04:32PM   22   keep them out; that is a better site to pursue predators than

04:32PM   23   one relating to minors?  Is that your response and this is what

04:32PM   24   you were trained in this program?

04:32PM   25   A    Yeah, I can't think of which programs or sites that you're

| | | |
|---|---|---|
| 04:33PM | 1 | referring to specifically that are just exclusive to minors, so |
| 04:33PM | 2 | it's hard for me to compare what you're talking about. |
| 04:33PM | 3 | Q    Well, I guess, and maybe it was not clear, I have a list |
| 04:33PM | 4 | here, but I don't know secondhand information, ones that are |
| 04:33PM | 5 | designed and cater to minors, but those sites were the ones you |
| 04:33PM | 6 | were not trained to focus on as opposed to the ones that are |
| 04:33PM | 7 | exclusively adults. |
| 04:33PM | 8 | A    Correct, as most times that young adults, kids that are in |
| 04:33PM | 9 | their teenage years, want to enjoy hanging out with people that |
| 04:33PM | 10 | are older than them. |
| 04:33PM | 11 | Q    Undoubtedly there are and that's why they have -- I gather |
| 04:33PM | 12 | that's why Skout has these efforts at screening. |
| 04:34PM | 13 | At the same time I know there was a -- there were |
| 04:34PM | 14 | other cases that you were working on on Maui in the Kihei area |
| 04:34PM | 15 | also? |
| 04:34PM | 16 | THE COURT:  Mr. Mottl, it sounds like you might be |
| 04:34PM | 17 | shifting gears a bit in your questioning, and I wonder if this |
| 04:34PM | 18 | would be an appropriate time to adjourn for the day.  We are |
| 04:34PM | 19 | now at 4:35. |
| 04:34PM | 20 | MR. MOTTL:  Thank you, Your Honor.  Yes, it would be. |
| 04:34PM | 21 | THE COURT:  Let's go to break, then, for the day. |
| 04:34PM | 22 | We'll recess until tomorrow at 2:00. |
| 04:34PM | 23 | As we go to break, I'll remind our jurors, as you will |
| 04:34PM | 24 | hear me repeatedly say, to refrain from discussing the |
| 04:34PM | 25 | substance of this case with anyone, including one another, |

04:34PM   1   until I advise otherwise; to refrain from accessing any media

04:34PM   2   or other accounts of this case that may be out there; and

04:34PM   3   finally, please do not conduct any independent investigation

04:34PM   4   into the facts, circumstances or persons involved.

04:34PM   5          We will see you back here at 2:00 for day three.

04:34PM   6          (At 4:34 p.m., the jury was excused, and the following

04:34PM   7   proceedings were held:)

04:35PM   8          THE COURT:  The record should refect the departure of

04:35PM   9   all 14 jurors, but the remaining presence of counsel for both

04:36PM   10   sides, and their clients and client representatives.

04:36PM   11          Any issue that you need to take up with me before we

04:36PM   12   adjourn?

04:36PM   13          MS. OLSON:  No.  Thank you, Your Honor.

04:36PM   14          THE COURT:  Mr. Mottl?

04:36PM   15          MR. MOTTL:  No, Your Honor.

04:36PM   16          THE COURT:  All right.  We'll see you back here

04:36PM   17   tomorrow at 2:00.

04:36PM   18          (Proceedings were concluded at 4:36 p.m.)

19

20

21

22

23

24

25

```
 1                COURT REPORTER'S CERTIFICATE

 2          I, Gloria T. Bediamol, Official Court Reporter, United

 3   States District Court, District of Hawaii, do hereby certify

 4   that pursuant to 28 U.S.C. §753 the foregoing is a complete,

 5   true, and correct transcript from the stenographically reported

 6   proceedings held in the above-entitled matter and that the

 7   transcript page format is in conformance with the regulations

 8   of the Judicial Conference of the United States.

 9

10          DATED at Honolulu, Hawaii, February 9, 2024.

11

12

13                          /s/ Gloria T. Bediamol

14                          GLORIA T. BEDIAMOL.

15                          RMR, CRR, FCRR

16

17

18

19

20

21

22

23

24

25
```

1

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3
      UNITED STATES OF AMERICA,   )    CRIMINAL NO. 22-00023-DKW
 4                                )
                   Plaintiff,     )    Honolulu, Hawaii
 5                                )
              vs.                 )    June 9, 2023
 6                                )
      LYLE RIKIO CUMMINGS,        )
 7                                )
                   Defendant.     )
 8    _____)

 9

10                 TRANSCRIPT OF JURY TRIAL (DAY 3)
                BEFORE THE HONORABLE DERRICK K. WATSON,
11              CHIEF UNITED STATES DISTRICT COURT JUDGE

12
      APPEARANCES:
13

14    For the Plaintiff:          REBECCA PERLMUTTER, ESQ.
                                   CHRISTINE OLSON, ESQ.
15                                 Office of the United States Attorney
                                   PJKK Federal Building
16                                 300 Ala Moana Boulevard, Suite 6100
                                   Honolulu, Hawaii  96850
17
      For the Defendant:          JOSEPH R. MOTTL, III, ESQ.
18                                 2009 Makiki Street #C
                                   Honolulu, HI 96822
19

20
      Official Court Reporter:    Gloria T. Bediamol, RPR RMR CRR FCRR
21                                 United States District Court
                                   300 Ala Moana Boulevard
22                                 Honolulu, Hawaii 96850

23

24
        Proceedings recorded by machine shorthand, transcript produced
25      with computer-aided transcription (CAT).
```

2

```
 1                         I N D E X

 2   GOVERNMENT WITNESSES:                              PAGE NO.

 3
       JOHN SURINA (CONTINUED EXAMINATION)
 4
            RESUMED CROSS-EXAMINATION BY MR. MOTTL          4
 5
       KAHIAPO KAUHAAHAA
 6
            DIRECT EXAMINATION BY MS. OLSON               21
 7          CROSS-EXAMINATION BY MR. MOTTL               37

 8   MATTHEW BIGOSS

 9          DIRECT EXAMINATION BY MS. PERLMUTTER         41
            CROSS-EXAMINATION BY MR. MOTTL               75
10
     ANDREW CABRAL
11
            DIRECT EXAMINATION BY MS. OLSON              85
12

13

14   EXHIBITS:                                         PAGE NO.

15   Government's Exhibit 19 was received in evidence     39
     Government's Exhibit 17A - 17F were received in      50
16   evidence
     Government's Exhibit 14A, which was previously       67
17   admitted into evidence, was published to the jury

18

19

20

21

22

23

24

25
```

1-SER-69

| | 1 | June 9, 2023 | 2:06 p.m. |

02:06PM  2       THE CLERK:  Criminal Number 22-00023-DKW, United

02:06PM  3   States of America versus Defendant (01) Lyle Rikio Cummings.

02:06PM  4       This case has been called for jury trial, day three.

02:06PM  5       Counsel, please make your appearances for the record.

02:06PM  6       MS. OLSON:  Good afternoon, Your Honor.  AUSA

02:06PM  7   Christine Olson, AUSA Rebecca Perlmutter for the United States,

02:07PM  8   and we also have here at counsel table paralegal Rae Ann Unten,

02:07PM  9   and behind us we have HSI Special Agent Murray Acosta.

02:07PM 10       THE COURT:  All right.  Good afternoon to all of you.

02:07PM 11       MR. MOTTL:  Judge Watson, good afternoon.  Joseph

02:07PM 12   Mottl, attorney for Lyle Cummings.  Mr. Cummings is present.

02:07PM 13       THE COURT:  Good afternoon to both of you as well.

02:07PM 14   You may be seated.

02:07PM 15       Good afternoon to the 14 persons on our jury.  I'll

02:07PM 16   reorient you briefly.

02:07PM 17       When we adjourned yesterday afternoon, Detective

02:07PM 18   Surina, I think we referred to him as officer, sergeant and

02:07PM 19   detective variously, but I'll call him Detective Surina.  He

02:07PM 20   responds to that, so that's good.  And we were in the midst of

02:07PM 21   Mr. Mottl's cross-examination and you may resume that,

02:07PM 22   Mr. Mottl, when you're ready.

02:07PM 23       MR. MOTTL:  Thank you.

02:07PM 24                JOHN SURINA,

02:07PM 25            (Resumed the stand.)

4

| | | |
|---|---|---|
| 02:07PM | 1 | RESUMED CROSS-EXAMINATION |
| 02:08PM | 2 | BY MR. MOTTL: |
| 02:08PM | 3 | Q    Good afternoon, Detective. |
| 02:08PM | 4 | A    Good afternoon. |
| 02:08PM | 5 | Q    I want to follow up with some spot questions.  They may be |
| 02:08PM | 6 | a little dissociated.  I'll try and give a background on what |
| 02:08PM | 7 | they are based on from your testimony.  If you have anything to |
| 02:08PM | 8 | correct, just let me know. |
| 02:08PM | 9 | Detective, in your training, were you provided with |
| 02:08PM | 10 | alternative or single alternative scripts that you would use on |
| 02:08PM | 11 | how to approach these individuals in your chat, a script of |
| 02:08PM | 12 | what you might say? |
| 02:08PM | 13 | A    No. |
| 02:08PM | 14 | Q    So you, in the various times you've used it, have |
| 02:08PM | 15 | developed your own words, phrasings, etcetera? |
| 02:09PM | 16 | A    Yes. |
| 02:09PM | 17 | Q    Now, I think there was a question yesterday asked by the |
| 02:09PM | 18 | state, the government, regarding use of the profile that was |
| 02:09PM | 19 | set up by you in this case, if it was used in other cases and |
| 02:09PM | 20 | your answer was yes? |
| 02:09PM | 21 | A    No, it was no. |
| 02:09PM | 22 | Q    Did you use -- the devices you used, you began with a |
| 02:09PM | 23 | computer, a laptop or a desktop, and then you switched to a |
| 02:09PM | 24 | phone, correct? |
| 02:09PM | 25 | A    In regards to what? |

5

02:09PM  1   Q    In regard to the texting on both the use of Skout and then

02:09PM  2   the switching over to a phone or a telephone number which you

02:09PM  3   provided to Mr. Cummings.  So those -- I'm referring to those.

02:10PM  4   Were they -- go ahead.

02:10PM  5   A    Regarding the Skout application, that was set up using an

02:10PM  6   iPad, and then communication via cellular via text message was

02:10PM  7   done via computer, or it could be used on an iPad as well too.

02:10PM  8   Either one is --

02:10PM  9   Q    I see.

02:10PM  10        Were there other people -- there were other people

02:10PM  11   there.  You referred to a team.

02:10PM  12        While you were texting, were there other people around

02:10PM  13   you?

02:10PM  14   A    Yes, sir.

02:10PM  15   Q    And were they part of a team or were they observing?

02:10PM  16   A    They were part of the same group of the Operation Keiki

02:10PM  17   Shield.

02:10PM  18   Q    Now, you as functioning as you did, pretty much your sole

02:10PM  19   activity with the County of Maui in the police department there

02:10PM  20   or did you have other duties?

02:11PM  21   A    My sole responsibility during this operation was being a

02:11PM  22   chatter, communication.

02:11PM  23   Q    Okay, yeah, and it was a busy operation.  So during this

02:11PM  24   operation, it was your sole engagement.  You were involved with

02:11PM  25   this and nothing else.

| | | | |
|---|---|---|---|
| 02:11PM | 1 | A | That was my assignment. |
| 02:11PM | 2 | Q | When did you put the profile onto Skout? |
| 02:11PM | 3 | A | I believe it was around midnight of March 12, '13. |
| 02:11PM | 4 | Q | Now, at the same -- at the same time period, had you |
| 02:11PM | 5 | | placed profile on any other websites that dealt with social |
| 02:11PM | 6 | | interaction, dating, etcetera, etcetera, those things, or was |
| 02:11PM | 7 | | it just Skout? |
| 02:11PM | 8 | A | I can't recall for that specific operation. Typically we |
| 02:11PM | 9 | | would have more than one site that we would use. |
| 02:11PM | 10 | Q | Overall have you used -- could you estimate the number of |
| 02:12PM | 11 | | sites that you used in addition to Skout throughout your work |
| 02:12PM | 12 | | here in the islands? |
| 02:12PM | 13 | A | The amount of different platforms and applications that |
| 02:12PM | 14 | | I've used for during these enticement operations? |
| 02:12PM | 15 | Q | Yes. |
| 02:12PM | 16 | A | Approximately 20 to 25 maybe. |
| 02:12PM | 17 | Q | But in this operation you just used Skout, correct? |
| 02:12PM | 18 | A | No. This operation I used most likely multiple different |
| 02:12PM | 19 | | websites, applications. I can't recall from this operation |
| 02:12PM | 20 | | which other ones that I used besides Skout. |
| 02:12PM | 21 | Q | So that it might have been possible for you to receive a |
| 02:13PM | 22 | | response on Skout as you did with Mr. Cummings, and roughly at |
| 02:13PM | 23 | | the same time, shortly before or after, responses on some of |
| 02:13PM | 24 | | the other ones you were using? |
| 02:13PM | 25 | A | It could be possible. |

| 02:13PM | 1 | Q | You don't have a recollection? |
| 02:13PM | 2 | A | No. |

02:13PM  3  Q    When you -- were you the exclusive chatter expert and

02:13PM  4  functioning in this type of capacity, the sole one working at

02:13PM  5  Maui Police Department with the federal agencies and units that

02:13PM  6  were there?  Was there any -- were there any other people

02:13PM  7  functioning in the role that you were carrying out as you've

02:13PM  8  testified to?

02:13PM  9  A    Were there other chatters working during this operation?

02:14PM  10  Q    Right.

02:14PM  11  A    Yes.

02:14PM  12  Q    Approximately how many others?

02:14PM  13  A    I don't recall.  Sometimes between three to four.

02:14PM  14  Q    Were you in the same room?

02:14PM  15  A    Yes, sir.

02:14PM  16  Q    And did they have -- were they also, do you know whether

02:14PM  17  they were using Skout or not?

02:14PM  18  A    They were not.

02:14PM  19  Q    There were other --

02:14PM  20  A    Other platforms.

02:14PM  21  Q    Did they have the same training as you at the same

02:14PM  22  locations, or was it the case where they were trained at other

02:14PM  23  sites.  On the mainland, you said Washington was where you

02:14PM  24  received your training?

02:14PM  25         MS. OLSON:  Objection, relevance and calls for

(75 of 208), Page 75 of 208 Case: 23-3016, 11/18/2024, DktEntry: 26.2, Page 75 of 208
Case 1:22-cr-00023-DKW    Document 180    Filed 02/21/24    Page 8 of 96  PageID.1393

8

02:14PM   1   speculation.

02:14PM   2           THE COURT:  Sustained.

02:14PM   3   BY MR. MOTTL:

02:14PM   4   Q    Did you have any idea -- were you in communication with

02:15PM   5   the other individuals working out of Maui Police Department in

02:15PM   6   terms of what their activities were and what responses they had

02:15PM   7   to the profiles that they had set up?

02:15PM   8           MS. OLSON:  Objection, relevance.

02:15PM   9           THE COURT:  Sustained.

02:15PM  10   BY MR. MOTTL:

02:15PM  11   Q    At any time were you made aware that at approximately the

02:15PM  12   same time; that is, between March 13th through March 16th,

02:15PM  13   2020, on Maui and roughly involving the same area, Kihei, that

02:15PM  14   there were ten other arrests where similar charges --

02:15PM  15           MS. OLSON:  Objection, relevance.

02:15PM  16           MR. MOTTL:  Beg your pardon?

02:15PM  17           THE COURT:  Where is this going, Mr. Mottl?

02:15PM  18           MR. MOTTL:  I'm just -- I'm asking about, Your Honor,

02:15PM  19   the totality of people that responded to profiles that were set

02:16PM  20   up out of the Maui Police Department, and if the detective was

02:16PM  21   aware that in Kihei there was ongoing investigations and sting

02:16PM  22   operations independent of what he was engaged with.

02:16PM  23           THE COURT:  I don't understand what the question about

02:16PM  24   ten other arrests means.  I want to know why it's relevant.

02:16PM  25           MR. MOTTL:  I think there's an issue of the approach

9

| | | |
|---|---|---|
| 02:16PM | 1 | that was used and whether Mr. Cummings was himself sort of |
| 02:17PM | 2 | enticed and moved into a certain direction using the techniques |
| 02:17PM | 3 | that the detective described yesterday, and were those used in |
| 02:17PM | 4 | other instances.  So my question is -- well, I asked him if he |
| 02:17PM | 5 | was aware that -- or he had any knowledge of other arrests |
| 02:17PM | 6 | taking place between the 13th and 16th in Kihei for the same -- |
| 02:17PM | 7 | on the same charges that Mr. Cummings was, and I'm interested |
| 02:17PM | 8 | in the approaches that may have been taken in those cases. |
| 02:17PM | 9 | I realize that I have the answers on that.  They were |
| 02:17PM | 10 | independent, but the -- the detective has not responded -- he |
| 02:18PM | 11 | has responded that he is not aware of it and that was my |
| 02:18PM | 12 | inquiry.  I would be happy to refresh his recollection to see |
| 02:18PM | 13 | if he might recall that it was the case. |
| 02:18PM | 14 | THE COURT:  Are you done? |
| 02:18PM | 15 | MR. MOTTL:  Beg your pardon? |
| 02:18PM | 16 | THE COURT:  Are you done? |
| 02:18PM | 17 | MR. MOTTL:  I am, Your Honor. |
| 02:18PM | 18 | THE COURT:  The objection is sustained. |
| 02:18PM | 19 | BY MR. MOTTL: |
| 02:18PM | 20 | Q    Detective, you, in response to questions laying the |
| 02:18PM | 21 | foundation for -- actually, reading through the document |
| 02:18PM | 22 | transcripts of the, first the Skout and then the text exchanges |
| 02:18PM | 23 | that you had, you laid a foundation for Exhibit Number 1, which |
| 02:19PM | 24 | was -- I have two pages here, but one is, basically is not -- |
| 02:19PM | 25 | is a photograph and there is no -- do you have this exhibit |

10

02:19PM 1    there?  It's under the Number 1?

02:19PM 2              MS. PERLMUTTER:  Would you like that published?  That

02:19PM 3    would be -- Mr. Mottl, would you like that published?

02:19PM 4              MR. MOTTL:  No.  Actually, he can answer --

02:19PM 5              THE COURT:  I will ask the questions with respect to

02:19PM 6    publication of exhibits.

02:19PM 7              MS. PERLMUTTER:  We can do it, Your Honor.

02:19PM 8              THE COURT:  You want the witness to refer to

02:19PM 9    Exhibit 1?

02:19PM 10             MR. MOTTL:  Yes, I do.

02:19PM 11             THE COURT:  Is that what you're asking?

02:19PM 12             MR. MOTTL:  Please.  I have no problems with it being

02:19PM 13   published if --

02:19PM 14             THE COURT:  The question is whether you want it

02:19PM 15   published.

02:19PM 16             MR. MOTTL:  I don't think that's necessary, Your

02:19PM 17   Honor.

02:19PM 18             THE COURT:  Detective, if you could refer to

02:19PM 19   Exhibit 1, please.

02:19PM 20   BY MR. MOTTL:

02:19PM 21   Q    Do you have two pages under the section Number 1?

02:20PM 22   A    Yes, sir.

02:20PM 23   Q    Now, the first one, and this is -- I'll lay a foundation

02:20PM 24   that these were the profiles that you prepared and used on

02:20PM 25   Skout.

02:20PM   1   A   Yes, sir.

02:20PM   2   Q   Now, the first page is -- has a photograph of the officer

02:20PM   3   whose photograph you used, a female, and there is a blank space

02:20PM   4   underneath and a green strip that says, "add photos."

02:20PM   5   Otherwise there's nothing there.  There's no information there.

02:20PM   6        And then if I can draw your attention to the second

02:20PM   7   page, there is a similar image except that it's not blank and

02:20PM   8   there is a box within the image, and it appears to be an edit

02:21PM   9   profile form with some information filled out, but it doesn't

02:21PM   10  appear that it was finalized where it was a completed profile

02:21PM   11  page.  That says, "edit profile" and then there are a number of

02:21PM   12  things that are filled out.  A female was the persona that you

02:21PM   13  were assuming, what her interests were and whatnot, but that's

02:21PM   14  incomplete.  The next step might have been to hit save and

02:21PM   15  therefore it would have generated a true permanent, I gather,

02:21PM   16  though it says possibly --

02:21PM   17        MS. OLSON:  Objection.  Is there a question?

02:21PM   18        MR. MOTTL:  Yes.  I'm going to --

02:21PM   19        THE COURT:  If you have a question, ask it.

02:21PM   20  BY MR. MOTTL:

02:22PM   21  Q   This is not a completed profile, correct?

02:22PM   22  A   No, it is a completed profile.

02:22PM   23  Q   It is?

02:22PM   24  A   Yes.

02:22PM   25  Q   Oh, okay.  So this was used throughout, you just left it

02:22PM   1   as is; that is, not edited?

02:22PM   2   A     During the creation of the profile, I chose to put in some

02:22PM   3   things into her profile and other things that I would believe

02:22PM   4   leave blank regarding possible interests or the body type, just

02:22PM   5   as somebody might do when they're creating a profile.  You can

02:22PM   6   pick and choose what you want to answer regarding -- of

02:22PM   7   yourself when you're creating a profile.

02:22PM   8   Q     So it's not the case that you would have probably hit a

02:22PM   9   return button and information you put would have gone

02:22PM  10   permanently into the records of Skout.

02:22PM  11   A     No, sir.  I created the --

02:22PM  12              MS. OLSON:  Objection, relevance.

02:22PM  13              THE COURT:  It's overruled.  Go ahead.

02:23PM  14              THE WITNESS:  I created the profile.  After creating

02:23PM  15   the profile, I screen recorded it, took screen images of it of

02:23PM  16   which you see are in Exhibit Number 1.  That is my profile for

02:23PM  17   Skout.

02:23PM  18   BY MR. MOTTL:

02:23PM  19   Q     So your testimony is that the second page is a completed

02:23PM  20   profile and so far as you are following through with

02:23PM  21   establishing a record of what's happening, you had no problems

02:23PM  22   just submitting this and using this, essentially an incompleted

02:23PM  23   profile.  The edit hasn't been put in.  It could have been

02:23PM  24   changed or just submitted as is.  So I guess to answer the

02:23PM  25   question.  So this is what the completed profile of your

02:23PM   1   persona was.

02:23PM   2           Just -- and in comparison to that, Exhibit 2 is the

02:24PM   3   profile of Mr. Cummings and that, as opposed to the previous

02:24PM   4   one, appears to be completed.  Whatever editing or whatever

02:24PM   5   entry forms existed, they were completed and that was placed in

02:24PM   6   the permanent file of the website Skout.

02:24PM   7           MS. OLSON:  Objection, calls for speculation.

02:24PM   8   BY MR. MOTTL:

02:24PM   9   Q    Is that correct?

02:24PM  10           MS. OLSON:  He's not an expert on Skout.

02:24PM  11           THE COURT:  You can answer if you know, sir.

02:24PM  12           THE WITNESS:  I could tell you for relevancy to this

02:24PM  13   is that there are some areas of Mr. Cummings's profile that he

02:24PM  14   did not put information on, just like in my profile I did not

02:24PM  15   put information on.

02:24PM  16   BY MR. MOTTL:

02:24PM  17   Q    I'm sorry.  Could you speak louder?

02:24PM  18   A    Sure.  I can tell you that based on what you're -- I think

02:24PM  19   that you're getting at is that my profile has some parts that I

02:25PM  20   did not complete, and just like Mr. Cummings has some parts of

02:25PM  21   his Skout profile that were not complete.

02:25PM  22   Q    That's true.  My point was or my purpose in asking is

02:25PM  23   Mr. Cummings, as opposed to the one you submitted or the one

02:25PM  24   submitted as an exhibit, so this is submitted as an exhibit as

02:25PM  25   to what the profile was, yet it's not complete in that there is

02:25PM  1    an edit page which is partially filled out, and normally when

02:25PM  2    you edit something, it's there, there's an edit and as there is

02:25PM  3    in this exhibit, portion of Exhibit 1, a background that the

02:25PM  4    information would be placed into.

02:25PM  5         So that has not been done, and that is the extent of

02:25PM  6    the profile that you used and you find that acceptable.  I

02:26PM  7    understand that as opposed to Mr. Cummings.  I think -- thank

02:26PM  8    you.  I understand it's a while, but I'll go on.  Thank you.

02:26PM  9         I have a question regarding the profile page, which is

02:26PM  10   again Exhibit 1, and in the upper corner on both the first page

02:26PM  11   and the second page is an image of a little bell, which I would

02:26PM  12   guess is probably some sort of -- part of the program that

02:26PM  13   responds when a message comes in so that there's a bell, upper

02:27PM  14   right-hand, and over it a red dot with a number in there.  It

02:27PM  15   appears that that is a number of the messages that came in to

02:27PM  16   your computer or your site that have not been responded to or

02:27PM  17   not answered.

02:27PM  18        The number in there appears to be 59; is that correct?

02:27PM  19   A    I'm sorry.  Yes, I see that that's number 59.

02:27PM  20   Q    Sorry?

02:27PM  21   A    The number is 59.  I see what you're saying.

02:27PM  22   Q    Now, on the next page, same thing.  There's a dot and

02:28PM  23   maybe you can make it out.  I can't offhand.  I guess it says

02:28PM  24   it's 59 also.  Both of them say 59.

02:28PM  25        This is the only case you worked on and you were using

02:28PM   1   this phone to communicate with a person who eventually became a

02:28PM   2   suspect and who was -- is being prosecuted for it.

02:28PM   3            Was this used for your other business activities or

02:28PM   4   this is a single cell phone that was used in this

02:28PM   5   investigation?

02:28PM   6   A     I'm sorry?

02:28PM   7            MS. OLSON:  Objection, confusing question.

02:28PM   8            THE COURT:  I think it misstates his testimony.  The

02:28PM   9   objection is sustained.

02:28PM  10   BY MR. MOTTL:

02:28PM  11   Q     It appears there are 59 messages awaiting some kind of

02:28PM  12   response or at least to be looked at before the number went

02:29PM  13   down and you had fewer there.  I was wondering were these 59 in

02:29PM  14   response to the profile that you had set up and these were

02:29PM  15   coming in through the system you were working the investigation

02:29PM  16   through?

02:29PM  17   A     For Skout, when you get notifications on the right-hand

02:29PM  18   side, which he's referring to, sometimes there could be text

02:29PM  19   messages.  Sometimes it could be from the Skout app, the

02:29PM  20   administrator.  Sometimes it can be from somebody who liked

02:29PM  21   your profile.  Sometimes it can be from somebody who viewed

02:29PM  22   your profile.  Somebody viewed your profile, you can get

02:29PM  23   notifications.  So I think that mischaracterizes to say that

02:29PM  24   they were messages that I received.  I don't recall what all of

02:29PM  25   those were at the time.

02:29PM   1   Q    They're dated Friday, March 13th at 11:39 a.m.

02:30PM   2             THE COURT:  I'm not sure what you're referring to,

02:30PM   3   Mr. Mottl.  What is dated March 13th at 11:39 a.m.?

02:30PM   4             MR. MOTTL:  The left side upper border of both sheets

02:30PM   5   in Exhibit 1 has a date there.  I see Friday, March 13th and

02:30PM   6   then the time is 11:31 a.m., and I gather that's the time that

02:30PM   7   the --

02:30PM   8             THE COURT:  I don't see that at all.  What are you

02:31PM   9   looking at?  Are you looking at Exhibit 1?

02:31PM   10            MR. MOTTL:  Yes.

02:31PM   11            THE COURT:  Where does it say 11:39 a.m.?

02:31PM   12            MR. MOTTL:  First page is -- here's the red dot.  Over

02:31PM   13  the logo there's a bell, and then over here, right over here is

02:31PM   14  the date.  There's not a bar on top that --

02:31PM   15            THE COURT:  I'm looking at Exhibit 1.  I learned to

02:31PM   16  read long ago and I do not see 11:39 a.m.

02:31PM   17            Does your copy, Counsel, say 11:39 a.m.?

02:31PM   18            MR. MOTTL:  No.  It's 12:31 a.m. and it's Friday,

02:31PM   19  March 13th at 12:31 a.m.  Does it say 12:31?

02:31PM   20            THE COURT:  That's what my copy says.

02:31PM   21            MR. MOTTL:  Oh, I'm sorry.

02:31PM   22            THE COURT:  Do you have a question about that?

02:31PM   23            MR. MOTTL:  No, I'm glad that it also appears on the

02:32PM   24  Court's copy.  Thank you for the correction.

02:32PM   25  BY MR. MOTTL:

02:32PM  1   Q    The woman from the communications on Skout to the use of

02:32PM  2   cellphones was suggested by you; isn't that correct?

02:32PM  3   A    Yes.

02:32PM  4        MS. OLSON:   Objection, mischaracterizes the testimony

02:32PM  5   somewhat.

02:32PM  6        THE COURT:   Overruled.

02:33PM  7        MR. MOTTL:   I recall otherwise.  I'm sorry.

02:33PM  8   BY MR. MOTTL:

02:33PM  9   Q    You suggested transferring the interaction from Skout to

02:33PM  10  cellphones and then in response to that, Mr. Cummings requested

02:33PM  11  a telephone number he could call.  And you gave him the number

02:33PM  12  and he, relatively short period of time afterwards he called,

02:33PM  13  and it began on a texting platform within the cellphone, over

02:33PM  14  the cellphone, correct?

02:33PM  15  A    Yes.

02:33PM  16  Q    He didn't object to that.  There was no problem.  He just

02:33PM  17  consented and you gave him the number, right?

02:33PM  18  A    Yes.

02:34PM  19  Q    The -- if I can point out specific places, but in quite a

02:34PM  20  few places I can, for example, Exhibit 3, page 1, Number 3 in

02:34PM  21  the first page there, in the interaction he submitted a text at

02:34PM  22  11:44 p.m., so in the relatively early afternoon, and then you

02:34PM  23  returned it at 9:57.

02:34PM  24        THE COURT:   You mean 1:44 p.m.?

02:34PM  25        MR. MOTTL:   I must be -- yes, 1:44 p.m. was

02:34PM   1   Mr. Cummings's text and it was responded to at 11:57.

02:35PM   2            THE COURT:   You mean 9:57?

02:35PM   3            MR. MOTTL:   9:57.  I'm sorry.  Let me have another --

02:35PM   4   BY MR. MOTTL:

02:35PM   5   Q    And then on page 3 of -- page 3 of Exhibit 3, Mr. Cummings

02:35PM   6   texts you at 10:21 p.m. on Friday and then you responded at

02:35PM   7   2:36 a.m. on Saturday, so early in the morning.

02:35PM   8            When your -- were those -- did you pace or respond in

02:35PM   9   different ways at different times to see what Mr. Cummings's

02:36PM  10   was reacting to or what might react, whether it was a quick

02:36PM  11   reply or delayed reply, or was it just your responses were

02:36PM  12   essentially the result of your having other activities and

02:36PM  13   doing other things and then responding to him?  Was that

02:36PM  14   planned out; that is, the distance between your response?

02:36PM  15   A    That was not planned out.

02:36PM  16   Q    So it was just a matter of whether --

02:36PM  17   A    That's when I decided to reply to him.

02:36PM  18   Q    Thank you.

02:36PM  19            In your -- I refer to -- I asked you about a script

02:36PM  20   that may have been taught to you in engaging suspects in your

02:36PM  21   investigations, referring to what you may have been taught and

02:36PM  22   your schooling on the mainland, and you said no it was pretty

02:37PM  23   much what you decided you would say and that's what you

02:37PM  24   proceeded on.  These were your words that you decided to

02:37PM  25   communicate to Mr. Cummings to see how he might respond; is

02:37PM    1    that correct?

02:37PM    2    A    These were my words that I chose to use to text with.

02:37PM    3    Q    Did you have a strategy or did you feel that you had sort

02:37PM    4    of a strategy or approach you'd use?  I don't know how --

02:37PM    5    whether you're actually more of a technician artist or an

02:37PM    6    artist in how you pull these things together.  I'll just jump

02:37PM    7    to my question.

02:37PM    8         It seems that the words used and the scenario, the

02:37PM    9    story that you were presenting in being this persona, a

02:38PM   10    35-year-old initially and then after informing him that you

02:38PM   11    were 14, no, 13, becoming 14, two different parts of your

02:38PM   12    presentation, did you try to sort of create an impression that

02:38PM   13    the persona Kiana was frustrated and upset about her situation,

02:38PM   14    maybe based on boredom?  You used the words -- I'm sorry.  I'm

02:38PM   15    jumping.  I'll use the word drama and then sort of a --

02:38PM   16         MS. OLSON:  Objection, compound question.

02:38PM   17    BY MR. MOTTL:

02:38PM   18    Q    -- drama.

02:38PM   19         THE COURT:  Not a compound question --

02:38PM   20    BY MR. MOTTL:

02:38PM   21    Q    Was that just --

02:39PM   22         MR. MOTTL:  Excuse me, Your Honor.  I'm sorry.

02:39PM   23         THE COURT:  Give me a chance to rule.

02:39PM   24         MR. MOTTL:  Yes.

02:39PM   25         THE COURT:  The objection is overruled.  It's not a

20

02:39PM   1   compound question because it's not a question.

02:39PM   2            Do you have a question?

02:39PM   3   BY MR. MOTTL:

02:39PM   4   Q   Were you trying to create a sort of an emotional state of

02:39PM   5   the early teen that you were impersonating or --

02:39PM   6   A   Sometimes I can be relevant to a communication, but it

02:39PM   7   depends on the feel of the conversation.

02:39PM   8   Q   So you had no thoughts about the type of -- type of

02:39PM   9   personality of the individual that you were impersonating and

02:39PM  10   presenting it to Mr. Cummings.  That's not the case?

02:39PM  11   A   I'm sorry, sir, that I had no feelings of the personality

02:40PM  12   of my persona?

02:40PM  13   Q   The ones -- yeah.  I don't want to interrupt you about the

02:40PM  14   answer or the emotional state of the person you were --

02:40PM  15   A   There was nothing per se scripted.  It was a lot of what a

02:40PM  16   possible 13-year-old might be feeling or going through at the

02:40PM  17   time.

02:40PM  18   Q   So and that's -- your statement said she had a cousin that

02:40PM  19   she was frustrated with and a friend that sort of was messing

02:40PM  20   things up, and she was sort of impatient and wanting to get out

02:40PM  21   of the house.  That all just sort of unfolded?

02:40PM  22   A   Yes, sir.

02:40PM  23   Q   Thank you.

02:41PM  24            MR. MOTTL:  Thank you.  No more questions.

02:41PM  25            THE COURT:  Redirect?

21

| | | |
|---|---|---|
| 02:41PM | 1 | MS. OLSON:  None, Your Honor. |
| 02:41PM | 2 | THE COURT:  Please call your next witness. |
| 02:41PM | 3 | Thank you, Detective. |
| 02:41PM | 4 | Your next witness. |
| 02:41PM | 5 | MS. OLSON:  The government calls Officer Kahiapo |
| 02:42PM | 6 | Kauhaahaa. |
| 02:42PM | 7 | THE CLERK:  Please raise your right hand. |
| 02:42PM | 8 | KAHIAPO KAUHAAHAA, |
| 02:42PM | 9 | called as a witness, having been first duly sworn, was examined |
| 02:42PM | 10 | and testified as follows: |
| 02:42PM | 11 | THE CLERK:  Please state your full name, spelling your |
| 02:42PM | 12 | last name for the record. |
| 02:42PM | 13 | THE WITNESS:  Kahiapo Kauhaahaa, K-A-U-H-A-A-H-A-A. |
| 02:42PM | 14 | DIRECT EXAMINATION |
| 02:42PM | 15 | BY MS. OLSON: |
| 02:42PM | 16 | Q    Good afternoon. |
| 02:42PM | 17 | How are you employed? |
| 02:42PM | 18 | A    Police officer with the Maui Police Department. |
| 02:42PM | 19 | Q    How long have you been so employed? |
| 02:42PM | 20 | A    Approximately nine years. |
| 02:42PM | 21 | Q    What's your title? |
| 02:42PM | 22 | A    I'm in the -- a police officer in the vice division. |
| 02:42PM | 23 | Q    What's the vice division? |
| 02:42PM | 24 | A    We investigate narcotics, gambling and morals, |
| 02:43PM | 25 | prostitution type investigations, human trafficking. |

22

02:43PM  1   Q    Do you have experience making arrests?

02:43PM  2   A    Yes.

02:43PM  3   Q    How many arrests, approximately, in your career have you

02:43PM  4   made, roughly?

02:43PM  5   A    Over a hundred.

02:43PM  6   Q    Did you receive training on making arrests?

02:43PM  7   A    Yes.

02:43PM  8   Q    Could you describe that very briefly.

02:43PM  9   A    Once we know that there is a crime being committed, we

02:43PM  10  have PC, we affect an arrest by placing handcuffs on the person

02:43PM  11  after informing them that they are under arrest, and take them

02:43PM  12  down to the police station and process them accordingly.

02:43PM  13  Q    And very briefly, could you give an overview of the

02:43PM  14  training that you -- not the content of the training, but just

02:43PM  15  summarize previously.  Do you learn that at the police academy

02:43PM  16  or at what stage --

02:43PM  17  A    Yes.  During police academy, we are trained by senior

02:43PM  18  officers on how to arrest someone.

02:44PM  19  Q    Do you have experience in undercover operations and

02:44PM  20  investigations?

02:44PM  21  A    Yes.

02:44PM  22  Q    About how many of those would you say you participated in

02:44PM  23  your career as a police officer, ballpark?

02:44PM  24  A    Over 30.

02:44PM  25  Q    And did you have any specific training in undercover

02:44PM   1   operations?

02:44PM   2   A    Yes.  Yes.

02:44PM   3   Q    Could you describe that briefly?

02:44PM   4   A    I've been a part of -- I don't know off the top of my head

02:44PM   5   what specific training.  HPD has like a week program on UC or

02:44PM   6   undercover officer training.

02:44PM   7        Also working with other senior officers at the Maui

02:44PM   8   Police Department, they teach us how they were trained and what

02:44PM   9   is expected as a police officer.

02:44PM  10   Q    And how were you assigned on March 15th of 2020?

02:45PM  11   A    I was assigned to the -- assist in an electronic

02:45PM  12   enticement of a child type investigation, and I was tasked to

02:45PM  13   the surveillance and takedown team.

02:45PM  14   Q    Can you describe what the surveillance and takedown team

02:45PM  15   was supposed to do as part of that operation?

02:45PM  16   A    Yes.  So surveillance takedown, basically what it is, how

02:45PM  17   it's set, surveillance would identify or be in an undercover

02:45PM  18   capacity, plain clothes in undercover cars.  We would identify

02:45PM  19   any offender or target you could say, and then the takedown

02:45PM  20   portion would be the arrest, the contact with the offender and

02:45PM  21   then successfully arresting the offender once the crime has

02:45PM  22   been committed.

02:45PM  23   Q    Did the operation that night on March 15, 2020 have a

02:45PM  24   particular name?

02:45PM  25   A    Yes, Operation Keiki Shield.

24

02:46PM  1   Q   Did you and your team end up arresting anybody that night
02:46PM  2   as part of that operation?
02:46PM  3   A   Yes.
02:46PM  4   Q   Who was it?
02:46PM  5   A   For this particular investigation.
02:46PM  6   Q   On March 15th, 2020, did you participate in the arrest of
02:46PM  7   anyone in connection with this Operation Keiki Shield?
02:46PM  8   A   Yes.
02:46PM  9   Q   Who was it?
02:46PM  10  A   Lyle Cummings.
02:46PM  11  Q   How did you first hear about Lyle Cummings that night?
02:46PM  12  A   So we were given information from the intel gathering
02:46PM  13  team, I guess you could say, that a possible target identified
02:46PM  14  as Lyle Cummings, and they gave a photograph and a description
02:46PM  15  of the possible offender.
02:46PM  16  Q   Do you know how they identified him as Lyle Cummings at
02:46PM  17  that point?
02:46PM  18  A   I'm not sure how they came across that information, but
02:46PM  19  I'm assuming that they did some kind of check on whatever
02:47PM  20  databases that they have after he used a device to contact the
02:47PM  21  undercover officer.
02:47PM  22  Q   The particular phone number or...
02:47PM  23  A   Yes.
02:47PM  24  Q   Not sure.
02:47PM  25  A   Yeah, I'm not sure.  Sorry.

02:47PM  1   Q   So you and your team were told to go out and arrest him.

02:47PM  2   Is that what your testimony is?

02:47PM  3   A   Yeah, so command post related to us that Lyle Cummings was

02:47PM  4   in con -- utilizing a device to contact an undercover officer

02:47PM  5   posing as a 13-year-old girl, at which point at around, I don't

02:47PM  6   know, 7:30 that evening of the March 15th, we were told that he

02:47PM  7   was willing to meet this undercover officer at a predetermined

02:47PM  8   meet location.

02:47PM  9   Q   Did you know what that predetermined meet location was?

02:47PM  10  A   Yes.  It was a beach access off of South Kihei, which is

02:48PM  11  directly across of Kilohana park -- Kilohana parking lot.

02:48PM  12  Q   I think you used the word "intel."

02:48PM  13      Could you just describe a little bit more of what that

02:48PM  14  is?

02:48PM  15  A   The intel team would be a group of people dedicated to

02:48PM  16  gathering information on potential offenders in this type of

02:48PM  17  investigation.

02:48PM  18  Q   So you were being given information that night from the

02:48PM  19  intel.

02:48PM  20  A   Yes.

02:48PM  21  Q   You mentioned you had the name Lyle Cummings.

02:48PM  22      Did you have any other information about him?

02:48PM  23  A   Yes.  So once we received information from command post

02:48PM  24  that Lyle was headed to the predetermined meet location, they

02:48PM  25  said that he would be arriving in a white Toyota pickup,

| | | |
|---|---|---|
| 02:48PM | 1 | license plate LAJ777 or a GMC Yukon with the vanity plates |
| 02:48PM | 2 | D-U-C-F-A-T. |
| 02:49PM | 3 | Q    What did the team do after you were given the meet |
| 02:49PM | 4 | location? |
| 02:49PM | 5 | A    So the surveillance slash takedown team set up in the |
| 02:49PM | 6 | immediate area of Kilohana parking lot and the intersection of |
| 02:49PM | 7 | right where the beach access is located.  Prior to or after |
| 02:49PM | 8 | being notified, we placed an undercover officer who was posing |
| 02:49PM | 9 | as a decoy under the assumed name Kiana.  We had her stand |
| 02:49PM | 10 | there on the side of South Kihei Road in view of that |
| 02:49PM | 11 | intersection. |
| 02:49PM | 12 | At this point, I mean it was about 7:00 so it was |
| 02:49PM | 13 | fairly -- it was dark.  The sun was down at this time.  So we |
| 02:50PM | 14 | had multiple officers all dressed in plain clothes in |
| 02:50PM | 15 | undercover cars posted in the area so they could see and |
| 02:50PM | 16 | identify, make sure that we were obviously arresting the right |
| 02:50PM | 17 | person. |
| 02:50PM | 18 | Q    And you mentioned a female undercover officer. |
| 02:50PM | 19 | Who was that? |
| 02:50PM | 20 | A    Yes.  That was undercover Officer Ariga from the Maui |
| 02:50PM | 21 | Police Department. |
| 02:50PM | 22 | Q    And what was -- could you describe her role again in the |
| 02:50PM | 23 | operation? |
| 02:50PM | 24 | A    She was the undercover decoy we call them, and they |
| 02:50PM | 25 | utilize -- they're generous to the allow us to utilize their |

02:50PM   1   photographs to -- in this types of investigations to use as,

02:50PM   2   you know, assumed persona from whatever names or however the

02:50PM   3   chatter or whatever would use.

02:51PM   4   Q    So how was your team set up physically at the meetup

02:51PM   5   location where you expected Lyle Cummings?

02:51PM   6   A    Okay.  So like I explained, so we had a surveillance

02:51PM   7   arrest takedown team set up in the immediate area.  I was

02:51PM   8   specifically assigned to UC cover.  UC cover is basically a

02:51PM   9   protection detail or protection team dedicated to the

02:51PM   10   undercover officer.  So she was standing at the side of the

02:51PM   11   road and we were in like maybe 20 feet behind her hiding in

02:51PM   12   plain clothes, anticipating that someone, possibly Lyle

02:51PM   13   Cummings, would arrive to this predetermined meet location.

02:51PM   14   Q    Where were you hiding?

02:51PM   15   A    It was behind like this wall, like right down the -- like

02:52PM   16   several feet down the beach access towards the beach, yeah, but

02:52PM   17   we had visual of the -- of Kiana or and the roadway that she

02:52PM   18   was in her immediate area, I guess you could say.

02:52PM   19   Q    How many officers were hiding?

02:52PM   20   A    I want to say behind me, maybe three, three or four of us

02:52PM   21   total.

02:52PM   22   Q    Were they all in plain clothes?

02:52PM   23   A    Yes.

02:52PM   24   Q    Was there any indication of a law enforcement presence

02:52PM   25   right around the immediate area?

02:52PM   1   A    No.   Like I said, we were all dressed in plain clothes.

02:52PM   2   Everyone in the surveillance takedown team was either unmarked

02:52PM   3   police cars, unmarked -- yeah, no uniforms or anything like

02:52PM   4   that, so no sign of any police presence.

02:52PM   5   Q    Can you describe just very briefly what you mean by

02:52PM   6   unmarked?

02:52PM   7   A    Yeah.   So police cars that are equipped with emergency

02:53PM   8   lights and sirens, but they don't have any police decals or

02:53PM   9   light bars that were common to see in public.

02:53PM   10   Q    Why was the arrest team hiding?

02:53PM   11   A    Specifically for these types of investigations, it's an

02:53PM   12   undercover proactive type investigation, so we like to keep the

02:53PM   13   continuity of the investigation by concealing that we're law

02:53PM   14   enforcement and that offenders of these types of investigations

02:53PM   15   like to identify or evade police apprehension by identifying

02:53PM   16   law enforcement prior to meeting with or getting to that

02:53PM   17   location.

02:53PM   18   Q    And can you describe briefly again, where was Kiana

02:53PM   19   standing?

02:53PM   20   A    She was --

02:53PM   21   Q    I'm sorry.   When I say Kiana, I mean the undercover

02:53PM   22   officer playing the physical role of Kiana.

02:53PM   23   A    So she was standing on basically the sidewalk of South

02:54PM   24   Kihei Road fronting the beach access, and that was just north

02:54PM   25   of the intersection of South Kihei and Kilohana Drive.

| | | | |
|---|---|---|---|
| 02:54PM | 1 | Q | Was she hiding? |
| 02:54PM | 2 | A | No, she was in plain sight. |
| 02:54PM | 3 | Q | What happened next? |
| 02:54PM | 4 | A | So we received information that Lyle was supposed to be |
| 02:54PM | 5 | | arriving.  Surveillance team identifies vehicle, white Toyota |
| 02:54PM | 6 | | pickup, license plate LAJ777 arrive in the parking lot, |
| 02:54PM | 7 | | Kilohana parking lot.  They observe the vehicle exit the |
| 02:54PM | 8 | | parking lot and head down Kilohana Drive to the intersection of |
| 02:54PM | 9 | | South Kihei Road, stops at that stop line, at which point the |
| 02:54PM | 10 | | surveillance team identifies Lyle as the sole occupant and |
| 02:54PM | 11 | | operator of the vehicle; at which time he stopped there for a |
| 02:55PM | 12 | | while.  Then he creeps into the -- sorry.  Am I going too -- |
| 02:55PM | 13 | Q | Go ahead. |
| 02:55PM | 14 | A | So he actually creeps into the intersection basically |
| 02:55PM | 15 | | facing the undercover officer with his vehicle.  So the lights |
| 02:55PM | 16 | | are on, it's dark, and you could see the lights flash off and |
| 02:55PM | 17 | | on, off and on as if he was anticipating that the UC officer, |
| 02:55PM | 18 | | Kiana, would approach the vehicle. |
| 02:55PM | 19 | Q | Did you personally observe what you just described? |
| 02:55PM | 20 | A | Yes. |
| 02:55PM | 21 | Q | How far away, about, were you? |
| 02:55PM | 22 | A | I Google mapped this, so it's about 50 -- approximately |
| 02:55PM | 23 | | 50 feet from the UC officer's -- where she was standing to |
| 02:55PM | 24 | | where his vehicle was inside the intersection of that area. |
| 02:55PM | 25 | Q | You're talking about the person playing the role of Kiana. |

30

02:56PM    1    A    Yes.  Sorry.  Yes, Kiana.

02:56PM    2    Q    How far away were you observing this from?

02:56PM    3    A    I was pretty much right behind her, so roughly 60 feet I

02:56PM    4    guess you could say, yeah.

02:56PM    5    Q    Was it your impression that the person driving that white

02:56PM    6    truck you're describing would have been able to see the person

02:56PM    7    playing Kiana?

02:56PM    8    A    Yes.  For sure, yes.

02:56PM    9    Q    And you said the truck was sort of facing her, the front

02:56PM   10    of the truck?

02:56PM   11    A    Yes.  The way that it was stopped in the roadway, it was

02:56PM   12    facing the -- Kiana.  The headlights was facing her directly

02:56PM   13    basically.

02:56PM   14    Q    And you said the lights on the truck flashed?

02:56PM   15    A    Yes.

02:56PM   16    Q    Did you have an impression at that time as to why?

02:56PM   17    A    Yeah.  It appeared as though he was waiting for the --

02:56PM   18    Kiana to approach the vehicle, try and get her attention.

02:57PM   19    Q    Where was -- I'm sorry if you said this already, but could

02:57PM   20    you just repeat?  Where was the person playing Kiana standing

02:57PM   21    in relation to the white truck?

02:57PM   22    A    Sorry.  So she was on the side of the road, so across the

02:57PM   23    street, basically across the street from where the truck was

02:57PM   24    stopped.  Basically the truck was stopped in the intersection

02:57PM   25    across the street from where Kiana was standing.

02:57PM  1    Q    Do you know about how long the truck was stopped there?

02:57PM  2    A    It was for a while I guess you could say.  It wasn't a

02:57PM  3    regular stop at a stop sign.  It was a longer than that, yeah.

02:57PM  4    Q    Was the position of the truck sort of right in line with

02:57PM  5    where you would normally stop at a stop sign?

02:58PM  6    A    He initially stopped at the stop line and then he stopped

02:58PM  7    there for a while, and then he crept into the intersection

02:58PM  8    basically blocking the lane of travel for a period of time, at

02:58PM  9    which point the lights went off and on.

02:58PM  10   Q    And then what happened?

02:58PM  11   A    From there we were -- we affected a takedown or a stop of

02:58PM  12   the vehicle.  I approached the vehicle from the front.

02:58PM  13   Obviously we were behind Kiana.  So I approached on foot from

02:58PM  14   the front -- towards the front of the vehicle.  I observed

02:58PM  15   Mr. Cummings as the sole occupant and operator of the vehicle.

02:58PM  16   I approached the vehicle from the passenger side.

02:58PM  17        My partner, Officer Toma Asuega-Stark, approached from

02:58PM  18   the driver's side.  As Officer Asuega-Stark informed

02:58PM  19   Mr. Cummings that he was under arrest and ordered him to get

02:58PM  20   out of the vehicle, I, for officer safety purposes, opened the

02:59PM  21   passenger door of the vehicle and turned the ignition off,

02:59PM  22   taking out the keys, rendering the vehicle inoperable so he

02:59PM  23   would not take off and bang any of my partners.  And then from

02:59PM  24   there I gave the keys to Detective Satterfield.

02:59PM  25   Q    At any time during this operation, did you, besides taking

32

02:59PM   1   the keys, turning off the ignition and taking the keys, did you

02:59PM   2   or any other officer enter the truck or alter the contents of

02:59PM   3   the truck in any way?

02:59PM   4   A   No.

02:59PM   5   Q   Did you see anything that appeared to be illegal drugs in

02:59PM   6   the truck?

02:59PM   7   A   No.

02:59PM   8   Q   There was no search of the truck at that time?

03:00PM   9   A   No.

03:00PM   10   Q   Do you know why not?

03:00PM   11   A   Yeah.  So we were primarily investigating an electronic

03:00PM   12   enticement of a child type investigation, so there would be no

03:00PM   13   reason for us to be looking for anything else, including

03:00PM   14   narcotics or anything like that.  It's just what we were

03:00PM   15   assigned for and that's it.

03:00PM   16   Q   So you personally observed Mr. Cummings being taken into

03:00PM   17   custody?

03:00PM   18   A   Yes.

03:00PM   19   Q   Do you see him in the courtroom today?

03:00PM   20   A   Yes.

03:00PM   21   Q   Let me back up.

03:00PM   22     When you personally observed him that night, did you

03:00PM   23   get a good look at him?

03:00PM   24   A   Yes.

03:00PM   25   Q   Even though it was dark?

| 03:00PM | 1 | A | Yes. |
| 03:00PM | 2 | Q | You were close enough to see him well? |
| 03:00PM | 3 | A | Yes. |
| 03:00PM | 4 | Q | Do you see him here today? |
| 03:00PM | 5 | A | Yes. |
| 03:00PM | 6 | Q | Could you describe generally where he's sitting and |
| 03:00PM | 7 | | briefly describe an article of clothing? |
| 03:00PM | 8 | A | He's seated right behind you wearing a blue polo shirt. |
| 03:00PM | 9 | Q | When Mr. Cummings was arrested, was there |
| 03:01PM | 10 | | anything noteworthy or out of the ordinary about the arrest |
| 03:01PM | 11 | | itself? |
| 03:01PM | 12 | A | No. |
| 03:01PM | 13 | Q | Any problems? |
| 03:01PM | 14 | A | No. |
| 03:01PM | 15 | Q | Would you say in your training and experience that the |
| 03:01PM | 16 | | arrest was according to standard police practices and |
| 03:01PM | 17 | | procedures? |
| 03:01PM | 18 | A | Yes. |
| 03:01PM | 19 | Q | Was he read his rights? |
| 03:01PM | 20 | A | Yes. |
| 03:01PM | 21 | Q | Did law enforcement record or document the arrest somehow? |
| 03:01PM | 22 | A | Yes. |
| 03:01PM | 23 | Q | How? |
| 03:01PM | 24 | A | Utilizing -- for this operation we were issued standalone |
| 03:01PM | 25 | | burner phones specific to Operation Keiki Shield.  So an |

| | | |
|---|---|---|
| 03:01PM | 1 | officer recorded this -- pretty much the entire arrest |
| 03:01PM | 2 | utilizing one of these devices. |
| 03:01PM | 3 | Q    Did any officers have body cams or recorded on body cam? |
| 03:01PM | 4 | A    No. |
| 03:01PM | 5 | Q    Have you since watched the video recordings of the arrest? |
| 03:02PM | 6 | A    Yes. |
| 03:02PM | 7 | Q    How many are there? |
| 03:02PM | 8 | A    Two. |
| 03:02PM | 9 | Q    Are there any more than two to your knowledge? |
| 03:02PM | 10 | A    Not that I know of. |
| 03:02PM | 11 | Q    Could you very briefly describe what the two videos show |
| 03:02PM | 12 | that you're aware of? |
| 03:02PM | 13 | A    The first video would be Officer Asuega-Stark mas well as |
| 03:02PM | 14 | other assisting officers placing Mr. Cummings in handcuffs, and |
| 03:02PM | 15 | the second video is, I believe it's an overall view of the |
| 03:02PM | 16 | vehicle that he arrived in, the white Toyota Tacoma. |
| 03:02PM | 17 |         MS. OLSON:  Your Honor, at this time I would like to |
| 03:02PM | 18 | publish Exhibits 5 and 6 for the jury and they are the two |
| 03:02PM | 19 | videos of the arrest that the witness just described that have |
| 03:03PM | 20 | been previously admitted into evidence by the Court. |
| 03:03PM | 21 |         THE COURT:  Yes.  Both of those exhibits are admitted. |
| 03:03PM | 22 | You may publish, but before you do so, I have two questions. |
| 03:03PM | 23 |         Officer, you mentioned that you affect arrests |
| 03:03PM | 24 | pursuant to PC. |
| 03:03PM | 25 |         What is PC? |

| | | |
|---|---|---|
| 03:03PM | 1 | THE WITNESS:  Probable cause. |
| 03:03PM | 2 | THE COURT:  Also you mentioned that this officer |
| 03:03PM | 3 | posing as Kiana was standing on the sidewalk near this |
| 03:03PM | 4 | intersection of Kilohana. |
| 03:03PM | 5 | THE WITNESS:  Yes. |
| 03:03PM | 6 | THE COURT:  What was she wearing? |
| 03:03PM | 7 | THE WITNESS:  I believe she was wearing a sweatshirt. |
| 03:03PM | 8 | THE COURT:  What else?  You were providing a |
| 03:03PM | 9 | description of the officers, but you didn't describe her. |
| 03:03PM | 10 | THE WITNESS:  I believe she was wearing a sweatshirt |
| 03:03PM | 11 | and pants. |
| 03:03PM | 12 | THE COURT:  Anything else more specific you can recall |
| 03:03PM | 13 | about her attire that evening? |
| 03:03PM | 14 | THE WITNESS:  No. |
| 03:03PM | 15 | THE COURT:  Thank you.  You may play Exhibits 5 or 6 |
| 03:03PM | 16 | when you're ready. |
| 03:03PM | 17 | BY MS. OLSON: |
| 03:03PM | 18 | Q   Could I just ask one quick question just to be very clear? |
| 03:03PM | 19 | Officer Ariga you're talking about who played Kiana, |
| 03:04PM | 20 | her photograph was used in the profile picture in this |
| 03:04PM | 21 | operation; is that correct? |
| 03:04PM | 22 | A   Yes. |
| 03:04PM | 23 | MS. OLSON:  Let's please play the video.  The order |
| 03:04PM | 24 | doesn't matter.  If we could start with Number 5, please, |
| 03:04PM | 25 | Exhibit 5. |

| 03:04PM | 1 | (The video was played for the jury.) |
|---|---|---|
| 03:07PM | 2 | MS. OLSON:  Let the record reflect the video is over. |
| 03:07PM | 3 | That was Exhibit 5. |
| 03:07PM | 4 | BY MS. OLSON: |
| 03:07PM | 5 | Q    Officer, did you see yourself in that video? |
| 03:07PM | 6 | A    Yes. |
| 03:08PM | 7 | Q    What were you doing? |
| 03:08PM | 8 | A    Walking around the vehicle -- |
| 03:08PM | 9 | Q    So -- |
| 03:08PM | 10 | A    -- assisting whoever I can assist, yeah. |
| 03:08PM | 11 | Q    Does this video seem accurate to you having been there? |
| 03:08PM | 12 | A    Yes. |
| 03:08PM | 13 | Q    So it fairly and accurately matches your recollection of |
| 03:08PM | 14 | the events? |
| 03:08PM | 15 | A    Yes. |
| 03:08PM | 16 | MS. OLSON:  Could we please publish and play |
| 03:08PM | 17 | Exhibit 6, another video? |
| 03:08PM | 18 | THE COURT:  You may. |
| 03:08PM | 19 | (The video was played for the jury.) |
| 03:08PM | 20 | BY MS. OLSON: |
| 03:09PM | 21 | Q    Did that video fairly and accurately represent what you |
| 03:09PM | 22 | know of to have occurred that night? |
| 03:09PM | 23 | A    Yes. |
| 03:09PM | 24 | Q    What was visible very briefly to officers that you recall |
| 03:09PM | 25 | in the truck from standing outside the truck? |

| | | |
|---|---|---|
| 03:09PM | 1 | A    From the video you can see that there's a cellphone, a |
| 03:09PM | 2 | black colored cellphone in the center console area of the |
| 03:09PM | 3 | vehicle. |
| 03:09PM | 4 | Q    At any time with your interactions with Mr. Cummings that |
| 03:09PM | 5 | night, did he say anything substantive to you about the case? |
| 03:09PM | 6 | A    No. |
| 03:09PM | 7 | Q    Did you have any more to do with this case? |
| 03:09PM | 8 | A    No. |
| 03:09PM | 9 |         MS. OLSON:  Thank you.  No more questions. |
| 03:09PM | 10 |         THE COURT:  Mr. Mottl, cross-examination when you're |
| 03:09PM | 11 | ready. |
| 03:09PM | 12 |         MR. MOTTL:  Yes. |
| 03:09PM | 13 |                    CROSS-EXAMINATION |
| 03:09PM | 14 | BY MR. MOTTL: |
| 03:09PM | 15 | Q    Good afternoon, Officer Kauhaahaa.  I just have a few |
| 03:10PM | 16 | questions. |
| 03:10PM | 17 |         I have -- basically I have something here that says |
| 03:10PM | 18 | there was something referred to as a rover team.  You were part |
| 03:10PM | 19 | of a rover team? |
| 03:10PM | 20 | A    I was part of the surveillance and takedown team. |
| 03:10PM | 21 | Q    Okay.  That makes sense. |
| 03:10PM | 22 |         And Sergeant Bates? |
| 03:10PM | 23 | A    Yes. |
| 03:10PM | 24 | Q    He was the head of the team? |
| 03:10PM | 25 | A    Yes. |

38

| | | |
|---|---|---|
| 03:10PM | 1 | Q    And you -- I think there were three other individuals |
| 03:10PM | 2 | working with you? |
| 03:10PM | 3 | A    Yes.  I cannot say it was just three, but it was a group |
| 03:10PM | 4 | of us for sure. |
| 03:10PM | 5 | Q    Thank you. |
| 03:10PM | 6 | The events you just testified to were March 15th or on |
| 03:10PM | 7 | March 15th, 2020; is that correct? |
| 03:10PM | 8 | A    Yes. |
| 03:10PM | 9 | Q    Do you recall participating in any other similar arrests |
| 03:11PM | 10 | on that date? |
| 03:11PM | 11 | A    I believe so. |
| 03:11PM | 12 | MS. OLSON:  Objection, relevance. |
| 03:11PM | 13 | THE COURT:  I'm not sure where you're going with this. |
| 03:11PM | 14 | We've been down this road already this afternoon, sir. |
| 03:11PM | 15 | Where is this going? |
| 03:11PM | 16 | MR. MOTTL:  Well, not much more than this, although |
| 03:11PM | 17 | the officer responded yes and that may be an inconsistency with |
| 03:11PM | 18 | the last witness.  I just have a few more questions. |
| 03:11PM | 19 | THE COURT:  I'll give you a very short leash. |
| 03:11PM | 20 | And by the way, he did not say yes.  His response was, |
| 03:11PM | 21 | "I believe so." |
| 03:11PM | 22 | The objection is overruled for now. |
| 03:11PM | 23 | MR. MOTTL:  I think probably -- well, I have no other |
| 03:11PM | 24 | questions.  Thank you. |
| 03:12PM | 25 | THE COURT:  Redirect? |

03:12PM   1              MS. OLSON:  No redirect.  Thank you.

03:12PM   2              THE COURT:  Officer, you may step down.

03:12PM   3              Next witness.

03:12PM   4              MS. PERLMUTTER:  Yes, Your Honor.  At this time before

03:12PM   5    calling our next witness, the government would seek to read

03:12PM   6    into the record stipulation of evidence in Exhibit Number 19.

03:12PM   7              THE COURT:  Number 19?

03:12PM   8              MS. PERLMUTTER:  Yes.

03:12PM   9              THE COURT:  Any objection, Mr. Mottl?

03:12PM   10             MR. MOTTL:  No objection, Your Honor.

03:12PM   11             THE COURT:  Counsel, did you wish me to do that or did

03:12PM   12   you plan to do it?

03:12PM   13             MS. PERLMUTTER:  I can do that, Your Honor.

03:12PM   14             THE COURT:  Go ahead.

03:12PM   15             MS. PERLMUTTER:  Would it be appropriate to publish?

03:12PM   16             THE COURT:  Sure.  Without objection, Government's

03:12PM   17   Exhibit 19 is admitted.

03:12PM   18         (Government's Exhibit 19 was received in evidence.)

03:12PM   19             MS. PERLMUTTER:  If you could please turn to page 2.

03:12PM   20             "The United States of America and Defendant, Lyle

03:13PM   21   Rikio Cummings, by and through their respective attorneys,

03:13PM   22   hereby enter into the following stipulation, and agree to the

03:13PM   23   following:

03:13PM   24             "On March 16, 2020, the Maui Police Department

03:13PM   25   searched a white Toyota truck with license plate number LAJ777,

03:13PM   1   and seized from the truck a cellular telephone (an iPhone 7).

03:13PM   2   The parties do not dispute the chain of custody for the

03:13PM   3   cellular telephone, which is presently stored in the Homeland

03:13PM   4   Security Investigation, HSI, evidence vault in Honolulu,

03:13PM   5   Hawaii."

03:13PM   6            THE COURT:  For the jury, as I mentioned yesterday,

03:13PM   7   there are a number of ways in which evidence in this case may

03:13PM   8   come in.  One of those ways is through the stipulation of the

03:13PM   9   attorneys in this case.

03:13PM  10            You just heard one of those examples of such a

03:13PM  11   stipulation where the parties agree or stipulate to certain

03:14PM  12   facts.  It means that they agree that these facts are true.

03:14PM  13   You should therefore treat these facts as having been

03:14PM  14   conclusively proved.

03:14PM  15            You may proceed when ready.

03:14PM  16            MS. PERLMUTTER:  Your Honor, at this time the

03:14PM  17   government calls Maui Police Department Detective Matthew

03:14PM  18   Bigoss.

03:14PM  19            THE CLERK:  Please raise your right hand.

03:14PM  20                         MATTHEW BIGOSS,

03:14PM  21   called as a witness, having been first duly sworn, was examined

03:14PM  22   and testified as follows:

03:14PM  23            THE CLERK:  Please state your full name, spelling your

03:14PM  24   last name for the record.

03:14PM  25            THE WITNESS:  My name is Matthew Bigoss.  First name

| | | |
|---|---|---|
| 03:15PM | 1 | Matthew, M-A-T-T-H-E-W, last name is Bigoss, B like boy, |
| 03:15PM | 2 | I-G-O-S-S. |
| 03:15PM | 3 | DIRECT EXAMINATION |
| 03:15PM | 4 | BY MS. PERLMUTTER: |
| 03:15PM | 5 | Q   Good afternoon, Detective Bigoss. |
| 03:15PM | 6 | Could you please tell the jury where you are currently |
| 03:15PM | 7 | employed? |
| 03:15PM | 8 | A   Good afternoon.  I'm a detective with the Maui Police |
| 03:15PM | 9 | Department. |
| 03:15PM | 10 | Q   As a detective, what are your responsibilities at the Maui |
| 03:15PM | 11 | Police Department? |
| 03:15PM | 12 | A   Investigation of felony crimes with a specialty in cyber |
| 03:15PM | 13 | crimes and digital forensics. |
| 03:15PM | 14 | Q   How long have you been with the Maui Police Department? |
| 03:15PM | 15 | A   Just short of 19 years. |
| 03:15PM | 16 | Q   Has there been a shorter length of time within the Maui |
| 03:15PM | 17 | Police Department that you've been involved in either cyber |
| 03:15PM | 18 | crimes or digital type crimes? |
| 03:15PM | 19 | A   Yes.  I've been assigned to that for six years. |
| 03:16PM | 20 | Q   Could you explain to the jury what is meant by a cyber |
| 03:16PM | 21 | crime or a digital crime? |
| 03:16PM | 22 | A   So cyber crime we're talking about crimes that are |
| 03:16PM | 23 | involving the internet as a component or electronic evidence, |
| 03:16PM | 24 | electronic devices like computers, cellphones, that sort of |
| 03:16PM | 25 | thing. |

03:16PM  1   Q    And in your role as a detective within the cyber crimes

03:16PM  2   specialty, what responsibilities are included in that type of

03:16PM  3   role?

03:16PM  4   A    I assist other detectives with their cases by conducting

03:16PM  5   examinations of -- forensic examinations of cellphones and

03:16PM  6   computers other electronic devices.

03:16PM  7        I also handle investigation of crimes that are

03:16PM  8   occurring over the internet to include extortion-type schemes,

03:16PM  9   threatening and internet crimes against children or ICAC cases.

03:16PM  10  Q    Are you involved in undercover operations as part of this

03:17PM  11  role?

03:17PM  12  A    Yes, I am.

03:17PM  13  Q    Are some of those undercover operations occurring at least

03:17PM  14  partially online?

03:17PM  15  A    Yes.

03:17PM  16  Q    What do you mean -- what do I mean by online in your view?

03:17PM  17  A    Something that's involving the internet.  Social media,

03:17PM  18  applications, that sort of thing.

03:17PM  19  Q    You examine digital devices; is that right?

03:17PM  20  A    That's correct.

03:17PM  21  Q    Could you explain to the jury what's included in the

03:17PM  22  category of digital devices?

03:17PM  23  A    Basically anything that has some type of electronic

03:17PM  24  component to it, electronic storage, so phones, computers,

03:17PM  25  internet connected like TVs, refrigerators, anything -- even

| | | |
|---|---|---|
| 03:17PM | 1 | cars.  Anything that has a communications or file storage |
| 03:17PM | 2 | capabilities. |
| 03:17PM | 3 | Q    I'd like to focus a little bit on your background |
| 03:17PM | 4 | regarding digital device, I'll use that term, training. |
| 03:18PM | 5 | Could you describe for the jury the type of training |
| 03:18PM | 6 | that you've received in this area? |
| 03:18PM | 7 | A    Sure.  I've received hundreds of hours of training from |
| 03:18PM | 8 | multiple different training and certification entities in |
| 03:18PM | 9 | cellphones, computers, including from the International |
| 03:18PM | 10 | Association of Computer Investigative Specialists, the United |
| 03:18PM | 11 | States Secret Service National Computer Forensics Institute and |
| 03:18PM | 12 | a couple of some vendor focused type of training from |
| 03:18PM | 13 | Cellebrite, MSAB and a couple other providers. |
| 03:18PM | 14 | Q    When you say vendor training and you referred specifically |
| 03:18PM | 15 | to Cellebrite, could you explain what you mean by that? |
| 03:18PM | 16 | A    Vendor training is training that's offered by a company |
| 03:18PM | 17 | that provides, I guess, specific digital forensic tools for |
| 03:18PM | 18 | examinations, so Cellebrite is one of those companies. |
| 03:18PM | 19 | Q    What's a forensic digital tool? |
| 03:18PM | 20 | Just so you know, any time you use a phrase that |
| 03:19PM | 21 | sounds a bit technical, I'm going to stop you and ask you to |
| 03:19PM | 22 | describe that. |
| 03:19PM | 23 | A    Okay.  When I talk about a digital forensics tool, it's |
| 03:19PM | 24 | basically a program that allows us to examine data, electronic |
| 03:19PM | 25 | evidence from a source, usually like a cellphone or computer, |

44

03:19PM   1   in a manner that doesn't cause any kind of changes or anything

03:19PM   2   like that to the data set.

03:19PM   3   Q    You mentioned you've been doing this cyber work as a

03:19PM   4   detective for about six years?

03:19PM   5   A    That's correct.

03:19PM   6   Q    Have you been examining digital devices longer than that?

03:19PM   7   A    Yes.  So prior to my assignment as a detective, I worked

03:19PM   8   in our crime reduction unit in our vice narcotics section where

03:19PM   9   I did a lot of work with cellular phones, phone records and

03:19PM  10   cases where phones were a major component, conspiracy type

03:19PM  11   cases.

03:19PM  12   Q    Do you have any specific certifications related to

03:20PM  13   cellular phones or cellphones?

03:20PM  14   A    I do.  I have a certification as a mobile forensic

03:20PM  15   examiner from the International Association of Computer

03:20PM  16   Investigative Specialists.

03:20PM  17         I have a certification from Cellebrite, a couple other

03:20PM  18   certifications from the Secret Service National Computer

03:20PM  19   Forensics Institute.

03:20PM  20   Q    What's your educational background, Detective Bigoss?

03:20PM  21   A    I completed college.  I have a bachelor's from the

03:20PM  22   University of Maryland.

03:20PM  23   Q    If you could ballpark for the jury the number of

03:20PM  24   examinations of cellphones that you've done at Maui Police

03:20PM  25   Department, could you explain to them approximately how many?

| | | | |
|---|---|---|---|
| 03:20PM | 1 | A | Over 200. |
| 03:20PM | 2 | Q | And what about -- and that's of cellphones? |
| 03:21PM | 3 | A | Yes. |
| 03:21PM | 4 | Q | And could you describe what that type of exam would |
| 03:21PM | 5 | | entail? |
| 03:21PM | 6 | A | Well, generally we have a couple of different levels to |
| 03:21PM | 7 | | which we examine a device and it's going to be driven by our |
| 03:21PM | 8 | | investigation.  Some examinations are a very surface level kind |
| 03:21PM | 9 | | of thing where we're getting data and then we're providing it |
| 03:21PM | 10 | | to an investigator for them to analyze and fit within a fact |
| 03:21PM | 11 | | pattern of their crime. |
| 03:21PM | 12 | | Some investigations dive a lot deeper and we're |
| 03:21PM | 13 | | actually going into the raw databases and deep into the data |
| 03:21PM | 14 | | that's on the device to try and locate like, for example, |
| 03:21PM | 15 | | deleted messages or deleted photographs, or stuff that's |
| 03:21PM | 16 | | encrypted and we're trying to get past the encryption. |
| 03:21PM | 17 | Q | Are you familiar with the term "extraction" -- |
| 03:21PM | 18 | A | Yes. |
| 03:21PM | 19 | Q | -- with respect to your job? |
| 03:21PM | 20 | | And specifically a cellphone extraction? |
| 03:21PM | 21 | A | Yes. |
| 03:21PM | 22 | Q | Could you describe what that is? |
| 03:21PM | 23 | A | That's essentially the term that we use for removing -- |
| 03:22PM | 24 | | for taking the data that's on the phone and creating a copy of |
| 03:22PM | 25 | | it for evidentiary purposes. |

03:22PM   1   Q    Is an extraction, that copy that you must mentioned, does

03:22PM   2   that include every single piece of data on the phone?

03:22PM   3   A    No, not necessarily.  Certain limitations for file systems

03:22PM   4   and operating systems of a phone may determine that we're not

03:22PM   5   going to get every single piece of data off a device.

03:22PM   6   Q    When you make an extraction, is that -- you called it a

03:22PM   7   copy.  Is that a fair way to call it for purposes of this

03:22PM   8   examination?

03:22PM   9   A    Yes, yes.

03:22PM   10  Q    Is that copy an accurate reflection of the information

03:22PM   11  that's on the phone itself?

03:22PM   12  A    Yes, it is.

03:22PM   13  Q    And how do you know that?

03:22PM   14  A    So we have a process called file hashing and to try and

03:22PM   15  keep it as simple as possible to understand, it's basically

03:22PM   16  it's a mathematical process by which you're verifying one set

03:23PM   17  of data matches another set of data, so it's almost like a

03:23PM   18  digital fingerprint.  So if we know what the hash is for the

03:23PM   19  data on phone, we know what the hash is for the copy as long as

03:23PM   20  it's a match.  That's how we're verifying that the copy is true

03:23PM   21  and correct.

03:23PM   22  Q    For the cellphone extractions or copies, how many,

03:23PM   23  approximately, have you done of iPhones specifically?

03:23PM   24  A    Specific to iPhones, over 100.

03:23PM   25       MS. PERLMUTTER:  At this time the government would

| | | |
|---|---|---|
| 03:23PM | 1 | move to qualify Detective Bigoss as an expert in forensic |
| 03:23PM | 2 | cellphone extractions and analysis pursuant to the Federal |
| 03:23PM | 3 | Rules of Evidence. |
| 03:23PM | 4 | THE COURT:  Mr. Mottl? |
| 03:23PM | 5 | MR. MOTTL:  No objection, Your Honor. |
| 03:23PM | 6 | THE COURT:  Without objection, Officer Bigoss is |
| 03:23PM | 7 | permitted to testify within the meaning of Federal Rule of |
| 03:23PM | 8 | Evidence 702 in the field of forensic cellphone extraction and |
| 03:24PM | 9 | analysis. |
| 03:24PM | 10 | BY MS. PERLMUTTER: |
| 03:24PM | 11 | Q    Detective Bigoss, what was your involvement in the Lyle |
| 03:24PM | 12 | Cummings case? |
| 03:24PM | 13 | A    For the Lyle Cummings case, during the operation itself I |
| 03:24PM | 14 | was kind of like the quarterback of the operation, so to speak. |
| 03:24PM | 15 | I organized the personnel who were involved, the different |
| 03:24PM | 16 | teams.  Basically managed everything during the operation. |
| 03:24PM | 17 | Q    Was that operation referred to as Operation Keiki Shield? |
| 03:24PM | 18 | A    Yes. |
| 03:24PM | 19 | Q    Besides being the quarterback in your own words, what else |
| 03:24PM | 20 | did you do in the case? |
| 03:24PM | 21 | A    Additionally I did the forensic examination of the |
| 03:24PM | 22 | cellphone that was recovered from a search warrant in the |
| 03:24PM | 23 | pickup truck. |
| 03:24PM | 24 | Q    Why did you conduct an examination of the cellphone |
| 03:24PM | 25 | recovered in the search warrant? |

03:24PM  1   A    To look for any type of information of an evidentiary
03:25PM  2   nature for the enticement investigation.
03:25PM  3   Q    Did you also have an involvement regarding controlled
03:25PM  4   substances in this case.
03:25PM  5   A    Oh, yes, I did.
03:25PM  6   Q    And what did you do regarding that, just generally?
03:25PM  7   A    I transported the controlled substances from Maui to
03:25PM  8   Honolulu to transfer to custody over here.
03:25PM  9   Q    And another word for controlled substances, could I use
03:25PM  10  the word "drugs"?
03:25PM  11  A    Yes.
03:25PM  12  Q    At this time, if you could turn in your binder to
03:25PM  13  Exhibit 17 and there will be Tabs A through F, and take some
03:25PM  14  time to please page through that.  Please just let me know when
03:26PM  15  you have familiarized yourself with that exhibit.
03:26PM  16  A    Okay.
03:27PM  17  Q    Could you describe for the jury what Exhibit 17 is?
03:27PM  18  A    Exhibit 17 is information from the forensic examination
03:27PM  19  report that I did for the cellphone.
03:27PM  20  Q    And in creating this forensic examination report, what
03:27PM  21  type of analysis tools did you use?
03:27PM  22  A    For this examination, I used multiple tools, a couple of
03:27PM  23  different tools to assist with acquisition or extraction of the
03:27PM  24  data, and then two or three different analysis tools to review
03:27PM  25  and verify the data.

| | | | |
|---|---|---|---|
| 03:27PM | 1 | Q | And when I say tool, am I referring to something physical |
| 03:27PM | 2 | | like a hammer or what -- |
| 03:28PM | 3 | A | No.  Sorry.  It's software.  It's all software based. |
| 03:28PM | 4 | Q | And what steps did you take in this case to get the iPhone |
| 03:28PM | 5 | | ready for that analysis? |
| 03:28PM | 6 | A | So in this instance the iPhone was susceptible to a |
| 03:28PM | 7 | | hardware exploit.  It's referred to as a checkra1n or a checkm8 |
| 03:28PM | 8 | | (checkmate phonetic), which in order to take advantage of it |
| 03:28PM | 9 | | you needed to put the phone into what's called a DFU mode, |
| 03:28PM | 10 | | which is basically like a diagnostic mode outside of the |
| 03:28PM | 11 | | operating system. |
| 03:28PM | 12 | Q | Did you have the physical iPhone with you? |
| 03:28PM | 13 | A | Yes. |
| 03:28PM | 14 | Q | And do you need that physical iPhone in order to complete |
| 03:28PM | 15 | | an extraction of the data? |
| 03:28PM | 16 | A | Yes. |
| 03:28PM | 17 | Q | Do you need that physical iPhone in order to then analyze |
| 03:28PM | 18 | | the data from the extraction? |
| 03:28PM | 19 | A | No.  So once the extraction is complete, we don't work on |
| 03:28PM | 20 | | the actual device.  We are working on the copy of the data that |
| 03:29PM | 21 | | we've created. |
| 03:29PM | 22 | Q | And so what is Exhibit 17 a product of? |
| 03:29PM | 23 | A | So Exhibit 17 is a product of the data that was extracted |
| 03:29PM | 24 | | from the phone and then the report that was made using the |
| 03:29PM | 25 | | tools after the fact to conduct the analysis. |

(117 of 208), Page 117 of 208 Case: 23-3016, 11/18/2024, DktEntry: 26.2, Page 117 of 208
Case 1:22-cr-00023-DKW   Document 180   Filed 02/21/24   Page 50 of 96   PageID.1435

50

| | | | |
|---|---|---|---|
| 03:29PM | 1 | Q | In order to get into the iPhone, did you have pass code |
| 03:29PM | 2 | | information? |
| 03:29PM | 3 | A | Yes, we had the pass code. |
| 03:29PM | 4 | Q | And is Exhibit 17 an accurate reflection of some of the |
| 03:29PM | 5 | | information and data in that iPhone that was seized from |
| 03:29PM | 6 | | Mr. Cummings's truck? |
| 03:29PM | 7 | A | Yes, it is. |
| 03:29PM | 8 | | MS. PERLMUTTER: At this time, Your Honor, I'd move to |
| 03:29PM | 9 | | admit Exhibit 17. |
| 03:29PM | 10 | | THE COURT: Mr. Mottl? |
| 03:29PM | 11 | | MR. MOTTL: No objections, Your Honor. |
| 03:29PM | 12 | | THE COURT: All right. |
| 03:29PM | 13 | | MS. PERLMUTTER: With your permission, Your Honor, |
| 03:29PM | 14 | | could we please publish Exhibit 17A? |
| 03:29PM | 15 | | THE COURT: So first of all, without objection, |
| 03:29PM | 16 | | Exhibit 17, which is in six parts, 17A through 17F, is each |
| 03:29PM | 17 | | admitted. |
| 03:29PM | 18 | | You may publish any part of it when you wish. |
| 03:29PM | 19 | | MS. PERLMUTTER: Thank you. |
| 03:29PM | 20 | | (Government's Exhibit 17A - 17F were received in evidence.) |
| 03:30PM | 21 | | MS. PERLMUTTER: Please publish 17A. |
| 03:30PM | 22 | | BY MS. PERLMUTTER: |
| 03:30PM | 23 | Q | Detective Bigoss, could you please explain to the jury |
| 03:30PM | 24 | | what generally this page shows? |
| 03:30PM | 25 | A | This page is showing just some general information about |

03:30PM   1   the phone; the Apple ID that was associated to it, the phone's

03:30PM   2   name, telephone number and some other numbers on there that are

03:30PM   3   like serial numbers or subscriber numbers used by the cellphone

03:30PM   4   provider.

03:30PM   5           MS. PERLMUTTER:  Specifically I'd like to turn

03:30PM   6   under -- in the blue part of the exhibit where it says, "File

03:30PM   7   System," line one.  After that it says "Apple ID."

03:30PM   8           Could you please highlight that section, Ms. Unten?

03:30PM   9           Thank you.

03:30PM   10   BY MS. PERLMUTTER:

03:30PM   11   Q     What is an Apple ID?

03:30PM   12   A     So an Apple ID is, basically it's an account with Apple

03:30PM   13   that a person creates to use with Apple devices.

03:30PM   14   Q     And what is the information that you learned during your

03:31PM   15   analysis about the Apple ID connected to this iPhone?

03:31PM   16   A     The Apple ID for this iPhone was Duckfat34@me.com, which

03:31PM   17   is the email address, and that's one of the ways that Apple

03:31PM   18   associates an ID to an account is through the email address.

03:31PM   19   Q     Who creates the specific Apple ID in a particular account?

03:31PM   20   A     The user.

03:31PM   21   Q     Two lines after that it says, "Owner Name."

03:31PM   22           What information did you learn about the owner name

03:31PM   23   here?

03:31PM   24   A     So the owner's name for the device is Lyle's iPhone.

03:31PM   25   Q     And how is that created?

03:31PM   1    A    When the iPhone is initially set up, as it's going through

03:31PM   2    the setup, the phone will set a default name for it and it's

03:31PM   3    pulling that information from the Apple ID.  A user can

03:31PM   4    customize it later, but the default name is usually going to be

03:32PM   5    what's pulled from Apple ID.

03:32PM   6            MS. PERLMUTTER:  Ms. Unten, if you could please pull

03:32PM   7    up the next line after "Advertising ID."

03:32PM   8    BY MS. PERLMUTTER:

03:32PM   9    Q    Detective Bigoss, you'll see that first line it says,

03:32PM  10    "Last used MSISDN."

03:32PM  11            Could you explain to the jury what that is and what

03:32PM  12    information is included with that?

03:32PM  13    A    That is the telephone number that's associated to the

03:32PM  14    device.

03:32PM  15    Q    And then what --

03:32PM  16            MS. PERLMUTTER:  Ms. Unten, there's one more point on

03:32PM  17    this page.  It's about halfway through.  If you could blow up

03:32PM  18    the like sort of the mid part of the page.

03:32PM  19    BY MS. PERLMUTTER:

03:32PM  20    Q    About midway through this page in Exhibit 17A there's a

03:32PM  21    bolded notation of tethering and then after that it says, "Last

03:33PM  22    activation time."

03:33PM  23            Just for clarification, could you please explain to

03:33PM  24    the jury what the significance of that is?

03:33PM  25    A    That's when the device is plugged into a computer, so that

03:33PM   1   would be the last time that the device was plugged into a

03:33PM   2   computer.

03:33PM   3   Q    So that's not representative of the last time the device

03:33PM   4   was used.

03:33PM   5   A    No.

03:33PM   6   Q    If you could please turn to Exhibit 17B.

03:33PM   7          Detective Bigoss, could you describe for the jury what

03:33PM   8   they're viewing on this particular page?

03:33PM   9   A    This page has contact information that was received on the

03:33PM   10  device.

03:33PM   11  Q    In the upper left-hand corner there's a notation that

03:33PM   12  says, "Contacts" with a parenthetical three.

03:33PM   13         What does that mean?

03:33PM   14  A    So it's saying that it had three instances of this contact

03:33PM   15  being pulled from different storage locations on the device.

03:34PM   16  Q    And how does contact information generally get saved in an

03:34PM   17  iPhone?

03:34PM   18  A    Generally it's going to be saved by the user.

03:34PM   19  Q    Let's talk specifically about the first entry.

03:34PM   20         MS. PERLMUTTER:  If we could blow that first section

03:34PM   21  up.

03:34PM   22         Thank you.

03:34PM   23  BY MS. PERLMUTTER:

03:34PM   24  Q    Could you describe for the jury on the left-hand side what

03:34PM   25  information you were able to learn about the contacts that were

54

| | | |
|---|---|---|
| 03:34PM | 1 | in the phone. |
| 03:34PM | 2 | A     Looking at the left-hand side, the name of the contact is |
| 03:34PM | 3 | Kiana from Skout. |
| 03:34PM | 4 | Q     And who would have created this notation Kiana? |
| 03:34PM | 5 | A     That would have been created by the user. |
| 03:34PM | 6 | Q     And then where was -- |
| 03:34PM | 7 | THE COURT:  Could you just wait one second? |
| 03:34PM | 8 | MS. PERLMUTTER:  I'm sorry. |
| 03:34PM | 9 | THE COURT:  There's a cellphone ringing. |
| 03:35PM | 10 | Is that your phone, Mr. Mottl? |
| 03:35PM | 11 | MR. MOTTL:  Yeah.  I'm sorry I thought I left it in |
| 03:35PM | 12 | the car.  My apologies. |
| 03:35PM | 13 | THE COURT:  Please ensure that your devices, if you |
| 03:35PM | 14 | bring them into court, are turned off during the proceeding. |
| 03:35PM | 15 | Thank you. |
| 03:35PM | 16 | Apologize, Counsel.  You may continue. |
| 03:35PM | 17 | MS. PERLMUTTER:  Thank you, Your Honor. |
| 03:35PM | 18 | BY MS. PERLMUTTER: |
| 03:35PM | 19 | Q     We were talking about the left-hand side, Detective |
| 03:35PM | 20 | Bigoss, of this contact information, and we had just talked |
| 03:35PM | 21 | about the name and how that was stored. |
| 03:35PM | 22 | There's another piece of data under the name.  It's |
| 03:35PM | 23 | called "Source File."  Is there something significant in there |
| 03:35PM | 24 | about where this information was kept on the phone? |
| 03:36PM | 25 | A     Yes.  So in this entry we're looking at here, that's the |

03:36PM   1    file where the information was parsed from, so this is the

03:36PM   2    interaction C database wall file, which --

03:36PM   3    Q    I see halfway about through that first line after "Source

03:36PM   4    File" it says, "Address Book."

03:36PM   5         What does that mean?

03:36PM   6    A    That's associated to the iPhone's address book the

03:36PM   7    contacts.

03:36PM   8    Q    What about the middle section, the time stamp?  Could you

03:36PM   9    describe the significance of that information that was

03:36PM  10    collected from the iPhone?

03:36PM  11    A    So the time stamps that are listed there are right about

03:36PM  12    the same time as the chat was started with our undercover

03:36PM  13    officer.

03:36PM  14    Q    And why are there two entries?  There's the created entry

03:36PM  15    and then after that there's a modified entry?

03:36PM  16    A    So basically the created is when it's first created, and

03:37PM  17    modified is if additional information is added or changed, or

03:37PM  18    anything like that to that contact info.

03:37PM  19    Q    Besides the name, was there information included in the

03:37PM  20    contact in the third portion of this section?

03:37PM  21    A    Yes.  So there's a mobile telephone number there, which

03:37PM  22    was our undercover officer's undercover phone number.

03:37PM  23    Q    And how would that mobile telephone number get saved in

03:37PM  24    the iPhone?

03:37PM  25    A    That would have been -- that would have had to have been

03:37PM   1   by the user when the contact was saved.

03:37PM   2   Q    Under that mobile telephone number there's an identifier

03:37PM   3   with another serious -- series of numbers -- excuse me.  What

03:37PM   4   does that signify?

03:37PM   5   A    That's the same.  That's our undercover phone number

03:37PM   6   without the area code, and it has the star code for hiding

03:37PM   7   caller -- blocking your number from a caller ID.  That's star

03:38PM   8   67 that you see in the beginning.

03:38PM   9   Q    How would that have gotten saved in the iPhone?

03:38PM   10  A    That would have had to have been saved by the user or it

03:38PM   11  could have been brought in through dialing with the star 67 in

03:38PM   12  front of it.

03:38PM   13       MS. PERLMUTTER:  If you could please zoom back to the

03:38PM   14  exhibit, Ms. Unten.  Thank you.

03:38PM   15  BY MS. PERLMUTTER:

03:38PM   16  Q    In the second section I want to draw your attention to the

03:38PM   17  right-hand side of this contact.  On the bottom portion where

03:38PM   18  it says "Notes," could you describe to the jury the

03:38PM   19  significance of those notes and that information?

03:38PM   20  A    So the information displayed there is an interaction count

03:38PM   21  with that number, so it's basically the number of incoming

03:38PM   22  contacts and outgoing contacts.  So the number of times that

03:39PM   23  number called or messaged the device or the number of times

03:39PM   24  that device called or messaged that number.

03:39PM   25  Q    And could those have been also text messages?

03:39PM   1   A   Yes, messages or calls.

03:39PM   2   Q   Thank you.

03:39PM   3       And why are there three different contacts listed on

03:39PM   4   this sheet?

03:39PM   5   A   The contact information was pulled from three different

03:39PM   6   sources on the phone, so that's one of the features of our

03:39PM   7   tools is if they find the information in multiple sources, it

03:39PM   8   would present every source where it's finding it.

03:39PM   9   Q   If you could turn to Exhibit 17C, please.

03:39PM   10      Could you describe for the jury what information is

03:39PM   11  included in Exhibit 17C?

03:39PM   12  A   Yes.  17C is providing a log of application activity, so

03:39PM   13  basically when something was happening with the application,

03:40PM   14  and this is for the Skout application.

03:40PM   15  Q   And in your analysis of this phone, did you look

03:40PM   16  specifically for Skout activity?

03:40PM   17  A   Yes, I did.

03:40PM   18  Q   And why did you look specifically for Skout activity?

03:40PM   19  A   Because the investigation had initiated on the Skout

03:40PM   20  platform.

03:40PM   21  Q   So was that something that could be relevant to your

03:40PM   22  investigation?

03:40PM   23  A   Yes.

03:40PM   24  Q   And did you find Skout activity?

03:40PM   25  A   Yes, I did.

58

03:40PM   1   Q    Is all of the activity on this first page, for example,

03:40PM   2   specifically related to the investigation of Operation Keiki

03:40PM   3   Shield?

03:40PM   4   A    No, not necessarily.  The information we're seeing here is

03:40PM   5   all of the activity for this application that was logged from

03:40PM   6   the 13th through the 16th of March 2020.

03:40PM   7   Q    I'm going to ask you a bit more specific, but first I'd

03:40PM   8   like to turn to page 2 of this exhibit.

03:41PM   9        Is there a place on page 2 of 17C where you've been

03:41PM  10   able to identify when approximately the undercover Kiana chats

03:41PM  11   in Skout with Mr. Cummings started to take place?

03:41PM  12   A    Yes.  So looking on this page, it's approximately number

03:41PM  13   14 or number 15 on the list.

03:41PM  14        MS. PERLMUTTER:  Could you please blow up those two.

03:41PM  15   Thank you.

03:41PM  16   BY MS. PERLMUTTER:

03:41PM  17   Q    Why do you say approximately number 14 or number 15?

03:41PM  18   A    So this log is tracking the usage of this application.

03:41PM  19   It's not necessarily tracking specific functions of the

03:41PM  20   application, it's just saying hey, this thing is being used

03:41PM  21   and that's what it's tracking there.  So this one, we keyed on

03:41PM  22   this because it's during the time frame when the first messages

03:41PM  23   were received by our undercover on Skout.

03:41PM  24   Q    And in looking at the start time, for example, on number

03:42PM  25   14, after 3/13/2020 it says "13:43:31 UTC-10."

03:42PM    1              What does that mean?

03:42PM    2    A    That's the 24-hour notation for the time, so that's 1:43

03:42PM    3    p.m., and the UTC minus 10 is Hawaii time, Hawaii standard

03:42PM    4    time, so that's saying that basically starting at 1:43 p.m. in

03:42PM    5    Hawaii time.

03:42PM    6    Q    Are you able to view any content related to Skout in your

03:42PM    7    analysis or extraction of the iPhone?

03:42PM    8    A    No.

03:42PM    9    Q    And why not?

03:42PM    10   A    The account appeared to have been signed out, so there was

03:42PM    11   no account signed in to the Skout application when we recovered

03:42PM    12   the phone.

03:42PM    13   Q    If you could turn to page 9 of this exhibit.

03:43PM    14              On page 9 of 17C, were you able to determine through

03:43PM    15   your analysis approximately the end time of the undercover's

03:43PM    16   conversations with Skout and Mr. Cummings before they switched

03:43PM    17   to text messaging?

03:43PM    18   A    Yes.  The approximate end time is somewhere between like

03:43PM    19   90 and 91.

03:43PM    20   Q    And you explained this on the front end, but on the back

03:43PM    21   end there appears to be additional Skout entries.

03:43PM    22              What does that signify to you?

03:43PM    23   A    That signifies that the app is still being used after

03:43PM    24   these entries.

03:43PM    25   Q    By the user.

(127 of 208), Page 127 of 208    Case: 23-3016, 11/18/2024, DktEntry: 26.2, Page 127 of 208
Case 1:22-cr-00023-DKW    Document 180    Filed 02/21/24    Page 60 of 96    PageID.1445

60

| 03:43PM | 1  | A | Correct. |
| 03:43PM | 2  | Q | Of the phone? |
| 03:43PM | 3  | A | Correct. |
| 03:43PM | 4  | Q | If you could turn to Exhibit 17D, please. |
| 03:44PM | 5  |   | Detective Bigoss, please explain what this item of |
| 03:44PM | 6  |   | information -- |
| 03:44PM | 7  | A | So what we're looking at here is a search through using |
| 03:44PM | 8  |   | the Apple Maps application, searched for Kilohana Drive, which |
| 03:44PM | 9  |   | is the road where our undercover had said she was located. |
| 03:44PM | 10 | Q | Okay.  Let me back you up a little bit. |
| 03:44PM | 11 |   | What is Apple Maps? |
| 03:44PM | 12 | A | So Apple Maps is a preinstalled application that comes |
| 03:44PM | 13 |   | with an iPhone.  It's a mapping application, so it allows you |
| 03:44PM | 14 |   | to search for locations and allows you to plan directions, |
| 03:44PM | 15 |   | routes, that kind of stuff. |
| 03:44PM | 16 | Q | Who needs to initiate the search? |
| 03:44PM | 17 | A | It's a user initiated. |
| 03:44PM | 18 | Q | So you mentioned where this particular search was. |
| 03:44PM | 19 |   | Could you describe in this exhibit where you got that |
| 03:45PM | 20 |   | location? |
| 03:45PM | 21 | A | So if you're looking in the value column, you can see that |
| 03:45PM | 22 |   | the position address search there is Kilohana Drive, and that's |
| 03:45PM | 23 |   | in Maui, Kihei, 96753 Hawaii, United States. |
| 03:45PM | 24 | Q | And based on the information in the phone, when was that |
| 03:45PM | 25 |   | search for Kilohana Drive conducted? |

| | | |
|---|---|---|
| 03:45PM | 1 | A    So this was conducted on March 15th, 2020, approximately |
| 03:45PM | 2 | 6:54 p.m., which was shortly after the undercover had disclosed |
| 03:45PM | 3 | the location of Kilohana Drive. |
| 03:45PM | 4 | Q    Please turn to Exhibit 17E.  17E has quite a few pages. |
| 03:45PM | 5 |     Could you describe what the contents of Exhibit 17E |
| 03:45PM | 6 | are for the jury, please? |
| 03:46PM | 7 | A    So this is the content of text messaging conversations |
| 03:46PM | 8 | between the device and the Kiana contact. |
| 03:46PM | 9 | Q    And based on your involvement in the investigation, are |
| 03:46PM | 10 | you familiar with the undercover text messages that were sent? |
| 03:46PM | 11 | A    Yes, I am. |
| 03:46PM | 12 | Q    Did you have an opportunity to review those? |
| 03:46PM | 13 | A    Yes, I did. |
| 03:46PM | 14 | Q    And are these text messages that were found on the iPhone |
| 03:46PM | 15 | of similar sum and substance? |
| 03:46PM | 16 | A    Yes. |
| 03:46PM | 17 | Q    If you can explain to the jury what the blue box signifies |
| 03:46PM | 18 | in these text messages? |
| 03:46PM | 19 | A    The blue bubble is outgoing messages, so those are |
| 03:46PM | 20 | messages being sent from the device. |
| 03:46PM | 21 | Q    And on the right-hand side, let's just look at the first |
| 03:46PM | 22 | blue section.  It says -- where it says, "Hi Kiana.  My name |
| 03:47PM | 23 | Lyle." |
| 03:47PM | 24 |     All the way on the right-hand of that bubble, could |
| 03:47PM | 25 | you describe for the jury the significance of that time and |

03:47PM   1   what that means?

03:47PM   2   A    So looking at that time there, it says March 15, 2020

03:47PM   3   053737.  That's -- in this instance the tool that I used was

03:47PM   4   set to UTC, so UTC is -- Hawaii is the time zone that's 10

03:47PM   5   hours behind UTC.  So when you're looking at that time, it says

03:47PM   6   March 15, 2020 at 5:37 a.m., that if you subtract 10 hours from

03:47PM   7   that, it's actually March 14th in Hawaii at 7:37 p.m.

03:47PM   8   Q    So in this entire Exhibit 17 that we have looked at, is it

03:47PM   9   fair to say that some of the information is in Hawaii standard

03:47PM  10   time, but other information, such as in Exhibit 17E, is in UTC

03:48PM  11   time?

03:48PM  12   A    That's correct.

03:48PM  13   Q    What does UTC stand for, if you know.

03:48PM  14   A    Universal Coordinated Time or Coordinated Universal Time.

03:48PM  15   Q    And so the jury, if they were looking at the undercover

03:48PM  16   chats -- excuse me, undercover text messages that were taken

03:48PM  17   and wanted to compare them with the text messages from the

03:48PM  18   iPhone, they would have to convert the time on the iPhone?

03:48PM  19   A    That's correct.

03:48PM  20   Q    Could you describe on the left-hand side, the first

03:48PM  21   message that says "Kiana," where does that information come

03:48PM  22   from?

03:48PM  23   A    That information being -- is being cross-referenced from

03:48PM  24   the device's address, the stored contact information.

03:48PM  25   Q    What about the phone number that's listed next to the name

03:48PM   1   Kiana?

03:48PM   2   A    That's -- so that's being pulled from a couple of

03:48PM   3   different locations.  It's being pulled from the database that

03:48PM   4   stores the messages, and it's also being cross-referenced to

03:49PM   5   the database that stores the contacts.

03:49PM   6   Q    At some point would the user have had to store that

03:49PM   7   contact's name, Kiana, in their phone?

03:49PM   8   A    Yes.

03:49PM   9   Q    If we could just as an example, turn to page, let's see,

03:49PM  10   eight of that exhibit, please.

03:49PM  11        Could you describe what this photograph shows and

03:49PM  12   whether there are other photographs like this as part of the

03:49PM  13   information that you pulled from the phone?

03:49PM  14   A    So this is a picture of our decoy officer.  So this is the

03:49PM  15   police officer that was providing the photographs for the

03:49PM  16   undercover account.

03:49PM  17   Q    So if there were photographs sent between the user of the

03:49PM  18   iPhone 7 and the Undercover Officer Kiana, would those appear

03:49PM  19   in these text messages?

03:50PM  20   A    Yes, they would.

03:50PM  21   Q    And if you could turn to page 10 of this exhibit, please.

03:50PM  22        Were there emojis used in the text conversations?

03:50PM  23   A    Yes, there are.

03:50PM  24   Q    And what are emojis?

03:50PM  25   A    Emojis are like those little smiley face and thumbs up

| | | |
|---|---|---|
| 03:50PM | 1 | things that people put in their text messages now as a way to |
| 03:50PM | 2 | convey different feelings and thoughts, or like if you're my |
| 03:50PM | 3 | stepdaughter, that's all you use to communicate with. |
| 03:50PM | 4 | Q    And when the information of the text messages from the |
| 03:50PM | 5 | phone was extracted, were the emojis included as well? |
| 03:50PM | 6 | A    Yes, they were. |
| 03:50PM | 7 | Q    Can you see an example on page 10? |
| 03:50PM | 8 | A    I can.  About halfway down there's the message that starts |
| 03:50PM | 9 | with "cuddles," there's an emoji there, and then the next |
| 03:50PM | 10 | message where that starts with "Yeah," there's another emoji |
| 03:50PM | 11 | there. |
| 03:50PM | 12 | Q    Please turn to Exhibit 17F. |
| 03:51PM | 13 | Exhibit 17F, this appears to be a photograph; is that |
| 03:51PM | 14 | right? |
| 03:51PM | 15 | A    That's correct. |
| 03:51PM | 16 | Q    Is this part of the iPhone extraction that you created? |
| 03:51PM | 17 | A    17F is not part of the extraction.  Those are photographs |
| 03:51PM | 18 | that I took of the phone. |
| 03:51PM | 19 | Q    When did you take those photos? |
| 03:51PM | 20 | A    When I was doing the extraction. |
| 03:51PM | 21 | Q    Where was this $100 bill found? |
| 03:51PM | 22 | A    That was folded up inside the case, so between the phone |
| 03:51PM | 23 | and the case. |
| 03:51PM | 24 | Q    Would you turn to page 2, please? |
| 03:51PM | 25 | And what is this item that we're looking at? |

03:51PM   1   A   That is the home screen of the phone.

03:51PM   2   Q   Is it also known as a background?

03:51PM   3   A   Yes.  So that's the image that's on the background of the

03:51PM   4   home screen.

03:51PM   5   Q   How does that background image get set?

03:51PM   6   A   That would have been set by the user.

03:51PM   7   Q   What does this purport to show?

03:52PM   8   A   Money.

03:52PM   9   Q   Please turn to the following page.

03:52PM   10      Could you describe what this is a photo of?

03:52PM   11   A   So this is a photo I took of the settings, the device

03:52PM   12   settings menu.  This is the main -- when you first go to the

03:52PM   13   settings menu, you'll see there's information about the Apple

03:52PM   14   ID at the top.  That's what this picture is showing.

03:52PM   15   Q   What's the significance of airplane mode?

03:52PM   16   A   Airplane mode disconnects the phone from a cellular

03:52PM   17   network.  The purpose for that is we don't want the phone to be

03:52PM   18   connected while we have it, because you can initiate a remote

03:52PM   19   wipe through, like Find My App, Find My iPhone or an Android,

03:52PM   20   you can do it; and what will happen is if it's connected to the

03:52PM   21   network and it gets that signal, that's it it's gone.

03:52PM   22      So one of the things that we do as a precaution to

03:52PM   23   preserve the data on the phone in the state it's in when we get

03:53PM   24   it is to put it into airplane mode or use some other method to

03:53PM   25   isolate it from communications.

03:53PM  1    Q    Is that to ensure that the extraction of data that you get

03:53PM  2    is an accurate reflection of what was on the phone?

03:53PM  3    A    Yes.  Preserves it as it is when we got the phone.

03:53PM  4    Q    Please turn to the last page of that exhibit.

03:53PM  5         What information is this?

03:53PM  6    A    So this is -- we're still in the settings menu, but the

03:53PM  7    about -- the general settings about menu, this just gives us

03:53PM  8    some basic information about this device.  So what you're

03:53PM  9    seeing there is the phone's name, the version of the operating

03:53PM 10    system, the phone model, and then the model number for this

03:53PM 11    device.

03:53PM 12    Q    I'm done with Exhibit 17.  Thank you.  I'd like to turn to

03:53PM 13    a separate topic.

03:53PM 14         One of the things that you said you did as part of

03:53PM 15    this investigation was transport the drugs.

03:53PM 16    A    That's correct.

03:53PM 17    Q    Could you describe more specifically what you did?

03:53PM 18    A    Yes.  So basically I checked them out from MPD's evidence

03:54PM 19    room, carried them on the plane, brought them over here and

03:54PM 20    then turned them over to Homeland Security for storage over

03:54PM 21    here.

03:54PM 22    Q    And if you could, turn to Exhibit 14A.

03:54PM 23         MS. PERLMUTTER:  Your Honor, I would ask to publish

03:54PM 24    this exhibit.  It's been previously admitted.

03:54PM 25         THE COURT:  Yes, go ahead.

| | | |
|---|---|---|
| 03:54PM | 1 | (Government's Exhibit 14A, which was previously |
| 03:54PM | 2 | admitted into evidence, was published to the jury.) |
| 03:54PM | 3 | BY MS. PERLMUTTER: |
| 03:54PM | 4 | Q   Exhibit 14A, page 2, please. |
| 03:54PM | 5 | Could you describe for the jury what this document is? |
| 03:54PM | 6 | A   This is one of our -- this is our evidence voucher with |
| 03:54PM | 7 | our chain of custody on it. |
| 03:54PM | 8 | Q   What does chain of custody mean? |
| 03:54PM | 9 | A   That's just the tracking of who it goes to, so from one |
| 03:54PM | 10 | person to the next, to the next, to the next. |
| 03:54PM | 11 | Q   And why do you fill out this form? |
| 03:54PM | 12 | A   So there's some level of accountability as to who touched |
| 03:54PM | 13 | something and when they touched it. |
| 03:55PM | 14 | Q   Is that particularly important to track when you're |
| 03:55PM | 15 | talking about controlled substances or drugs? |
| 03:55PM | 16 | A   Oh, absolutely. |
| 03:55PM | 17 | Q   Do you see your signature on this form somewhere? |
| 03:55PM | 18 | A   Yes, I do. |
| 03:55PM | 19 | Q   Could you tell the jury where in fact your signature is |
| 03:55PM | 20 | located? |
| 03:55PM | 21 | A   My signature is on this form twice.  If you look on the |
| 03:55PM | 22 | column that says "Received By," mine is that third one down, |
| 03:55PM | 23 | that squiggly looking thing, third one down, and then in the |
| 03:55PM | 24 | "Received From" column, mine is the fourth one down. |
| 03:55PM | 25 | Q   What's the purpose of your signature? |

| | | |
|---|---|---|
| 03:55PM | 1 | A    So my signature is in the "Received By" column.  That's me |
| 03:55PM | 2 | receiving the item from our evidence custodian, and the |
| 03:55PM | 3 | signature in the "Received From" is me signing it over to |
| 03:55PM | 4 | Homeland Security. |
| 03:55PM | 5 | Q    You mentioned the evidence custodian. |
| 03:55PM | 6 |     Could you describe what that evidence custodian does |
| 03:55PM | 7 | at the Maui Police Department? |
| 03:55PM | 8 | A    She's responsible for management of the property in the |
| 03:56PM | 9 | evidence room, so intaking evidence, ensuring it's properly |
| 03:56PM | 10 | marked, labeled, packaged, tracking where it's being stored and |
| 03:56PM | 11 | then providing it as needed for investigations, trials, that |
| 03:56PM | 12 | kind of stuff, in conducting any kind of audits that are needed |
| 03:56PM | 13 | for the property room. |
| 03:56PM | 14 | Q    Is the evidence room in Maui a secure location? |
| 03:56PM | 15 | A    Yes. |
| 03:56PM | 16 | Q    And do you recognize the, either the employee number or |
| 03:56PM | 17 | the signature of the evidence custodian on this sheet |
| 03:56PM | 18 | specifically? |
| 03:56PM | 19 | A    Yes, I do. |
| 03:56PM | 20 | Q    And could you describe for the jury who that is and where |
| 03:56PM | 21 | that's located on this sheet? |
| 03:56PM | 22 | A    So in this instance the evidence custodian who handled |
| 03:56PM | 23 | this property was Janice Aquino, and her signature appears |
| 03:56PM | 24 | three times on here.  The first time is in the top line of the |
| 03:56PM | 25 | "Received From" signature.  Then she is on the second line of |

03:56PM  1    the "Received By" signature, and she's on the third line of the

03:57PM  2    "Received From" signature.

03:57PM  3    Q    Do you recognize the other names or signatures either in

03:57PM  4    the "Received From" or "Received By"?

03:57PM  5    A    I do.

03:57PM  6    Q    Could you describe for the jury what -- who those people

03:57PM  7    are?

03:57PM  8    A    There's two other signatures on here.  One is Brandi

03:57PM  9    Kaoni, who is our drug chemist, and then the last one is for

03:57PM  10   Special Agent Murray Acosta of Homeland Security.

03:57PM  11   Q    And why would Brandi Kaoni need to sign this form?

03:57PM  12   A    Whenever she checks drug evidence out for testing, she's

03:57PM  13   going to sign on the chain of custody.

03:57PM  14   Q    What was Ms. Kaoni's involvement in this investigation?

03:57PM  15   A    She tested the drugs.

03:57PM  16   Q    Did she test the cocaine that was seized?

03:57PM  17   A    Yes.

03:57PM  18   Q    Did she test the cocaine base that was seized?

03:57PM  19   A    She did.

03:57PM  20   Q    Is there another name for cocaine base that you're

03:57PM  21   familiar with?

03:58PM  22   A    Yes, crack or crack cocaine.

03:58PM  23   Q    And is the cocaine base in this case, is it fair to call

03:58PM  24   it crack?

03:58PM  25   A    Yes.

03:58PM   1    Q    If you could describe specifically what items pertain to

03:58PM   2    this particular property in evidence form?

03:58PM   3    A    So this form that we're looking at had ten bags.  It says

03:58PM   4    ten bags of cocaine, but some of them were cocaine and some of

03:58PM   5    them were the crack.

03:58PM   6    Q    Were these items in a plastic magenta container?

03:58PM   7    A    Yes.

03:58PM   8    Q    If you could turn to page 4, please.

03:58PM   9         Is this a similar form?

03:58PM   10   A    Yes, it is.

03:58PM   11   Q    And so the description that you included about the purpose

03:58PM   12   of the form, is that the same as the other form?

03:58PM   13   A    Yes, it is.

03:58PM   14   Q    Why is there a separate form here?

03:58PM   15   A    For every item that we're submitting into evidence,

03:59PM   16   there's going to be a separate chain of custody form.

03:59PM   17   Q    And what was the item -- what were the items pertaining to

03:59PM   18   this form?

03:59PM   19   A    So this form is four bags of cocaine that were inside of a

03:59PM   20   container.

03:59PM   21   Q    Were those secured by the Maui Police Department?

03:59PM   22   A    Yes.

03:59PM   23   Q    And was that security in a plastic sealed bag?

03:59PM   24   A    Yes, so it was sealed in a bag with a heat sealer.

03:59PM   25   Q    And actually the prior custody form you looked at related

03:59PM   1   to the cocaine and crack you mentioned, were those items

03:59PM   2   secured in an envelope?

03:59PM   3   A    That was in a manila envelope that was sealed, yes.

03:59PM   4   Q    And do you see your name on this sheet as well?

03:59PM   5   A    Yes, I do.

03:59PM   6   Q    And what did you do with the four bags of cocaine within

03:59PM   7   the container?

03:59PM   8   A    So I signed them out from our evidence custodian, I

03:59PM   9   brought them over on the plane to Honolulu, and then I signed

04:00PM  10   them over to Homeland Security to be stored over here.

04:00PM  11   Q    And are the other names on this form in the received

04:00PM  12   signature lines, are they the same that we previously

04:00PM  13   discussed?

04:00PM  14   A    Yes, same people.

04:00PM  15   Q    If you could turn to page 6.

04:00PM  16        Describe for the jury what items are a part of this

04:00PM  17   property in evidence form?

04:00PM  18   A    This form has four bags of cocaine that were inside of

04:00PM  19   a -- the packaging, the factory case for an iPhone.  So when

04:00PM  20   you buy it from the store, that kind of case or box.

04:00PM  21   Q    And were those in a clear plastic bag?

04:00PM  22   A    Yes.  Those were also heat sealed in a plastic bag.

04:00PM  23   Q    Are the names included on this form and signatures in the

04:00PM  24   "Received From" and "Received By" the same as in the previous

04:00PM  25   two forms we have discussed?

72

04:00PM  1    A    Yes.  Yes, they are.

04:01PM  2    Q    Did you also transport THC and marijuana?

04:01PM  3    A    Yes, I did.

04:01PM  4    Q    And if you could turn to Exhibit B, 14B, and specifically

04:01PM  5    page 15.

04:01PM  6         Could you describe what this property evidence voucher

04:01PM  7    shows?

04:01PM  8    A    Well, this one is the chain of custody for marijuana

04:01PM  9    cigarettes.

04:01PM  10   Q    And what signatures are on this form that you recognize?

04:01PM  11   A    This one has the evidence custodian's signature,

04:02PM  12   Ms. Aquino, myself and Special Agent Acosta with HSI.

04:02PM  13   Q    Now, are all these custody forms signed on the dates that

04:02PM  14   are indicated in the right-hand corner?

04:02PM  15   A    Yes.

04:02PM  16   Q    So over time there will be different people filling them

04:02PM  17   out?

04:02PM  18   A    Correct.

04:02PM  19   Q    So I'd like to -- I think we're done with those forms.

04:02PM  20        I'd like to talk a little more specifically about the

04:02PM  21   security in transporting, the steps you took.

04:02PM  22   A    Okay.

04:02PM  23   Q    Could you describe for the jury what steps pursuant to

04:02PM  24   your protocols you took to transport those drugs?

04:02PM  25   A    Yes.  So to transport these items over from Maui, first

04:02PM  1    thing I do is when I get them from the evidence custodian, I

04:02PM  2    make sure everything is still in the sealed packaging that it

04:02PM  3    was submitted in.

04:02PM  4         Once that's done, I've got it, I put it inside of a

04:02PM  5    paper bag and then I put that into my backpack.

04:02PM  6         We use the law enforcement entrance to get to the

04:02PM  7    airport where once we are there, we take it up and I have it in

04:03PM  8    my bag.  So the bag is with me the entire time and I have a

04:03PM  9    partner with me, so there's two of us that are transporting

04:03PM 10    this over here.  And then during the transport, I maintain

04:03PM 11    possession of the bag, which stays closed.  I had it under the

04:03PM 12    seat in front of me, so it was within my vision the entire time

04:03PM 13    or it was physically on my body the entire time.

04:03PM 14         Once we landed and we got here, we walked it out of

04:03PM 15    the airport where we got picked up by HSI agents, who then

04:03PM 16    brought us to their office and then we transferred custody once

04:03PM 17    we were in the office.

04:03PM 18         MS. PERLMUTTER:  Your Honor, at this time I ask for

04:03PM 19    permission to approach to provide Exhibit 12 for inspection to

04:03PM 20    Detective Bigoss.

04:03PM 21         THE COURT:  Go ahead.

04:03PM 22         MS. PERLMUTTER:  Thank you.

04:03PM 23    BY MS. PERLMUTTER:

04:04PM 24    Q    Detective Bigoss, please take a moment to examine Exhibit

04:04PM 25    12, and actually you can take it out of the outer -- yes,

04:04PM   1   exactly.

04:04PM   2   A    That makes it a little easier.

04:04PM   3   Q    Do you recognize the items in Exhibit 12?

04:04PM   4   A    I do.

04:04PM   5   Q    And could you describe for the jury what items are

04:04PM   6   included in here?

04:04PM   7   A    So in here I can see there's packets of cocaine, crack,

04:04PM   8   and then I can see the tin that was referenced in the evidence

04:04PM   9   forms and then the Apple, the phone, the packaging that was

04:04PM  10   referenced in there?

04:04PM  11   Q    Do you see the cocaine base or crack cocaine as well?

04:05PM  12   A    Yes.

04:05PM  13   Q    Is the item, the manila envelope, the outer packaging that

04:05PM  14   we had previously discussed in 14A, is that included in this?

04:05PM  15   A    No, that's not in here.

04:05PM  16   Q    Do you see the items that were described to be in the

04:05PM  17   manila envelope in here?

04:05PM  18   A    I do.

04:05PM  19   Q    Are the items of the cocaine and crack in the tin that you

04:05PM  20   described, are they in substantially the same or similar

04:05PM  21   condition to when you transported them?

04:05PM  22   A    Yes, they are.

04:05PM  23   Q    Was the date of your transport on or about April 1st,

04:05PM  24   2022?

04:05PM  25   A    Yes.

| | | |
|---|---|---|
| 04:05PM | 1 | MS. PERLMUTTER:  Thank you, Your Honor.  I have no |
| 04:05PM | 2 | further questions for this witness. |
| 04:05PM | 3 | THE COURT:  Counsel, would you please retrieve |
| 04:06PM | 4 | Exhibit 12? |
| 04:06PM | 5 | MS. PERLMUTTER:  Yes, I will. |
| 04:06PM | 6 | THE COURT:  Thank you. |
| 04:06PM | 7 | Mr. Mottl, cross-examination. |
| 04:06PM | 8 | MR. MOTTL:  Yes. |
| 04:06PM | 9 | CROSS-EXAMINATION |
| 04:06PM | 10 | BY MR. MOTTL: |
| 04:06PM | 11 | Q    Good afternoon, Detective Bigoss. |
| 04:06PM | 12 | A    Good afternoon. |
| 04:06PM | 13 | Q    I don't think I have many questions. |
| 04:06PM | 14 | During your testimony on direct, you used a term and |
| 04:06PM | 15 | the term was used in reference to, I believe, a number three, |
| 04:06PM | 16 | which indicated that there was identical information, I gather, |
| 04:06PM | 17 | from three different areas, and you referred to sources on a |
| 04:06PM | 18 | phone. |
| 04:06PM | 19 | What is a source on the phone?  Is it a separate |
| 04:06PM | 20 | memory? |
| 04:06PM | 21 | I didn't understand your response.  Do you know what |
| 04:07PM | 22 | I'm referring to? |
| 04:07PM | 23 | A    Are you referring to like files on a phone or -- |
| 04:07PM | 24 | Q    It could be, yeah, but you used the word "sources."  I |
| 04:07PM | 25 | imagine it could be files or sections of memory.  I don't |

| | | |
|---|---|---|
| 04:07PM | 1 | know -- |
| 04:07PM | 2 | A    Is this related to the contact that had the number three? |
| 04:07PM | 3 | Q    I believe it was, yes. |
| 04:07PM | 4 | A    So in that instance when I'm saying source, I'm referring |
| 04:07PM | 5 | to the file -- |
| 04:07PM | 6 | Q    I see. |
| 04:07PM | 7 | A    -- on the phone that contained that information. |
| 04:07PM | 8 | Q    Thank you. |
| 04:07PM | 9 |      During the process of extraction, sounds like a |
| 04:07PM | 10 | monumental task.  It's not done by -- you use a computer that |
| 04:07PM | 11 | has software programming that goes in and does something that |
| 04:07PM | 12 | enables you to withdraw or extract the information from the |
| 04:07PM | 13 | target phone, the subject phone? |
| 04:07PM | 14 | A    I'm sorry? |
| 04:07PM | 15 | Q    Or if you can explain the procedure I guess.  Could you |
| 04:07PM | 16 | explain the procedure? |
| 04:08PM | 17 | A    Extraction procedure? |
| 04:08PM | 18 | Q    How extraction takes place, yes. |
| 04:08PM | 19 | A    Sure.  So we do have a forensic work station or computer |
| 04:08PM | 20 | which does have the specific software tools on it.  We will |
| 04:08PM | 21 | first do some research to figure out what is the best method or |
| 04:08PM | 22 | the best tool for the -- for that extraction based on the type |
| 04:08PM | 23 | of device, the operating system, that kind of stuff. |
| 04:08PM | 24 |      Once we've done that, if we need to do any preparatory |
| 04:08PM | 25 | steps on the phone, like in certain phones you need to modify a |

04:08PM  1    couple of settings like, say, turn on a communication setting

04:08PM  2    or put it into a special mode, like I had mentioned the DFU

04:08PM  3    mode for the iPhone.  Once that's done, then we will plug it

04:08PM  4    into the examination computer and the software tools on the

04:08PM  5    computer will communicate using whatever protocols that they

04:08PM  6    have, and most of that is proprietary, to communicate and

04:09PM  7    retrieve the data from the phone.

04:09PM  8    Q    Thank you.

04:09PM  9         When the extraction takes place, is the information

04:09PM  10   that comes out separated according to the type of program that

04:09PM  11   was used to enter it, or how does it -- how is it retrieved or

04:09PM  12   actually come out for you to examine?

04:09PM  13   A    So the way that the data comes out is going to be

04:09PM  14   dependent upon a number of different factors, but generally

04:09PM  15   speaking, it's going to be placed into like an archive file or

04:09PM  16   like a containerized file like a zip file or some similar -- in

04:09PM  17   this instance it was a DAR archive, which is similar to that;

04:09PM  18   but basically it's putting it into that containerized file to

04:09PM  19   contain it so that there's no modification being made to it

04:10PM  20   inside, but as it's coming out of the phone, it's coming out

04:10PM  21   based upon whatever communications protocol it's using to

04:10PM  22   request it.

04:10PM  23   Q    And is the program that carries this out designed to take

04:10PM  24   everything out that was input following the -- assuming it

04:10PM  25   wasn't erased -- following the purchase and the beginning of

04:10PM   1   the service of the phone, everything?

04:10PM   2   A    Are you asking like the scope of what it's pulling or --

04:10PM   3   can you rephrase that, please.

04:10PM   4   Q    Essentially the scope and also the thoroughness.  Does it

04:10PM   5   take basically everything out of the phone that wasn't in the

04:10PM   6   phone at the time it was purchased?

04:10PM   7   A    It will -- well, it depends again on the tool being used

04:10PM   8   in the phone.

04:10PM   9        In this instance for this specific model phone and the

04:11PM  10   operating system, this is not going to pull every piece of data

04:11PM  11   off the phone.  There's security protocols that Apple has

04:11PM  12   implemented.  There are some other things that are going to

04:11PM  13   prevent us from getting some like system, low level system

04:11PM  14   data, but what this is grabbing is essentially all of the user

04:11PM  15   data that's on the phone at the time we do that extraction.  So

04:11PM  16   if it's not on the phone, it's not going to get it.  If it is

04:11PM  17   on the phone, it will.

04:11PM  18   Q    Basic -- the basic programs that come with an Apple phone

04:11PM  19   where you can take notes, photographs, record music, is all

04:11PM  20   that brought out and subject to your -- does it come out so

04:11PM  21   that you can view it and see exactly what it is?  Does it --

04:11PM  22   basically it pulls everything that's been entered by the owner

04:12PM  23   or the person using it?

04:12PM  24   A    It can.  Again, it's dependent on a number of factors, but

04:12PM  25   like in this instance for this model iPhone and this version

| | | |
|---|---|---|
| 04:12PM | 1 | and operating system, yeah, it pulled all the user's -- |
| 04:12PM | 2 | Q    Everything.  Yeah, I was wondering also.  So it wasn't |
| 04:12PM | 3 | selectively in terms of the time interval, it was basically |
| 04:12PM | 4 | taking everything out and looking for evidence relating to the |
| 04:12PM | 5 | purpose of your investigation? |
| 04:12PM | 6 | A    So the extraction portion of it will pull all of the data |
| 04:12PM | 7 | out, all the user data.  Not -- Like I said, it doesn't get |
| 04:12PM | 8 | some of lower level system stuff, but it does get the user |
| 04:12PM | 9 | data. |
| 04:12PM | 10 | Q    User data.  That's a term I didn't... |
| 04:12PM | 11 | And in terms of going through the user data, are you |
| 04:12PM | 12 | able to just select out what your interest is or it can be |
| 04:13PM | 13 | fairly extensive?  What did you look at briefly? |
| 04:13PM | 14 | A    The analysis tools give us the ability to filter to |
| 04:13PM | 15 | specific things based on the investigative needs, because yeah, |
| 04:13PM | 16 | there's no -- like there's so much data you're not going to go |
| 04:13PM | 17 | through everything. |
| 04:13PM | 18 | So in this instance we focused on -- we used date |
| 04:13PM | 19 | filtering to the dates of our investigation.  We used content |
| 04:13PM | 20 | filtering to look for like specific applications, in this case |
| 04:13PM | 21 | Skout, and filtered by the telephone number of the undercover |
| 04:13PM | 22 | and the name Kiana, among others. |
| 04:13PM | 23 | Q    Did you go through photographs that were on phone? |
| 04:13PM | 24 | A    We did go through some photographs, yes. |
| 04:14PM | 25 | Q    Was that done selectively or just at random? |

04:14PM    1    A    So my methodology with this one was the photographs, as I

04:14PM    2    went through the messages, the analysis, our tools provide us,

04:14PM    3    they cross-reference the photos that are being sent or received

04:14PM    4    in the messages, so I had an idea of what photographs I was

04:14PM    5    looking for based on my initial review of the messages.

04:14PM    6    Q    We have two counts here and he was charged with two counts

04:14PM    7    of -- one relating to enticement and commission of a

04:14PM    8    sexually-based assault and the drugs.

04:14PM    9         Did you look for evidence relative to those?  He's

04:14PM    10   charged with possession with intent to promote, the numbers,

04:14PM    11   maybe texts relating to drug transactions and things like that?

04:15PM    12   A    My examination was focused on the enticement side, child

04:15PM    13   enticement.

04:15PM    14   Q    So you were more thorough in that regard rather than the

04:15PM    15   drug-related offense?

04:15PM    16   A    Yes, that's correct.

04:15PM    17   Q    Now, I'm going to just jump.  You testified at the

04:15PM    18   beginning that at the time of the -- at least the time of the

04:15PM    19   arrest of Mr. Cummings, you were more or less in charge, were

04:15PM    20   the quarterback of the activity there.

04:15PM    21        Now did that go back to overall a role that was

04:15PM    22   supervisory or that of a leader in the whole investigation;

04:15PM    23   that is, the investigation, which was primarily a -- related to

04:15PM    24   enticement of children or assault of children?  That was

04:16PM    25   within -- that was basically your -- that was your team, you're

04:16PM   1   the quarterback of the investigation?

04:16PM   2   A    I'm sorry.

04:16PM   3   Q    This Keiki Shield, the joint operation with the federal

04:16PM   4   agents and the use of a chatter to communicate with individuals

04:16PM   5   who later were either suspected or maybe released, or at

04:16PM   6   least --

04:16PM   7            MS. PERLMUTTER:  Objection, Your Honor.  Is there a

04:16PM   8   question?

04:16PM   9            MR. MOTTL:  Yeah.

04:16PM   10           THE COURT:  The objection is sustained.

04:16PM   11           Mr. Mottl, if you've got a question, go ahead and ask

04:16PM   12   it, please.

04:16PM   13  BY MR. MOTTL:

04:16PM   14  Q    What was the extent of your -- you refer to yourself as a

04:16PM   15  quarterback.  Was that from beginning to end of both of these

04:17PM   16  cases; that is, Count 1 and Count 2?

04:17PM   17  A    Yes.  Until we passed it off to Homeland Security, yes.

04:17PM   18  Q    And it was for a while in state court in Maui and then

04:17PM   19  eventually it was, at least the enticement was transferred at

04:17PM   20  that time to the federal government, correct?

04:17PM   21  A    That's correct.

04:17PM   22  Q    In regard to the drug charge, there is an individual,

04:17PM   23  Lucas Hetzler, who was with Maui.

04:17PM   24           Is he -- he was also a detective?

04:17PM   25  A    Lucas Hetzler?

| | | |
|---|---|---|
| 04:17PM | 1 | Q    Hetzler, yes. |
| 04:17PM | 2 | A    He's an officer in our vice narcotics unit. |
| 04:18PM | 3 | Q    Did he more or less take over the drug portion of the |
| 04:18PM | 4 | investigation, these two? |
| 04:18PM | 5 | A    I don't know if he took over or not.  I'm not sure. |
| 04:18PM | 6 | Q    Would he have had the authority to independently carry out |
| 04:18PM | 7 | a search warrant leading to suspected drug activity of |
| 04:18PM | 8 | Mr. Cummings within the purview of the investigation? |
| 04:18PM | 9 | A    So Officer Hetzler is in a separate investigative unit |
| 04:18PM | 10 | from me, and he wasn't a part of our enticement operation, but |
| 04:18PM | 11 | his primary role is to carry out drug investigations. |
| 04:18PM | 12 | Q    I see.  Okay.  Thank you. |
| 04:18PM | 13 | I think that -- well, I guess one follow-up.  Actually |
| 04:19PM | 14 | I have two.  I think I can limit it to one. |
| 04:19PM | 15 | At the time of the surveillance and the arrest in |
| 04:19PM | 16 | Mr. Cummings's case, in the report you have of -- that you made |
| 04:19PM | 17 | of the activities with the surveillance group, this was in |
| 04:19PM | 18 | Kihei when Mr. Cummings was arrested, there are other |
| 04:19PM | 19 | individuals who are mentioned in the surveillance log that was |
| 04:19PM | 20 | made by you.  It's indicated that you created -- you were sort |
| 04:19PM | 21 | of watching over everything that had taken place, but there |
| 04:19PM | 22 | were other individuals who were arrested both before and after |
| 04:20PM | 23 | Mr. Cummings -- |
| 04:20PM | 24 | MS. PERLMUTTER:  Objection, Your Honor, relevance. |
| 04:20PM | 25 | THE COURT:  Let me hear the question first. |

04:20PM   1            Is there a question, Mr. Mottl?

04:20PM   2            MR. MOTTL:  Yes.

04:20PM   3   BY MR. MOTTL:

04:20PM   4   Q    They were arrested before and after Mr. Cummings.

04:20PM   5            Was this part of the Operation Keiki Shield and the

04:20PM   6   use of a chatter to in this case contact or at least establish

04:20PM   7   communications with people on Skout as was the case with

04:20PM   8   Mr. Cummings? There are other names that appear throughout the

04:20PM   9   reports who were targets.

04:20PM   10           MS. PERLMUTTER:  Objection, Your Honor, relevance.

04:20PM   11           THE COURT:  I don't know what the question is, do you,

04:20PM   12   sir?

04:20PM   13           THE WITNESS:  Can you rephrase it, please?

04:20PM   14   BY MR. MOTTL:

04:20PM   15   Q    Yes.  Excuse me.  I went through a surveillance log that

04:21PM   16   was -- I believe you were the -- are listed as the reporting

04:21PM   17   person and there ae times entered on a date, and then the

04:21PM   18   activities.  In the activities, at one point at 1841 hours was

04:21PM   19   the activity that you described relating to Mr. Cummings.

04:21PM   20           Before that, approximately two-and-a-half hours,

04:21PM   21   there's another individual mentioned who was arrested, same

04:21PM   22   charges, and then also afterwards --

04:21PM   23           MS. PERLMUTTER:  Objection, Your Honor, relevance.

04:21PM   24           THE COURT:  Mr. Mottl, where is this going?

04:21PM   25   BY MR. MOTTL:

| | | |
|---|---|---|
| 04:21PM | 1 | Q    Were they part of the investigation that you were a |
| 04:22PM | 2 | quarterback on? |
| 04:22PM | 3 |     THE COURT:  Who is "they"?  These other people -- were |
| 04:22PM | 4 | there other people being investigated or pursued by Maui during |
| 04:22PM | 5 | that same evening that Mr. Cummings was arrested?  Is that your |
| 04:22PM | 6 | question? |
| 04:22PM | 7 |     MR. MOTTL:  Yes. |
| 04:22PM | 8 |     THE COURT:  The objection is sustained.  Move on. |
| 04:22PM | 9 | BY MR. MOTTL: |
| 04:22PM | 10 | Q    Was the group, your surveillance team, functioning to |
| 04:22PM | 11 | focus on the communications with Mr. Cummings designed, as you |
| 04:22PM | 12 | indicated, to result in his arrest and taken into custody, was |
| 04:22PM | 13 | that related to other activities?  Were they into other |
| 04:22PM | 14 | suspects? |
| 04:22PM | 15 |     MS. PERLMUTTER:  Objection, Your Honor, relevance. |
| 04:22PM | 16 |     THE COURT:  The objection is sustained. |
| 04:22PM | 17 | BY MR. MOTTL: |
| 04:22PM | 18 | Q    One last question.  There's a reference, an acronym, |
| 04:23PM | 19 | something referred to as an PML.  Does that -- there's a PML |
| 04:23PM | 20 | Number 1, a PML Number 2. |
| 04:23PM | 21 |     What does PML stand for?  It was something that you |
| 04:23PM | 22 | entered here. |
| 04:23PM | 23 | A    It stands for either preliminary meet location or primary |
| 04:23PM | 24 | meet location. |
| 04:23PM | 25 | Q    I see.  All right. |

85

| 04:23PM | 1 | MR. MOTTL: Thank you. No further questions. |
| 04:23PM | 2 | THE COURT: Any redirect? |
| 04:23PM | 3 | MS. PERLMUTTER: No, Your Honor. |
| 04:23PM | 4 | THE COURT: Officer, you may step down. |
| 04:23PM | 5 | MS. PERLMUTTER: If we could have a brief sidebar |
| 04:23PM | 6 | about scheduling, otherwise we'll just call our next witness. |
| 04:23PM | 7 | THE COURT: I don't think you're going to call your |
| 04:23PM | 8 | next witness unless it's a witness that you can get on and off |
| 04:23PM | 9 | the stand in five minutes. |
| 04:23PM | 10 | MS. PERLMUTTER: It is someone we can get on and off |
| 04:23PM | 11 | in five minutes. |
| 04:23PM | 12 | THE COURT: All right. Then let's do it. |
| 04:23PM | 13 | MS. OLSON: The government calls Andrew Cabral. |
| 04:24PM | 14 | THE CLERK: Please raise your right hand. |
| 04:24PM | 15 | ANDREW CABRAL, |
| 04:24PM | 16 | called as a witness, having been first duly sworn, was examined |
| 04:24PM | 17 | and testified as follows: |
| 04:24PM | 18 | THE CLERK: Please state your full name, spelling your |
| 04:24PM | 19 | last name for the record. |
| 04:24PM | 20 | THE WITNESS: My name is Andrew Cabral. Last name is |
| 04:24PM | 21 | C-A-B-R-A-L. |
| 04:24PM | 22 | DIRECT EXAMINATION |
| 04:24PM | 23 | BY MS. OLSON: |
| 04:24PM | 24 | Q   Good afternoon, Mr. Cabral. I understand you traveled to |
| 04:24PM | 25 | get here today, and we are very close to the end of the day; so |

04:24PM   1    I'm going to be very brief.

04:24PM   2    A    Yes, ma'am.

04:24PM   3    Q    How were you employed on March 15th, 2020?

04:24PM   4    A    I was a police sergeant with the Maui Police Department.

04:24PM   5    Q    Are you still with Maui Police Department?

04:24PM   6    A    No, ma'am.

04:25PM   7    Q    Why not?

04:25PM   8    A    I decided to leave the police department voluntarily to

04:25PM   9    give my family a better opportunity elsewhere.

04:25PM  10    Q    Is it fair to say you left there of your own choice on

04:25PM  11    good terms?

04:25PM  12    A    Yes, ma'am.

04:25PM  13    Q    Are you familiar with an investigation leading to the

04:25PM  14    arrest of a person named Lyle Cummings?

04:25PM  15    A    Yes, I am.

04:25PM  16    Q    What was your role in that investigation?

04:25PM  17    A    My role was to help with the transport team during that

04:25PM  18    operation, ma'am.

04:25PM  19    Q    Transporting meaning what, from where to where?

04:25PM  20    A    So I would transport our in-custodies from the Kihei

04:25PM  21    police station, which is where we had our operation based out

04:25PM  22    of, to the Wailuku Police Station.

04:25PM  23    Q    How and why did you first encounter Mr. Cummings on

04:25PM  24    March 15th, 2020?

04:25PM  25    A    The reason being is because he was ready for transport

| | | |
|---|---|---|
| 04:25PM | 1 | from Kihei to the Wailuku Police Station. |
| 04:25PM | 2 | Q    What happened of note next? |
| 04:25PM | 3 | A    I had advised him that it was time for him to be |
| 04:25PM | 4 | transported from Kihei to Wailuku, and then from there he had |
| 04:26PM | 5 | advised me in the presence of another law enforcement agent or |
| 04:26PM | 6 | officer, Sergeant Masa Kaya, that he had medication that he |
| 04:26PM | 7 | needed from his vehicle, so -- go ahead, ma'am. |
| 04:26PM | 8 | Q    I didn't mean to cut you off. |
| 04:26PM | 9 | A    Okay. |
| 04:26PM | 10 | Q    Prescription medication? |
| 04:26PM | 11 | A    Yes, ma'am, his prescription medication. |
| 04:26PM | 12 | Q    What happened next? |
| 04:26PM | 13 | A    After he had advised me of needing his prescription |
| 04:26PM | 14 | medication from his vehicle, I gained his verbal consent to |
| 04:26PM | 15 | have him escorted from the second story of the Kihei Police |
| 04:26PM | 16 | Station down to the area where his vehicle was held. |
| 04:26PM | 17 |        And then from there he had went in the vehicle, |
| 04:26PM | 18 | retrieved his prescription medication from an orange bag, and |
| 04:26PM | 19 | then after he had retrieved it, I escorted him to the transport |
| 04:26PM | 20 | vehicle and I transported him to the Wailuku Police Station. |
| 04:26PM | 21 | Q    Were there other officers with you at the time? |
| 04:26PM | 22 | A    Yes, ma'am. |
| 04:26PM | 23 | Q    Why did you let him take the medication out himself? |
| 04:26PM | 24 | A    The reason being is I didn't want there to be any |
| 04:27PM | 25 | allegations that anything was rummaged through from us being |

| | | |
|---|---|---|
| 04:27PM | 1 | police, as well as there being some officer safety concern.  So |
| 04:27PM | 2 | at the time we did have him still in handcuffs. |
| 04:27PM | 3 | Q    Did you or any or officer that night go into his truck in |
| 04:27PM | 4 | any way or alter the contents of his truck in any way? |
| 04:27PM | 5 | A    No, ma'am. |
| 04:27PM | 6 | Q    Did you conduct any kind of search in the truck that |
| 04:27PM | 7 | night? |
| 04:27PM | 8 | A    No, ma'am. |
| 04:27PM | 9 | Q    Why not? |
| 04:27PM | 10 | A    Because the plan was to have him escorted and go through |
| 04:27PM | 11 | the vehicle to grab only his prescribed medication, ma'am. |
| 04:27PM | 12 | Q    Were you aware that officers were obtaining the search |
| 04:27PM | 13 | warrant for the truck? |
| 04:27PM | 14 | A    That is correct. |
| 04:27PM | 15 | Q    How did you make sure that Mr. Cummings did not disturb |
| 04:27PM | 16 | the content of the truck other than take his prescription |
| 04:27PM | 17 | medication? |
| 04:27PM | 18 | A    I watched him and observed him during that time. |
| 04:28PM | 19 | Q    Then you transported him -- |
| 04:28PM | 20 | A    Yes. |
| 04:28PM | 21 | Q    -- to Wailuku? |
| 04:28PM | 22 | A    Yes, ma'am. |
| 04:28PM | 23 | Q    At some point did you have him sign a consent form |
| 04:28PM | 24 | documenting that he consented for you to search the truck to |
| 04:28PM | 25 | take medication -- to allow him to take medication out of the |

| | | |
|---|---|---|
| 04:28PM | 1 | truck? |
| 04:28PM | 2 | A    Yes, ma'am, I did.  Those forms were signed and completed |
| 04:28PM | 3 | at the Wailuku Police Station after he was transported from |
| 04:28PM | 4 | Kihei. |
| 04:28PM | 5 | Q    After he got the meds? |
| 04:28PM | 6 | A    Yes, ma'am. |
| 04:28PM | 7 | Q    Is that your normal practice, to have him sign a consent |
| 04:28PM | 8 | for that type of thing after the medication is obtained? |
| 04:28PM | 9 | A    No, ma'am.  It's normally done at the time of. |
| 04:28PM | 10 | However, having the verbal consent and during the |
| 04:28PM | 11 | speed of the -- tempo of the operation, I had done it after |
| 04:28PM | 12 | transport was done. |
| 04:28PM | 13 | Q    Did you or other Maui Police Department officers document |
| 04:28PM | 14 | in some way what medications were taken out of his truck that |
| 04:28PM | 15 | night? |
| 04:28PM | 16 | A    Yes, ma'am, it was documented. |
| 04:28PM | 17 | Q    Do you see Mr. Cummings in the courtroom? |
| 04:29PM | 18 | A    Yes, ma'am. |
| 04:29PM | 19 | Q    Can you describe him -- describe an article of clothing |
| 04:29PM | 20 | and where he is sitting very briefly? |
| 04:29PM | 21 | A    He is sitting over here, and he's wearing a blue |
| 04:29PM | 22 | button-down collared shirt, ma'am. |
| 04:29PM | 23 | MS. OLSON:  No more questions. |
| 04:29PM | 24 | THE COURT:  Mr. Mottl? |
| 04:29PM | 25 | MR. MOTTL:  Thank you, Mr. Cabral.  You came a long |

04:29PM   1   way, but we have no questions on cross.

04:29PM   2           THE COURT:  All right, Mr. Cabral.  You may step down.

04:29PM   3           THE WITNESS:  Thank you, Your Honor.

04:29PM   4           THE COURT:  Safe travels back home.

04:29PM   5           THE WITNESS:  Thank you, sir.

04:29PM   6           THE COURT:  Anything else we can accomplish in what

04:29PM   7   remains of the day?  I know it's very, very close to 4:30.

04:29PM   8           MS. PERLMUTTER:  We can read a stipulation, Your

04:29PM   9   Honor.

04:29PM  10           THE COURT:  Sure.  Now is a good time to do it.

04:29PM  11           MS. PERLMUTTER:  At this time the government would

04:30PM  12   seek to enter into evidence the stipulation of fact marked as

04:30PM  13   Exhibit 18.

04:30PM  14           THE COURT:  This has been admitted into evidence

04:30PM  15   during the pretrial conference, so I assume there's no

04:30PM  16   objection, Mr. Mottl; is that correct?

04:30PM  17           MR. MOTTL:  Yes, Your Honor, we so stipulate.

04:30PM  18           THE COURT:  All right.  Counsel, you may read

04:30PM  19   Exhibit 18 into the record.

04:30PM  20           MS. PERLMUTTER:  Yes.  Could we publish that as well?

04:30PM  21           THE COURT:  Yes.

04:30PM  22           MS. PERLMUTTER:  "The United States of America and

04:30PM  23   Defendant Lyle Rikio Cummings, by and through their respective

04:31PM  24   attorneys, hereby enter the following stipulation, and agree

04:31PM  25   that the stipulation may be read to the jury and admitted into

04:31PM  1    evidence at trial as an exhibit.

04:31PM  2            "On March 16, 2020, the Maui Police Department,

04:31PM  3    ("MPD") searched a white Toyota truck with license plate number

04:31PM  4    LAJ777, and seized from the truck a cellular telephone (an

04:31PM  5    iPhone 7).  This cellular telephone is a device that is capable

04:31PM  6    of acting as a facility or means of interstate commerce through

04:31PM  7    the internet and cellular phone capabilities."

04:31PM  8            Your Honor, we would also seek to admit at this time,

04:31PM  9    Exhibit 20 which is Stipulation of Evidence No. 2.

04:31PM  10           THE COURT:  Mr. Mottl, any objection?

04:31PM  11           MR. MOTTL:  Your Honor, I hear -- I believe there's a

04:31PM  12   third page to the stipulation that was read and it relates --

04:31PM  13           MS. PERLMUTTER:  Oh, yes, thank you, sir.  I

04:31PM  14   appreciate that.  That is correct.  Mr. Mottl is correct, Your

04:31PM  15   Honor.  I did not read the final page of the stipulation.

04:32PM  16           THE COURT:  Exhibit 18?

04:32PM  17           MS. PERLMUTTER:  That is Exhibit 18, yes.  Apologies

04:32PM  18   to the jury.

04:32PM  19           "Skout is an internet-based social media platform that

04:32PM  20   operates as a facility or means of interstate commerce."

04:32PM  21           Thank you, Mr. Mottl.

04:32PM  22           At this time I'd like to turn to Exhibit 20, which is

04:32PM  23   Stipulation of Evidence No. 2.

04:32PM  24           THE COURT:  All right.  Mr. Mottl, any objection to

04:32PM  25   reading this to the jury?

04:32PM  1              MR. MOTTL:  No, Your Honor.

04:32PM  2              THE COURT:  Stipulation of Fact.  All right.

04:32PM  3         You may proceed, Counsel.

04:32PM  4              MS. PERLMUTTER:  Thank you.  May this be published as

04:32PM  5    well?

04:32PM  6              THE COURT:  Yes, it may.

04:32PM  7              MS. PERLMUTTER:  "The United States of America and

04:32PM  8    Defendant Lyle Rikio Cummings, by and through their respective

04:32PM  9    attorneys, hereby enter into the following stipulation and

04:32PM  10   agree to the following:

04:32PM  11        "On March 15, 2020, the Maui Police Department (MPD)

04:32PM  12   arrested Lyle Cummings, who had been driving a white Toyota

04:33PM  13   truck with license plate number LAJ777 ("the truck").

04:33PM  14   Following the arrest of Lyle Cummings, MPD impounded the truck

04:33PM  15   and had it towed directly from the arrest site to the Kihei

04:33PM  16   Police Station.

04:33PM  17        "On March 16, 2020, the truck was searched at the

04:33PM  18   Kihei Police Station pursuant to a search warrant."

04:33PM  19         There are no further stipulations, Your Honor.

04:33PM  20              THE COURT:  All right.  Thank you.

04:33PM  21         Ladies and gentlemen of the jury, these two exhibits,

04:33PM  22   Exhibits 18 and 20, will be documents that you have -- will

04:33PM  23   have with you for deliberations at the appropriate time, but

04:33PM  24   these are two additional stipulations of fact, meaning that the

04:33PM  25   parties agree that these facts that Ms. Perlmutter just read

04:33PM 1    are true.  You should treat these facts as having been

04:33PM 2    conclusively proved.

04:33PM 3              With that, do you still wish side bar?

04:33PM 4              MS. PERLMUTTER:  No.  It was just concerning the last

04:33PM 5    witness.

04:33PM 6              THE COURT:  I see.  All right.  So as we go to break

04:34PM 7    then for the weekend, schedule for next week is going to be as

04:34PM 8    follows:

04:34PM 9              On Tuesday -- Monday is a holiday as you probably

04:34PM 10   know.  It's Kamehameha Day.  When we resume this trial on

04:34PM 11   Tuesday, we will have for one more day, the same schedule that

04:34PM 12   we have been employing this week, meaning you are directed to

04:34PM 13   show up at 2:00 and we will run to 4:30 on that day.

04:34PM 14             After that day, I finally can pledge to you that we

04:34PM 15   will then resume what I would consider to be our normal trial

04:34PM 16   schedule, meaning starting on Wednesday and any day that's

04:34PM 17   necessary thereafter, we would be going from 8:30 to 1:30.

04:34PM 18   And this is all partly caused by another trial that I'm

04:34PM 19   finishing, and the lawyers know in that case that Tuesday is

04:34PM 20   the last day for them.  Okay?

04:34PM 21             So 2:00 to 4:30 on Tuesday; 8:30 to 1:30 thereafter.

04:35PM 22             Any questions?  Hands?

04:35PM 23             Good.  All right.

04:35PM 24             So as we go to break for the weekend, first of all,

04:35PM 25   enjoy the three-day weekend.

04:35PM  1          Secondly, the admonitions.  Please, and this is

04:35PM  2     particularly important and acute because we will not be seeing

04:35PM  3     each other for several days, please refrain from discussing the

04:35PM  4     substance of this case with anyone, including each other, until

04:35PM  5     I advise otherwise; please do not conduct any independent

04:35PM  6     investigation into the facts, circumstances or persons

04:35PM  7     involved; and do not access any media or other accounts of this

04:35PM  8     case that may be out there.

04:35PM  9          Have a wonderful weekend.  We will see you on Tuesday

04:35PM  10    afternoon.

04:35PM  11         (At 4:35 p.m., the jury was excused, and the following

04:35PM  12    proceedings were held:)

04:36PM  13         THE COURT:  Okay.  The record should reflect the

04:36PM  14    departure of all of our jurors, but the remaining presence of

04:36PM  15    counsel for both sides and their clients.

04:36PM  16         Anything that you need to discuss with me before we

04:36PM  17    adjourn.

04:36PM  18         MS. OLSON:  No.  Thank you, Your Honor.

04:36PM  19         THE COURT:  Mr. Mottl?

04:36PM  20         MR. MOTTL:  None from the defense.  Thank you.

04:36PM  21         THE COURT:  I will advise for the parties that we have

04:36PM  22    on the docket, and you may have already noticed, I'm not sure,

04:36PM  23    that we have filed two proposed documents.

04:36PM  24         The first is the Court's proposed set of jury

04:36PM  25    instructions, the second being the Court's proposed verdict

04:36PM  1    form.  These are on the docket at 129 and 130.

04:37PM  2              Please take a look at it this weekend, if your time

04:37PM  3    permits, and we will address any issues that you see with these

04:37PM  4    two proposals early on next week.

04:37PM  5              Have a great three-day weekend.  We'll see you on

04:37PM  6    Tuesday.

04:37PM  7              (Proceedings were concluded at 4:37 p.m.)

         8

         9

        10

        11

        12

        13

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

```
 1                 COURT REPORTER'S CERTIFICATE

 2           I, Gloria T. Bediamol, Official Court Reporter, United

 3    States District Court, District of Hawaii, do hereby certify

 4    that pursuant to 28 U.S.C. §753 the foregoing is a complete,

 5    true, and correct transcript from the stenographically reported

 6    proceedings held in the above-entitled matter and that the

 7    transcript page format is in conformance with the regulations

 8    of the Judicial Conference of the United States.

 9

10           DATED at Honolulu, Hawaii, February 9, 2024.

11

12

13                               /s/ Gloria T. Bediamol

14                               GLORIA T. BEDIAMOL.

15                               RMR, CRR, FCRR

16

17

18

19

20

21

22

23

24

25
```

1

03:18PM    1                    IN THE UNITED STATES DISTRICT COURT

2                        FOR THE DISTRICT OF HAWAII

3
        UNITED STATES OF AMERICA,    )    CRIMINAL NO. 22-00023-DKW
4                                    )
                    Plaintiff,       )    Honolulu, Hawaii
5                                    )
               vs.                   )    June 13, 2023
6                                    )
        LYLE RIKIO CUMMINGS,         )
7                                    )
                    Defendant.       )
8       _____ )

9

10                       TRANSCRIPT OF JURY TRIAL (DAY 4)
                     BEFORE THE HONORABLE DERRICK K. WATSON,
11                   CHIEF UNITED STATES DISTRICT COURT JUDGE

12
        APPEARANCES:
13

14      For the Plaintiff:            REBECCA PERLMUTTER, ESQ.
                                      CHRISTINE OLSON, ESQ.
15                                    Office of the United States Attorney
                                      PJKK Federal Building
16                                    300 Ala Moana Boulevard, Suite 6100
                                      Honolulu, Hawaii  96850
17

18      For the Defendant:            JOSEPH R. MOTTL, III, ESQ.
                                      2009 Makiki Street #C
19                                    Honolulu, HI 96822

20

21      Official Court Reporter:      Gloria T. Bediamol, RPR RMR CRR FCRR
                                      United States District Court
22                                    300 Ala Moana Boulevard
                                      Honolulu, Hawaii 96850
23

24
            Proceedings recorded by machine shorthand, transcript produced
25      with computer-aided transcription (CAT).

2

```
1                         I N D E X
```

```
2    GOVERNMENT WITNESSES:                          PAGE NO.

3     LAURA DAI

4          DIRECT EXAMINATION BY MS. OLSON              5

5     GREGG KATAYAMA

6          DIRECT EXAMINATION BY MS. OLSON              19

7

8    EXHIBITS:                                     PAGE NO.

9     Government's Exhibit 11 was received in evidence   28
```

```
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | June 13, 2023                                  3:18 p.m. |
| 03:18PM | 2  | THE CLERK:  Criminal Number 22-00023-DKW, United |
| 03:18PM | 3  | States of America versus Lyle R. Cummings.  This matter is set |
| 03:18PM | 4  | for jury trial, day four. |
| 03:18PM | 5  | Counsel, please make your appearances for the record. |
| 03:18PM | 6  | MS. OLSON:  Good afternoon, Your Honor.  ASA Christine |
| 03:18PM | 7  | Olson, AUSA Rebecca Perlmutter for the United States, and we |
| 03:18PM | 8  | have paralegal Rae Ann Unten at counsel table, and behind me we |
| 03:18PM | 9  | have HSI Special Agent Murray Acosta. |
| 03:18PM | 10 | THE COURT:  Good afternoon to all of you. |
| 03:18PM | 11 | MR. MOTTL:  Judge Watson, good afternoon.  Joe Mottl |
| 03:19PM | 12 | attorney for Lyle Cummings.  Mr. Cummings is present. |
| 03:19PM | 13 | THE COURT:  All right.  Good afternoon to both of you. |
| 03:19PM | 14 | You may be seated. |
| 03:19PM | 15 | And good afternoon to the 14 persons on our jury.  I |
| 03:19PM | 16 | want to start with this, and I want to apologize to everybody |
| 03:19PM | 17 | in the courtroom.  The reason we're starting at 3:20 is not |
| 03:19PM | 18 | because we've been sitting on our hands but at the same time, |
| 03:19PM | 19 | you know, I know you guys have been waiting.  I asked you to |
| 03:19PM | 20 | get here at 2:00, and I know you were expecting to begin trial |
| 03:19PM | 21 | at 2:00.  That's certainly what I was expecting. |
| 03:19PM | 22 | The good news is that the other case that we are in |
| 03:19PM | 23 | trial on went to the jury as I thought we would.  It just went |
| 03:19PM | 24 | an hour plus beyond what time I thought we would get it to the |
| 03:19PM | 25 | jury.  And so what that means is we'll go to 4:30 today.  We'll |

4

| | | |
|---|---|---|
| 03:19PM | 1 | make use of the time that we have together.  Starting tomorrow, |
| 03:19PM | 2 | we will start what I would consider to be the normal trial |
| 03:19PM | 3 | schedule for the court which is to say 8:30 to 1:30.  Again, no |
| 03:20PM | 4 | lunch.  We'll take two short breaks sometime in that five-hour |
| 03:20PM | 5 | span, and hopefully with us getting back on the normal trial |
| 03:20PM | 6 | clock, we will make more progress than we have to this point on |
| 03:20PM | 7 | a per day basis.  So again, I apologize. |
| 03:20PM | 8 | I will reorient you.  On Friday when we adjourned, we |
| 03:20PM | 9 | had just listened to the examinations of both Detective Bigoss |
| 03:20PM | 10 | from Maui Police Department and former Maui Police Department |
| 03:20PM | 11 | Officer Cabral who testified as you may recall just the last |
| 03:20PM | 12 | five or so minutes of -- of the trial day, and so that's where |
| 03:20PM | 13 | we are. |
| 03:20PM | 14 | Ms. Olson, I assume the government is ready to call |
| 03:20PM | 15 | its next witness; is that correct? |
| 03:20PM | 16 | MS. OLSON:  Yes, Your Honor. |
| 03:20PM | 17 | THE COURT:  All right.  Please do so. |
| 03:20PM | 18 | MS. OLSON:  The government calls Laura Dai. |
| 03:21PM | 19 | THE CLERK:  Please raise your right hand. |
| 03:21PM | 20 | LAURA DAI, |
| 03:21PM | 21 | called as a witness, having been first duly sworn, was examined |
| 03:21PM | 22 | and testified as follows: |
| 03:21PM | 23 | THE CLERK:  Would you state your full name and spell |
| 03:21PM | 24 | your last name for the record. |
| 03:21PM | 25 | THE WITNESS:  My name is Laura Dai, spelled D, like |

5

03:21PM   1   David, A-I.

03:21PM   2                          DIRECT EXAMINATION

03:21PM   3   BY MS. OLSON:

03:21PM   4   Q     Good afternoon.

03:21PM   5   A     Good afternoon.

03:21PM   6   Q     Would you please tell the jury how are you currently

03:21PM   7   employed?

03:21PM   8   A     I am a special agent with Homeland Security

03:21PM   9   investigations.

03:21PM   10  Q     And is your title special agent?

03:21PM   11  A     Yes.

03:21PM   12  Q     How long have you been so employed?

03:21PM   13  A     Approximately 30 years.

03:21PM   14  Q     Could you give a brief overview of your current duties at

03:22PM   15  HSI?

03:22PM   16  A     I am assigned to the criminal investigation's unit.  I'm

03:22PM   17  currently assigned to a cybercrime unit.  Part of my duty is to

03:22PM   18  include -- investigate federal crimes that -- these being

03:22PM   19  responsible for Homeland Security.  And we also handle

03:22PM   20  administrative action as needed.

03:22PM   21  Q     Do you have experience investigating crimes against

03:22PM   22  children?

03:22PM   23  A     Yes, I do.

03:22PM   24  Q     About how many crimes against children would you say you

03:22PM   25  have investigated in your time at HSI, very rough ballpark?

03:22PM   1   A    I would say approximately in the hundred different type of

03:22PM   2   cases in my career.

03:22PM   3   Q    Have you attended any training specific to investigating

03:23PM   4   child exploitation offenses?

03:23PM   5   A    Yes, I have.

03:23PM   6   Q    Could you give a very brief summary of those trainings not

03:23PM   7   the content but just describing what the trainings were?

03:23PM   8   A    The training consists of -- on the basic training and it's

03:23PM   9   approximately one week into the basic training course, and I

03:23PM   10  also attended advanced training to teach me how to investigate

03:23PM   11  child exploitation crimes.  For instance, be mindful of victims

03:23PM   12  and be aware of perpetrators and also in terms of evidence

03:23PM   13  gathering.

03:23PM   14  Q    Have you investigated federal enticement of minor cases

03:23PM   15  specifically?

03:23PM   16  A    Yes.

03:23PM   17  Q    Roughly how many?

03:23PM   18  A    I would say roughly approximately 50 of those cases.

03:23PM   19  Q    And have you participated in undercover operations in

03:24PM   20  connection with crimes against children?

03:24PM   21  A    Yes.

03:24PM   22  Q    About how many?

03:24PM   23  A    So far I have participated in 16 of those undercover

03:24PM   24  enticement operations.

03:24PM   25  Q    Do they have a particular name?

| | | | |
|---|---|---|---|
| 03:24PM | 1 | A | In Hawaii we call it Operation Keiki Shield. |
| 03:24PM | 2 | Q | Do you have training on interviewing people after they've |
| 03:24PM | 3 | | been arrested? |
| 03:24PM | 4 | A | Yes. |
| 03:24PM | 5 | Q | About roughly how many such interviews have you done?  And |
| 03:24PM | 6 | | I mean interviews of people shortly after their arrest, |
| 03:24PM | 7 | | roughly, if you know? |
| 03:24PM | 8 | A | I would say easily over in excess of 100. |
| 03:24PM | 9 | Q | Okay.  Could you very briefly describe some of the general |
| 03:24PM | 10 | | procedures and considerations you take into account when you're |
| 03:24PM | 11 | | doing these types of post arrest interviews? |
| 03:25PM | 12 | A | First of all, we will bring the person that we interview, |
| 03:25PM | 13 | | and we will let them -- we will first give them their |
| 03:25PM | 14 | | constitutional rights and ensure they are willing to talk to us |
| 03:25PM | 15 | | willfully and make sure the person is in sound mind. |
| 03:25PM | 16 | Q | What happens if they don't want to talk to you willfully? |
| 03:25PM | 17 | A | Then we will stop all conversation right there and then. |
| 03:25PM | 18 | Q | Do you usually have them sign any forms to make sure their |
| 03:25PM | 19 | | testimony or their interview is voluntary? |
| 03:25PM | 20 | A | For the most part, we do.  If we have access to the forms, |
| 03:25PM | 21 | | sometimes we do just get a oral confirmation. |
| 03:25PM | 22 | Q | Okay.  I'd like to turn your attention to March 15, 2020. |
| 03:26PM | 23 | | Did you participate in a undercover operation that day? |
| 03:26PM | 24 | A | Yes. |
| 03:26PM | 25 | Q | What was -- was this Operation Keiki Shield? |

8

```
03:26PM   1    A    Yes.
03:26PM   2    Q    What was your role that day?
03:26PM   3    A    That day my role was to conduct interviews and also
03:26PM   4    take -- I was stationed in the command post to take care of
03:26PM   5    whatever action that needed to be taken care of.
03:26PM   6    Q    Where was the command post?
03:26PM   7    A    Where we have all the team leaders, for example, like the
03:26PM   8    arrest team, the surveillance team, the -- the chatter, the
03:26PM   9    intelligence group.  So we have different components all
03:26PM   10   stationed together in a room where we run the operation.
03:26PM   11   Q    And where physically on Maui did that take place
03:26PM   12   generally?
03:26PM   13   A    That was at the Maui Police Station in Kihei.
03:26PM   14   Q    And are you familiar with the investigation leading to the
03:27PM   15   arrest of Lyle Cummings?
03:27PM   16   A    Yes.
03:27PM   17   Q    You said your role that night was to conduct interviews.
03:27PM   18   Was that your role with respect to Lyle Cummings?  I'm sorry,
03:27PM   19   let me back up.
03:27PM   20        How are you familiar with the investigation of Lyle
03:27PM   21   Cummings?  How did you first become aware of it?
03:27PM   22   A    I -- I was in the command post when this case came about
03:27PM   23   and then we had a chatter who was one of the undercover
03:27PM   24   officer.  And then when we became aware of the case that we
03:27PM   25   have a potential person that might be interested to have sex
```

(172 of 208), Page 172 of 208    Case: 23-3016, 11/18/2024, DktEntry: 26.2, Page 172 of 208
Case 1:22-cr-00023-DKW    Document 181    Filed 02/21/24    Page 9 of 52    PageID.1490

9

03:27PM   1    with a child, that's when my focus began in -- later I became

03:27PM   2    the case agent for this.

03:27PM   3    Q    Okay.  And that night specifically, what did you do with

03:27PM   4    regard to the Lyle Cummings' case?

03:28PM   5    A    I was team up with a -- a Maui detective, Lee Ann

03:28PM   6    Galario-Guzman.  We both were -- were interviewer but Lee Ann

03:28PM   7    was the lead interviewer.  So what we -- give you an example,

03:28PM   8    what we normally do is when we -- when we team up together with

03:28PM   9    a state and a federal partner, we always decide, okay, is

03:28PM   10   this -- are you going to be the lead or is -- is he or she

03:28PM   11   going to be the lead, and then we -- we conduct the interview

03:28PM   12   that way.

03:28PM   13   Q    So your job that night was to interview folks who were

03:28PM   14   arrested in the operation after they were arrested?

03:28PM   15   A    Yes.

03:28PM   16   Q    Okay.  And you did so for Mr. Cummings?

03:28PM   17   A    Yes.

03:28PM   18   Q    Okay.  Approximately when did the interview happen, not an

03:28PM   19   exact time but roughly?

03:28PM   20   A    It is in the evening of the 15th.

03:28PM   21   Q    And where did it happen?

03:28PM   22   A    At Kihei station in the Maui Police Department.

03:28PM   23   Q    Okay.  And who part -- I think you said it but just to

03:29PM   24   clarify, who participated in the interview?

03:29PM   25   A    The Detective Lee Ann Galario-Guzman and myself were the

03:29PM   1   interviewers.

03:29PM   2   Q   Could you very briefly describe the room where the

03:29PM   3   interview took place?

03:29PM   4   A   The room was equipped with audio and video, so it's --

03:29PM   5   it's an enclosed room.  Basically, it has a monitor room

03:29PM   6   outside of it.  So when -- before we begin, we normally turn on

03:29PM   7   the switch so that it will be audio and video recorded.

03:29PM   8   Q   And was that the case here?

03:29PM   9   A   Yes.

03:29PM  10   Q   Did you or Officer Galario-Guzman talk to Mr. Cummings

03:29PM  11   regarding anything of substance before that video was switched

03:29PM  12   on?

03:29PM  13   A   Yes.

03:29PM  14   Q   You did?  You did talk to him substantively about the case

03:29PM  15   before the video started?

03:30PM  16   A   Oh, no, no, no.

03:30PM  17   Q   Okay.

03:30PM  18   A   I'm sorry.  I misunderstood you.

03:30PM  19   Q   And you talked briefly about procedures you normally do to

03:30PM  20   ensure an -- such an interview is voluntary.  Did you do those

03:30PM  21   in this case?

03:30PM  22   A   Yes, we did.

03:30PM  23   Q   Could you describe briefly what you did to make sure this

03:30PM  24   interview with Mr. Cummings was voluntary?

03:30PM  25   A   So Mr. Cummings was -- he was escorted to the room and

03:30PM   1   Detective Galario-Guzman and myself went in the room.  We

03:30PM   2   identified ourselves by the display of our credentials, and we

03:30PM   3   stated purpose of our interview.

03:30PM   4   Q    Did you do anything else?  Did you have him sign forms at

03:30PM   5   any time?

03:30PM   6   A    Yes.  We also have Mr. Cummings sign the rights form from

03:30PM   7   the police department, and I was a witness to that form.

03:30PM   8   Q    And what would have happened that evening if he had said

03:31PM   9   he didn't want to talk to you and the other officer or if he

03:31PM  10   didn't want to sign the forms?

03:31PM  11   A    Oh, we have to stop the conversation and that would be the

03:31PM  12   end of the interview.

03:31PM  13   Q    During the interview, was there anything at all to suggest

03:31PM  14   to you in your training and experience that it was not a

03:31PM  15   voluntary interview?

03:31PM  16   A    No.  Mr. Cummings was very comfortable.

03:31PM  17   Q    Anything out of the ordinary in your training and

03:31PM  18   experience happen during the interview?

03:31PM  19   A    No.

03:31PM  20   Q    Did you have any impression from your training and

03:31PM  21   experience during the interview that Mr. Cummings was disabled

03:31PM  22   mentally, physically or limited in any way in his ability to

03:31PM  23   participate in the interview?

03:31PM  24   A    No.

03:31PM  25   Q    Did you follow standard -- did you and Officer

| | | |
|---|---|---|
| 03:31PM | 1 | Galario-Guzman follow standard procedures during the interview, |
| 03:31PM | 2 | police practices? |
| 03:31PM | 3 | A    Yes. |
| 03:31PM | 4 | Q    What was the general topic of discussion during the |
| 03:32PM | 5 | interview? |
| 03:32PM | 6 | A    First, we went into the room.  We identified ourselves. |
| 03:32PM | 7 | We have Mr. Cummings read through the rights and have him |
| 03:32PM | 8 | initial on the form.  And then we ask him if he's willing to |
| 03:32PM | 9 | talk to us without an attorney present. |
| 03:32PM | 10 | At that time Mr. Cummings responded yes. |
| 03:32PM | 11 | We also gave Mr. Cummings the right to -- we also |
| 03:32PM | 12 | advised him that he can stop the conversation at any time he |
| 03:32PM | 13 | chooses to. |
| 03:32PM | 14 | Q    And what were -- what were some of the general topics, the |
| 03:32PM | 15 | content that you discussed generally? |
| 03:32PM | 16 | A    Oh, we explain to him that we will be talking to him about |
| 03:32PM | 17 | enticement of a child and then we explain to him the reason why |
| 03:32PM | 18 | he was there was as a result of the arrest. |
| 03:32PM | 19 | Q    Did he engage in that conversation?  Did he provide |
| 03:32PM | 20 | responses? |
| 03:32PM | 21 | A    Yes. |
| 03:32PM | 22 | Q    If you recall and -- what were some of the key takeaways |
| 03:33PM | 23 | or significant statements that Mr. Cummings said during this |
| 03:33PM | 24 | interview related to the enticement investigation? |
| 03:33PM | 25 | A    Okay.  First of all, he -- Mr. Cummings indicated that he |

| | | |
|---|---|---|
| 03:33PM | 1 | was in possession of his cellphone that he had it in his |
| 03:33PM | 2 | possession. |
| 03:33PM | 3 | MR. MOTTL: Excuse me, Your Honor. Objection, I |
| 03:33PM | 4 | believe we're -- we're going to play the tape. Is that not the |
| 03:33PM | 5 | case? This -- the record or the interview speaks for itself. |
| 03:33PM | 6 | So objection as to this line of questioning which is just |
| 03:33PM | 7 | repeating or -- or providing an interpretation of the -- the |
| 03:33PM | 8 | video. Nothing further. |
| 03:33PM | 9 | THE COURT: All right. Objection's overruled. |
| 03:33PM | 10 | You may answer. |
| 03:33PM | 11 | MS. OLSON: We'll be brief because we're going to |
| 03:34PM | 12 | request to play the video. |
| 03:34PM | 13 | BY MS. OLSON: |
| 03:34PM | 14 | Q Sorry, continue. You were speaking of the cellphone? |
| 03:34PM | 15 | A Yes. We -- we intercepted -- we talked to Mr. -- |
| 03:34PM | 16 | Mr. Cummings indicated he -- he was in possession of his |
| 03:34PM | 17 | cellphone and he indicated that he was chatting with a 13, |
| 03:34PM | 18 | 14-year-old person, and he also stated that he showed her -- |
| 03:34PM | 19 | the undercover officer pictures with -- with moneys and then he |
| 03:34PM | 20 | also indicated that he would take the undercover officer out |
| 03:34PM | 21 | shopping and shower her with gifts. |
| 03:34PM | 22 | Q And was there a name this undercover officer was referred |
| 03:34PM | 23 | to by? |
| 03:34PM | 24 | A The undercover officer's name was Kiana. |
| 03:34PM | 25 | Q That was a fake name, right? |

| | | | |
|---|---|---|---|
| 03:34PM | 1 | A | Yes. |
| 03:34PM | 2 | Q | Not the actual name of the undercover? |
| 03:34PM | 3 | A | No. |
| 03:34PM | 4 | Q | Okay.  Did he say how the messages were exchanged? |
| 03:35PM | 5 | A | Yes.  Mr. Cummings indicated that he first met Kiana on |
| 03:35PM | 6 | | Skout which is a social media app, and then subsequently they |
| 03:35PM | 7 | | exchanged phone number and then they were using texts to |
| 03:35PM | 8 | | communicate with each other. |
| 03:35PM | 9 | Q | Did you discuss Kiana's purported age on Mr. Cummings's |
| 03:35PM | 10 | | knowledge or beliefs about that? |
| 03:35PM | 11 | A | Yeah, it was between 13 and 14 years old. |
| 03:35PM | 12 | Q | When you say "it was," do you -- are you referring to his |
| 03:35PM | 13 | | belief or could you clarify? |
| 03:35PM | 14 | A | That was what Kiana had indicated to Mr. Cummings via |
| 03:35PM | 15 | | text. |
| 03:35PM | 16 | Q | Okay.  Did Mr. Cummings make any statements or admissions |
| 03:36PM | 17 | | about the graphic nature of the conversation? |
| 03:36PM | 18 | A | Yes.  There was -- at one point it was graphically sexual |
| 03:36PM | 19 | | conversation regarding what they were going to do. |
| 03:36PM | 20 | Q | And did he tell you anything else about the phone that he |
| 03:36PM | 21 | | used to communicate with Kiana or the undercover? |
| 03:36PM | 22 | A | Yes.  Mr. Cummings reaffirmed the phone number which I |
| 03:36PM | 23 | | don't remember, and then he also indicated that he was a |
| 03:36PM | 24 | | subscriber to that telephone and he -- he had that telephone |
| 03:37PM | 25 | | number for approximately 20 years.  And then from the night of |

03:37PM  1    the arrest which was March 15th, and days prior to that, he was

03:37PM  2    in full possession of the phone and he also has the phone

03:37PM  3    password protected.

03:37PM  4    Q    Did he say what kind of phone it was, what model?

03:37PM  5    A    He did say it was an iPhone 7.

03:37PM  6    Q    So I believe you said this interview was video and audio

03:37PM  7    recorded, correct?

03:37PM  8    A    Yes.

03:37PM  9    Q    Have you watched that video?

03:37PM  10   A    Yes.

03:37PM  11   Q    Did you see yourself in the video?

03:37PM  12   A    Yes.

03:37PM  13   Q    Did the video fairly and accurately represent the actual

03:37PM  14   interview that took place?

03:37PM  15   A    Yes.

03:37PM  16        MS. OLSON:  Your Honor, at this time, I would ask to

03:37PM  17   hand out the transcript of the video interview to the jury and

03:37PM  18   also to publish Exhibit 7 and play the actual video for the

03:38PM  19   jury.  The Exhibit 7 was previously admitted by agreement.

03:38PM  20        THE COURT:  Yes, you may.  The transcript of the video

03:38PM  21   interview is what is marked as Government's Exhibit 8; is that

03:38PM  22   correct?

03:38PM  23        MS. OLSON:  Yes, Your Honor.

03:38PM  24        THE COURT:  All right.  So ladies and gentlemen, in

03:38PM  25   listening to recordings in this case, you -- what the recording

16

03:38PM    1    that you're about to listen to is what's marked as Government's

03:39PM    2    Exhibit 7 which has been stipulated by the parties into

03:39PM    3    evidence.  You have now been given a transcript of the

03:39PM    4    recording that you are about to watch to help you identify

03:39PM    5    speakers, as a guide to help you listen to the recording.  Bear

03:39PM    6    in mind that the recording is the evidence in this case not the

03:39PM    7    transcript that you have been given.  If you hear something

03:39PM    8    different in the video that you're about to watch then what

03:39PM    9    appears in the transcript which you have been handed, what you

03:39PM    10    hear is controlling not the transcript.

03:39PM    11          Earlier in the trial last week, we talked about the

03:39PM    12    transcript of the email exchange, as you may recall.  And at

03:39PM    13    that time, I addressed to you with respect to the transcript of

03:39PM    14    the recording.  The transcript is what is in evidence as

03:39PM    15    Government's Exhibit 3, which is the Skout exchange, and

03:39PM    16    Government's Exhibit 4, which is the subsequent email exchange.

03:39PM    17          At the time, Officer Surina testified and he read the

03:40PM    18    texts of -- the context and the texts of those transcripts to

03:40PM    19    you.  On a couple of occasions, I observed and you perhaps did

03:40PM    20    as well that he did not read the transcript correctly and that

03:40PM    21    there were portions of his reading that did not match the

03:40PM    22    transcript that is in evidence.  In that instance, the evidence

03:40PM    23    is the actual what I call transcript, Exhibits 3 and 4.  So to

03:40PM    24    the extent that Officer Surina testified differently than what

03:40PM    25    appeared in that transcript, the transcript's control.  So it's

(180 of 208), Page 180 of 208    Case: 23-3016, 11/18/2024, DktEntry: 26.2, Page 180 of 208
Case 1:22-cr-00023-DKW    Document 181    Filed 02/21/24    Page 17 of 52    PageID.1498

17

03:40PM   1   almost the opposite of what we're talking about here, okay?

03:40PM   2             All right.  Go ahead.

03:40PM   3             (The video was played for the jury.)

04:02PM   4             MS. OLSON:  Thank you.  We are done with that exhibit.

04:02PM   5             And could we please have the transcript handouts

04:02PM   6   collected.

04:02PM   7             THE COURT:  Yes, please do so.

04:02PM   8             MS. OLSON:  Okay.  Let the record reflect the handouts

04:02PM   9   have been collected.

04:02PM   10  BY MS. OLSON:

04:02PM   11  Q    Just a few follow-up questions.

04:02PM   12            Was there any part of that video audio or -- sorry,

04:02PM   13  audio that was not captured in the video?

04:03PM   14  A    Yeah, it seems like it was muted.

04:03PM   15  Q    Do you know why?

04:03PM   16  A    I believe that those part he was giving out his Social

04:03PM   17  Security number, like, addresses, and that is for Mr. Cummings'

04:03PM   18  privacy protection.

04:03PM   19  Q    So besides those short portions that were muted out of the

04:03PM   20  video, did this video recording you just watch capture the

04:03PM   21  entirety of the substance of the interview you had that night

04:03PM   22  with Mr. Cummings?

04:03PM   23  A    Yes.

04:03PM   24  Q    So you didn't have any substantive conversation with him

04:03PM   25  about the case before that recording or after?

| | | | |
|---|---|---|---|
| 04:03PM | 1 | A | No. |
| 04:03PM | 2 | Q | Why didn't you ask him during that interview about any |
| 04:03PM | 3 | | illegal drugs? |
| 04:03PM | 4 | A | I was not aware of any kind of drugs. |
| 04:03PM | 5 | Q | Okay.  You were focused on the enticement part of the |
| 04:04PM | 6 | | case? |
| 04:04PM | 7 | A | Yes.  That was strictly only enticement case. |
| 04:04PM | 8 | Q | Did you get a good look at Mr. Cummings during that |
| 04:04PM | 9 | | interview? |
| 04:04PM | 10 | A | Yes. |
| 04:04PM | 11 | Q | Do you see him here today? |
| 04:04PM | 12 | A | Yes.  He is sitting right there at the table with the two |
| 04:04PM | 13 | | gentlemen. |
| 04:04PM | 14 | Q | Okay.  And could you describe an article clothing he is |
| 04:04PM | 15 | | wearing very briefly? |
| 04:04PM | 16 | A | Mr. Cummings is wearing glasses, wearing a -- a brown |
| 04:04PM | 17 | | shirt and having his hands crossed on the table. |
| 04:04PM | 18 | | MS. OLSON:  Let the record reflect the witness has |
| 04:04PM | 19 | | identified the defendant. |
| 04:04PM | 20 | | THE COURT:  Yes, the record should reflect Special |
| 04:04PM | 21 | | Agent Dai's identification of the defendant, Lyle Cummings. |
| 04:05PM | 22 | | MS. OLSON:  No more questions.  Thank you. |
| 04:05PM | 23 | | THE COURT:  Mr. Mottl, cross-examination? |
| 04:05PM | 24 | | MR. MOTTL:  Your Honor, I have no questions for |
| 04:05PM | 25 | | Ms. Dai.  Thank you. |

19

```
04:05PM    1              THE COURT:  All right.  Special Agent Dai, you may
04:05PM    2    step down.
04:05PM    3              Ms. Olson, your next witness.
04:05PM    4              MS. OLSON:  The government calls Gregg Katayama.
04:05PM    5              THE CLERK:  Please raise your right hand.
04:05PM    6                      GREGG KATAYAMA,
04:05PM    7    called as a witness, having been first duly sworn, was examined
04:05PM    8    and testified as follows:
04:05PM    9              THE CLERK:  Please state your full name, spell your
04:05PM   10    last name for the record.
04:06PM   11              THE WITNESS:  Gregg Katayama, K-A-T-A-Y-A-M-A.
04:06PM   12                      DIRECT EXAMINATION
04:06PM   13    BY MS. OLSON:
04:06PM   14    Q    Good afternoon.
04:06PM   15    A    Afternoon.
04:06PM   16    Q    Can you please tell the jury how you are employed?
04:06PM   17    A    Currently employed as a Maui Police Department detective.
04:06PM   18    Q    Okay.  So is your title detective?
04:06PM   19    A    Correct.
04:06PM   20    Q    Okay.  How long have you been so employed?
04:06PM   21    A    For 23 years.
04:06PM   22    Q    Do you have any experience investigating drug cases?
04:06PM   23    A    Yes.
04:06PM   24    Q    How about child sex offenses?
04:06PM   25    A    Yes.
```

| | | | |
|---|---|---|---|
| 04:06PM | 1 | Q | Are you familiar with the investigation leading to the |
| 04:06PM | 2 | | arrest of a person named Lyle Cummings? |
| 04:06PM | 3 | A | Yes, I am. |
| 04:06PM | 4 | Q | How generally did you get involved in that investigation? |
| 04:06PM | 5 | A | I was attached to the Operation Keiki Shield and my job |
| 04:07PM | 6 | | was to draft and execute search warrants. |
| 04:07PM | 7 | Q | Do you have experience and training in drafting and |
| 04:07PM | 8 | | executing search warrants? |
| 04:07PM | 9 | A | Yes. |
| 04:07PM | 10 | Q | Very roughly ballpark how many of those have you worked on |
| 04:07PM | 11 | | in your career? |
| 04:07PM | 12 | A | Over my 23-year career roughly over a hundred. |
| 04:07PM | 13 | Q | Does that include the actual execution of doing the actual |
| 04:07PM | 14 | | search? |
| 04:07PM | 15 | A | Yes. |
| 04:07PM | 16 | Q | And where did this Operation Keiki Shield take -- excuse |
| 04:07PM | 17 | | me, let me -- let me back up. |
| 04:07PM | 18 | | When did this Operation Keiki Shield take place that |
| 04:07PM | 19 | | relates to Mr. Cummings? |
| 04:07PM | 20 | A | Started on March 15, 2020. |
| 04:07PM | 21 | Q | And where on Maui was the operation situated? |
| 04:08PM | 22 | A | Base of the operation was in the Kihei police station. |
| 04:08PM | 23 | Q | Were you at the Kihei police station on March 15, 2020? |
| 04:08PM | 24 | A | I was. |
| 04:08PM | 25 | Q | And how did you first become aware of Mr. Cummings and his |

04:08PM   1    case?

04:08PM   2    A    Well, around 7:48 p.m., I was informed that Mr. Cummings

04:08PM   3    was under arrest for electronic enticement of a child.  I

04:08PM   4    proceeded to the arrest location which is at the intersection

04:08PM   5    of Kilohana Drive and South Kihei Road.  I made contact with

04:08PM   6    Mr. Cummings and asked if he'd be willing to give consent for

04:08PM   7    his white 2008 Toyota Tacoma, and he declined to give consent.

04:08PM   8    Q    Okay.  Let's talk about search warrants a bit.  Are you --

04:08PM   9    what is a search warrant?

04:08PM  10    A    It's, I guess, an order by the judge granting the officer

04:09PM  11    to search whatever it -- it states in the search warrant.

04:09PM  12    Q    Relating to the Operation Keiki Shield in Mr. Cummings'

04:09PM  13    case, did you apply for a search warrant?

04:09PM  14    A    I applied for two search warrants.  Search warrant

04:09PM  15    2020-0123 covered his vehicle.  Specifically I was requesting

04:09PM  16    authorization to go in and get an electronic phone and also any

04:09PM  17    articles of identification and that could include driver's

04:09PM  18    licenses, motor vehicle paperwork, bills, receipts, anything

04:09PM  19    with Mr. Cummings' name on there to prove ownership of the

04:09PM  20    vehicle.

04:09PM  21    Q    And what was the second search warrant for that you

04:09PM  22    mentioned?

04:09PM  23    A    Search warrant 2020-0124 covered the actual phone itself.

04:10PM  24    Q    Why do you need two search warrants since the first

04:10PM  25    warrant you were going to presumably get the phone?  Why do you

| | | |
|---|---|---|
| 04:10PM | 1 | need the second one? |
| 04:10PM | 2 | A    Standard procedure.  Normally we would get search warrants |
| 04:10PM | 3 | for like person, the vehicle, residence, and I guess upon |
| 04:10PM | 4 | talking to the prosecutors two search warrants would be needed. |
| 04:10PM | 5 | Q    So the second one -- search warrant would be to actually |
| 04:10PM | 6 | search the actual contents of the phone? |
| 04:10PM | 7 | A    Correct. |
| 04:10PM | 8 | Q    Okay.  Were the search warrants granted? |
| 04:10PM | 9 | A    Yes.  They were signed by the Honorable Judge Kristin |
| 04:10PM | 10 | Hamman. |
| 04:10PM | 11 | Q    Do you know when?  Do you recall the date? |
| 04:10PM | 12 | A    It was the next day on March 16, 2020. |
| 04:10PM | 13 | Q    Going to the first search warrant for the -- for the -- |
| 04:10PM | 14 | you said vehicle.  What type of vehicle was it specifically? |
| 04:10PM | 15 | A    It's a white 2008 Toyota Tacoma. |
| 04:11PM | 16 | Q    And did you participate in doing the actual search of that |
| 04:11PM | 17 | Tacoma? |
| 04:11PM | 18 | A    Yes, I did. |
| 04:11PM | 19 | Q    When was that? |
| 04:11PM | 20 | A    It was around 10:52 a.m. the next morning so on the 16th. |
| 04:11PM | 21 | Q    Who was present when you executed that search warrant of |
| 04:11PM | 22 | the truck on March 16, 2020? |
| 04:11PM | 23 | A    It was Detective Jonathan Acosta and Officer Brandon |
| 04:11PM | 24 | Asuega-Stark also assisting. |
| 04:11PM | 25 | Q    And where was the truck located when you did the search? |

04:11PM   1   A    The truck was secured in the Kihei police station sally

04:11PM   2   port.

04:11PM   3   Q    And was it the -- the same truck that was described in

04:12PM   4   your search warrant?

04:12PM   5   A    Yes.

04:12PM   6   Q    And where did you search in the -- you and the team, the

04:12PM   7   search team, where did you search in the truck?

04:12PM   8   A    We searched the interior of the truck including the back

04:12PM   9   cab area and also the bed of the truck.  There is a little

04:12PM  10   compartment built into the truck bed.

04:12PM  11   Q    What were you looking for?

04:12PM  12   A    Again, the phone which was -- I could see that it was in

04:12PM  13   the area of the cup holder, and also in the articles of

04:12PM  14   identification.

04:12PM  15   Q    And I'm going to ask you to look at the return later but

04:13PM  16   if you recall generally what was found in the truck?

04:13PM  17   A    Well, in the area of the cup holder, I found one Apple

04:13PM  18   iPhone.  Also in the area of the cup holder, I found a clear

04:13PM  19   orange pill container that contained five what looked to me as

04:13PM  20   marijuana cigarettes or joints.  Also in the cup holder was a

04:13PM  21   Cookies brand lemoncello flavored THC vape product.  THC being

04:13PM  22   tetrahydrocannabinol which is the active ingredient in

04:13PM  23   marijuana.

04:13PM  24        And then went into the center console of the truck.

04:13PM  25   In that center console was a black purse.  Inside that black

04:13PM   1    purse was a Sassolini brand tin.  To me it looked like an

04:13PM   2    Altoid container.  Inside that Altoid -- well, Sassolini brand

04:13PM   3    tin were four clear plastic Ziploc baggies that contained a

04:14PM   4    white powder.  Based on my training and experience, I believe

04:14PM   5    that contents of the baggies was cocaine.  Also inside that

04:14PM   6    black purse was a red plastic container that had ten additional

04:14PM   7    clear Ziploc baggies.  Six of the baggies contained a similar

04:14PM   8    white powder purported to be cocaine, and the four other

04:14PM   9    baggies contained what I believe to be a cocaine base or crack

04:14PM   10   cocaine.

04:14PM   11         Going further into that middle console, I found a

04:14PM   12   Hawaii driver's license belonging to Mr. Cummings, butane

04:14PM   13   lighters and an iPhone box.  Inside this box were four larger

04:14PM   14   clear Ziploc baggies also with purported cocaine to be within.

04:14PM   15         And then in the outside of the truck bed that

04:14PM   16   container, like I mentioned, there was a Eagle brand zippered

04:15PM   17   container.  Inside that container was two smaller containers

04:15PM   18   that contained a brown substance which I believe to be hashish

04:15PM   19   or marijuana concentrate and some kind of vaping device.

04:15PM   20   Q    The cocaine and the substances you just described, was it

04:15PM   21   immediately apparent to you that those were the substances you

04:15PM   22   just said them to be?

04:15PM   23   A    Yeah, I highly believed it to be cocaine.

04:15PM   24   Q    And was the cocaine all in a powder form?

04:15PM   25   A    With exception of those four baggies of the crack cocaine,

04:15PM   1   they were all powder, white powder.

04:15PM   2   Q    Was it immediately apparent to you in your training and

04:15PM   3   experience from looking at what you just referred to as crack

04:16PM   4   that it was crack?  Was it your belief that it was crack?

04:16PM   5   A    Yes.

04:16PM   6   Q    Okay.  I'd like you to please turn to Exhibit 9.

04:16PM   7        MS. OLSON:  And, Your Honor, this has been previously

04:16PM   8   admitted by agreement.  I would ask to publish it at this time.

04:16PM   9        THE COURT:  Yes, go ahead.  Counsel, you let us know

04:16PM   10  if you need us to grab the hard copy but otherwise I will

04:16PM   11  assume that you're using the electronic version.

04:16PM   12       MS. OLSON:  Yes, Your Honor.  Thank you.

04:16PM   13  BY MS. OLSON:

04:16PM   14  Q    Okay.  Are you able to see Exhibit 9 well in front of you

04:16PM   15  there on the monitor?

04:16PM   16  A    Yes.

04:16PM   17  Q    Okay.  And what is this?

04:16PM   18  A    That is -- looks -- looks like my return affidavit.

04:17PM   19  Q    And what does that mean?

04:17PM   20  A    Basically, whenever we recover something from a search

04:17PM   21  warrant, we need to itemize it and then go before the judge and

04:17PM   22  she signs off basically of whatever we recovered.

04:17PM   23  Q    And is this related to the search of the truck?

04:17PM   24  A    Yes.

04:17PM   25  Q    Okay.  Can we please turn to page three of the same

| | | |
|---|---|---|
| 04:17PM | 1 | exhibit?  What is page three? |
| 04:17PM | 2 | A    That is the itemized list of what myself and the other |
| 04:17PM | 3 | officers recovered from within the truck. |
| 04:17PM | 4 | Q    Does this list contain all the items you just described? |
| 04:17PM | 5 | A    Yes.  It also contained the currency I found within the |
| 04:17PM | 6 | center console which was $645 in U.S. currency. |
| 04:18PM | 7 | Q    Okay.  Thank you. |
| 04:18PM | 8 |     Let's please turn to Exhibit 10. |
| 04:18PM | 9 |     MS. OLSON:  Excuse me, this -- I would ask to publish |
| 04:18PM | 10 | Exhibit 10.  This has also been previously admitted by |
| 04:18PM | 11 | agreement. |
| 04:18PM | 12 |     THE COURT:  Yes, you may. |
| 04:18PM | 13 | BY MS. OLSON: |
| 04:18PM | 14 | Q    What is Exhibit 10? |
| 04:18PM | 15 | A    Ten would be the return for the cellphone, the contents of |
| 04:18PM | 16 | the cellphone. |
| 04:18PM | 17 |     MS. OLSON:  Your Honor, I would ask now to turn to |
| 04:18PM | 18 | Exhibit 11 which has been authenticated but not yet admitted. |
| 04:18PM | 19 | We'd like the witness to please look at what's been previously |
| 04:18PM | 20 | marked for identification as Exhibit 11. |
| 04:18PM | 21 |     Would that show up to him or does he need the hard |
| 04:19PM | 22 | copy? |
| 04:19PM | 23 |     THE COURT:  We can display if for the witness only. |
| 04:19PM | 24 |     MS. OLSON:  Thank you. |
| 04:19PM | 25 | BY MS. OLSON: |

| | | | |
|---|---|---|---|
| 04:19PM | 1 | Q | Are you able to see Exhibit 11? |
| 04:19PM | 2 | A | Yes. |
| 04:19PM | 3 | Q | Okay.  I think it would actually be easiest if you could |
| 04:19PM | 4 | | have the physical binder for Exhibit 11, if that's possible. |
| 04:19PM | 5 | | Could you please take a few moments and look through |
| 04:19PM | 6 | | every page of Exhibit 11?  Did you look at each page? |
| 04:22PM | 7 | A | Yes. |
| 04:22PM | 8 | Q | Do you recognize Exhibit 11? |
| 04:22PM | 9 | A | Yes. |
| 04:22PM | 10 | Q | How do you recognize it? |
| 04:22PM | 11 | A | Those are photographs taken during the search. |
| 04:22PM | 12 | Q | The search on which date? |
| 04:22PM | 13 | A | The 16th, March 16th. |
| 04:22PM | 14 | Q | You're referring to the search of the truck? |
| 04:22PM | 15 | A | Yes. |
| 04:22PM | 16 | Q | And you were there for the search? |
| 04:22PM | 17 | A | Yes. |
| 04:22PM | 18 | Q | Does the photograph you just looked at fairly and |
| 04:22PM | 19 | | accurately represent the actual search of the truck on |
| 04:22PM | 20 | | March 16, 2020? |
| 04:22PM | 21 | A | Yes. |
| 04:22PM | 22 | | MS. OLSON:  Your Honor, I move to admit Exhibit 11. |
| 04:22PM | 23 | | THE COURT:  Any objection, Counsel? |
| 04:22PM | 24 | | Mr. Mottl? |
| 04:22PM | 25 | | MR. MOTTL:  Your Honor, I'm sorry. |

28

| | | |
|---|---|---|
| 04:23PM | 1 | THE COURT:  Any objection? |
| 04:23PM | 2 | MR. MOTTL:  No, Your Honor. |
| 04:23PM | 3 | THE COURT:  Without objection, Government's 11 is |
| 04:23PM | 4 | admitted.  You may publish if you wish. |
| 04:23PM | 5 | (Government's Exhibit 11 was received in evidence.) |
| 04:23PM | 6 | MS. OLSON:  I'd move to publish Exhibit 11. |
| 04:23PM | 7 | THE COURT:  Go ahead. |
| 04:23PM | 8 | BY MS. OLSON: |
| 04:23PM | 9 | Q   Okay.  Now, let's talk about these photographs.  We'll try |
| 04:23PM | 10 | to go through the first ones quickly.  What is page one of |
| 04:23PM | 11 | Exhibit 11? |
| 04:23PM | 12 | A   That's the picture of Mr. Cummings' truck with the license |
| 04:23PM | 13 | plates LAJ 777 affixed to the rear bumper. |
| 04:23PM | 14 | Q   Is that the license plate that matches what was listed in |
| 04:23PM | 15 | the search warrant? |
| 04:23PM | 16 | A   Yes. |
| 04:23PM | 17 | Q   Please turn to page two.  What is page two? |
| 04:23PM | 18 | A   It's the passenger side of that same vehicle. |
| 04:23PM | 19 | Q   Please turn to page three. |
| 04:23PM | 20 | A   That is a picture of the interior of the truck |
| 04:24PM | 21 | specifically focusing in on the cup holder area. |
| 04:24PM | 22 | Q   And what's -- what's in the cup holder area of |
| 04:24PM | 23 | significance? |
| 04:24PM | 24 | A   The phone and that orange pill bottle and the -- the |
| 04:24PM | 25 | Cookies brand THC vape device. |

| | | | |
|---|---|---|---|
| 04:24PM | 1 | Q | What was in the orange pill bottle? |
| 04:24PM | 2 | A | The five marijuana cigarettes. |
| 04:24PM | 3 | Q | Please turn to page four.  What's shown on page four? |
| 04:24PM | 4 | A | It's the close-up of that, items I just described. |
| 04:24PM | 5 | Q | What's the red stuff there? |
| 04:24PM | 6 | A | That would be a butane lighter. |
| 04:24PM | 7 | Q | Please turn to Exhibit 5.  Excuse me, page five of |
| 04:24PM | 8 | | Exhibit 11.  What's this? |
| 04:25PM | 9 | A | That is a close-up of the recovered phone. |
| 04:25PM | 10 | Q | And this is the same phone that was just pictured in -- on |
| 04:25PM | 11 | | page four? |
| 04:25PM | 12 | A | Yes. |
| 04:25PM | 13 | Q | And what does that say on the phone of note? |
| 04:25PM | 14 | A | It has the messages Kiana and test. |
| 04:25PM | 15 | Q | If you recall, how did you get this screen to show?  How |
| 04:25PM | 16 | | did you get this to light up? |
| 04:25PM | 17 | A | I just touched the exterior button and it illuminated the |
| 04:25PM | 18 | | screen. |
| 04:25PM | 19 | Q | And in the context of this investigation, do you know the |
| 04:25PM | 20 | | significance of why it says Kiana test? |
| 04:25PM | 21 | A | It's my understanding that Kiana was the name of the decoy |
| 04:25PM | 22 | | and the chatters used and the test was to confirm that the |
| 04:25PM | 23 | | device recovered was, in fact, used by Mr. Cummings. |
| 04:25PM | 24 | Q | Do you know how they confirmed it?  How did this -- was -- |
| 04:26PM | 25 | | how did the word "test" get on here? |

| | | | |
|---|---|---|---|
| 04:26PM | 1 | A | After the arrest team made contact with Mr. Cummings, the |
| 04:26PM | 2 | | chatter would send a test message and then it would pop up |
| 04:26PM | 3 | | inside the -- on the phone in the vehicle. |
| 04:26PM | 4 | Q | And I'm not asking for the specific digits but how do they |
| 04:26PM | 5 | | know what phone number to use to send this test message? |
| 04:26PM | 6 | A | That I don't know. |
| 04:26PM | 7 | Q | Okay.  Page six.  What is this? |
| 04:26PM | 8 | A | That is the orange pill bottle opened up displaying the |
| 04:26PM | 9 | | five marijuana cigarettes or joints. |
| 04:26PM | 10 | Q | Page seven.  What is this? |
| 04:26PM | 11 | A | That's a close-up of that vaping device with 91 percent |
| 04:26PM | 12 | | THC. |
| 04:26PM | 13 | Q | Page eight.  What is this? |
| 04:26PM | 14 | A | That is Mr. Cummings' medical marijuana license. |
| 04:26PM | 15 | Q | Page nine? |
| 04:27PM | 16 | A | It's a close-up of that aforementioned license. |
| 04:27PM | 17 | Q | Page ten? |
| 04:27PM | 18 | A | That's the exterior shot of the center console. |
| 04:27PM | 19 | Q | Page 11? |
| 04:27PM | 20 | A | That's how we found that black bag or purse within the |
| 04:27PM | 21 | | center console. |
| 04:27PM | 22 | Q | Page 12? |
| 04:27PM | 23 | A | That shows the $645 recovered from within that bag. |
| 04:27PM | 24 | Q | Is this the same bag that was in the center console? |
| 04:27PM | 25 | A | Yes. |

| | | | |
|---|---|---|---|
| 04:27PM | 1 | Q | Page 13? |
| 04:27PM | 2 | A | That's the money fanned out. |
| 04:27PM | 3 | Q | Same money that you just showed on page 12 from the bag? |
| 04:27PM | 4 | A | Yes. |
| 04:27PM | 5 | Q | Page 14? |
| 04:27PM | 6 | A | That's the interior of one of the pockets and it shows an |
| 04:28PM | 7 | | expired Hawaii driver's license for Mr. Cummings. |
| 04:28PM | 8 | Q | Page 15? |
| 04:28PM | 9 | A | Close-up of that license. |
| 04:28PM | 10 | Q | Page 16? |
| 04:28PM | 11 | A | That is Mr. Cummings' HMSA medical card. |
| 04:28PM | 12 | Q | Does it have his name on it? |
| 04:28PM | 13 | A | Yes. |
| 04:28PM | 14 | Q | Page 17? |
| 04:28PM | 15 | A | That's a butane lighter found within that side pocket. |
| 04:28PM | 16 | Q | What is a butane lighter? |
| 04:28PM | 17 | A | Lighter that uses butane.  It's commonly used to I guess |
| 04:28PM | 18 | | light most often crack pipes or ice pipes. |
| 04:28PM | 19 | Q | Page 18? |
| 04:28PM | 20 | A | Close-up of that lighter. |
| 04:28PM | 21 | Q | Page 19? |
| 04:28PM | 22 | A | That's that Sassolini tin I was talking about. |
| 04:28PM | 23 | Q | Where was this found? |
| 04:28PM | 24 | A | It's within the bag. |
| 04:28PM | 25 | Q | The black bag in the -- from the console? |

32

04:29PM    1    A    Yes.

04:29PM    2    Q    Page 20?

04:29PM    3    A    Interior of that tin.

04:29PM    4    Q    So this is the same tin from page 19 that was found in the

04:29PM    5    black bag?

04:29PM    6    A    Correct.

04:29PM    7    Q    And when you opened this, what did this appear to you to

04:29PM    8    be?

04:29PM    9    A    Appeared to be powdered cocaine.

04:29PM    10   Q    Did you make that determination in your training and

04:29PM    11   experience?

04:29PM    12   A    Yes.

04:29PM    13   Q    Page 21?

04:29PM    14   A    The contents of the tin displayed on the seat.

04:29PM    15   Q    This was the same tin we were just talking about?

04:29PM    16   A    Yes.

04:29PM    17   Q    Page 22?

04:29PM    18   A    It's the red plastic container containing the ten packets

04:29PM    19   of purported cocaine.

04:30PM    20   Q    Can you describe a little bit more of the -- what the

04:30PM    21   contents were or what it appeared to you to be at the time?

04:30PM    22   A    Six packets where the same as the contents of that

04:30PM    23   Sassolini tin and four others again were that cocaine base or

04:30PM    24   crack cocaine.

04:30PM    25   Q    So when you say it was the same contents as the Sassolini

04:30PM   1    tin, you mean it was also powdered cocaine?

04:30PM   2    A    White powder, yes.

04:30PM   3    Q    But not the same bags as were in the tin?

04:30PM   4    A    Correct.

04:30PM   5    Q    Okay.  And how many bags of the powder and how many bags

04:30PM   6    of the rocks were in this container?

04:30PM   7    A    Six powder and four rocks.

04:30PM   8    Q    And where is this being pulled out of in this photograph

04:30PM   9    on page 22?

04:30PM   10   A    The black bag.

04:30PM   11   Q    The same black bag?

04:30PM   12   A    Correct.

04:30PM   13   Q    Page 23.  What's this?

04:30PM   14   A    The contents of that red container displayed.

04:31PM   15   Q    Page 24.  What's this?

04:31PM   16   A    That is a prerolled looks like a marijuana cigarette.

04:31PM   17   Q    Okay.  Page 25?

04:31PM   18   A    That is that iPhone box.

04:31PM   19   Q    And where is it located?

04:31PM   20   A    The center console.

04:31PM   21   Q    So is it correct that this iPhone box was found under the

04:31PM   22   black bag?

04:31PM   23   A    Yes.

04:31PM   24   Q    You took out the black bag first?

04:31PM   25   A    Yes.

| | | | |
|---|---|---|---|
| 04:31PM | 1 | Q | And you didn't know what was going to be under it? |
| 04:31PM | 2 | A | No. |
| 04:31PM | 3 | Q | Page 26? |
| 04:31PM | 4 | A | It's the top of that box. |
| 04:31PM | 5 | Q | Page 27? |
| 04:31PM | 6 | A | Contents of that box. |
| 04:31PM | 7 | Q | What did the contents appear to you to be at the time? |
| 04:31PM | 8 | A | I believed it to be more cocaine. |
| 04:32PM | 9 | Q | Page 28? |
| 04:32PM | 10 | A | The context -- contents of the box displayed on the seat. |
| 04:32PM | 11 | Q | The iPhone box? |
| 04:32PM | 12 | A | Yes. |
| 04:32PM | 13 | Q | Page 29? |
| 04:32PM | 14 | A | That is a picture of -- I think it's his ID case. |
| 04:32PM | 15 | Q | And where is it depicted or where was it found? |
| 04:32PM | 16 | A | That was underneath the purse which was underneath the |
| 04:32PM | 17 | | iPhone box and we found that case. |
| 04:32PM | 18 | Q | In the center console? |
| 04:32PM | 19 | A | Correct. |
| 04:32PM | 20 | Q | Page 30? |
| 04:32PM | 21 | A | Mr. Cummings' Hawaii driver's license. |
| 04:32PM | 22 | Q | Where is it located? |
| 04:32PM | 23 | A | In the center console. |
| 04:32PM | 24 | Q | And -- |
| 04:32PM | 25 | A | In that -- that ID holder. |

35

| | | | |
|---|---|---|---|
| 04:32PM | 1 | Q | Is this the same holder as in page 29 that we just looked |
| 04:33PM | 2 | | at? |
| 04:33PM | 3 | A | Yes. |
| 04:33PM | 4 | Q | Okay.  Page 31? |
| 04:33PM | 5 | A | That is the glove box.  It shows the motor vehicle |
| 04:33PM | 6 | | registration. |
| 04:33PM | 7 | Q | Who does it show the truck was registered to? |
| 04:33PM | 8 | A | Lyle Cummings. |
| 04:33PM | 9 | Q | How do you know that? |
| 04:33PM | 10 | A | It's on the motor vehicle title. |
| 04:33PM | 11 | Q | His name is on there? |
| 04:33PM | 12 | A | Yes. |
| 04:33PM | 13 | Q | Okay.  32? |
| 04:33PM | 14 | A | Same.  Another picture of the registration. |
| 04:33PM | 15 | Q | And last page, 33? |
| 04:33PM | 16 | A | That is the back cab portion behind the seats, the |
| 04:33PM | 17 | | passenger seat. |
| 04:33PM | 18 | Q | Anything of note in the investigation? |
| 04:33PM | 19 | A | There was a Duckfat ball cap. |
| 04:33PM | 20 | Q | Did you know at the time if that had any significance? |
| 04:34PM | 21 | A | To my understanding, that was a company owned or founded |
| 04:34PM | 22 | | by Mr. Cummings. |
| 04:34PM | 23 | Q | Did you know it had any significance to the case at the |
| 04:34PM | 24 | | time or no? |
| 04:34PM | 25 | A | I believe I did, yes. |

| | | | |
|---|---|---|---|
| 04:34PM | 1 | Q | And what was the connection to the case, the |
| 04:34PM | 2 | | investigation, if you know. |
| 04:34PM | 3 | A | I don't know. |
| 04:34PM | 4 | Q | Okay, that's all right. |
| 04:34PM | 5 | A | Yeah. |
| 04:34PM | 6 | Q | Okay. |

04:34PM  7    THE COURT:  We are at just about 4:35 so if you would

04:34PM  8  please try to finish up.

04:34PM  9    MS. OLSON:  Okay.  I think we can be quick and try to

04:34PM  10  move through the rest quickly, if that was the -- the bulk of

04:34PM  11  it.

04:34PM  12  BY MS. OLSON:

04:34PM  13  Q    Okay.  If you could please quickly look at Exhibit 14

04:34PM  14  which has been previously admitted by agreement.  And

04:34PM  15  specifically 14A.

04:34PM  16    MS. OLSON:  And I would request to publish 14A at this

04:35PM  17  time.

04:35PM  18    THE COURT:  Excuse me.  How much longer do you think

04:35PM  19  you have though?  You're starting on an entirely new exhibit.

04:35PM  20    MS. OLSON:  Five to ten minutes.

04:35PM  21    THE COURT:  And that's -- that would complete your

04:35PM  22  direct examination of Detective --

04:35PM  23    MS. OLSON:  Yes.

04:35PM  24    THE COURT:  Okay.  Go ahead.

04:35PM  25    MS. OLSON:  Thank you.

04:35PM    1    BY MS. OLSON:

04:35PM    2    Q    Okay.  Do you see 14A in front of you?

04:35PM    3    A    Yes.

04:35PM    4    Q    Okay.  I'd like you to skip over the first page.  Look at

04:35PM    5    page two.  What is this?

04:35PM    6    A    This is a Maui Police Department evidence voucher.

04:35PM    7    Q    What is it for; what's the purpose?

04:35PM    8    A    It's to keep a record of the comings and goings of the

04:35PM    9    evidence.

04:35PM    10   Q    And what's -- is your name on this?

04:35PM    11   A    It's at the bottom of the report is submitted by, the

04:35PM    12   bottom left-hand corner.

04:35PM    13   Q    Okay.  And do you see sort of towards the top where it

04:35PM    14   says collecting officer?

04:36PM    15   A    Yes.

04:36PM    16   Q    Is your name there?

04:36PM    17   A    Yes.

04:36PM    18   Q    Why is your name there?  What does that mean on the form?

04:36PM    19   A    I'm the one that collected it and submitted it as evidence

04:36PM    20   to this case.

04:36PM    21   Q    Okay.  And what is the evidence that this form is about?

04:36PM    22   A    This one is for the ten bags found in that red container.

04:36PM    23   Q    That was the reddish container that was found in the black

04:36PM    24   bag in the console?

04:36PM    25   A    Yes.

04:36PM   1   Q    Okay.  And what did the ten -- remind us, what did the ten

04:36PM   2   bags contain?

04:36PM   3   A    Cocaine and it indicates it's NIKG positive and it weighs

04:36PM   4   9.5 grams total.

04:36PM   5   Q    And when you say "cocaine," are you including the crack

04:36PM   6   rocks and the powder?

04:36PM   7   A    Yes.

04:36PM   8   Q    Okay.  And how many bags of each of those does this form

04:36PM   9   refer to?

04:36PM   10  A    The six powder and four rocks.

04:36PM   11  Q    And what does this form indicate -- who does this form

04:37PM   12  indicate you gave these items to?

04:37PM   13  A    This shows a chain of custody.  So once I submitted it to

04:37PM   14  evidence, I put it in a locked evidence locker.  And then it

04:37PM   15  shows that our evidence custodian Janice Aquino received it,

04:37PM   16  took it in from evidence and gave it to our criminalist Brandi

04:37PM   17  Kaoni.  And then Brandi put it back into evidence on -- looks

04:37PM   18  like July 13, 2021.

04:37PM   19  Q    I think I'll stop you there just for the sake of time.

04:37PM   20  A    Okay.

04:37PM   21  Q    Sorry to cut you off.

04:37PM   22       Okay.  Let's move to page three, please.  What is

04:37PM   23  this?

04:37PM   24  A    This is how I packaged those ten bags of cocaine.  It has

04:37PM   25  the report number, offense, the date I recovered it, roughly

04:37PM  1   the time I submitted it.  And the PCN is a unique number that

04:38PM  2   is for this items of evidence.  The bottom left corner, it

04:38PM  3   shows each individual weight of each baggie.

04:38PM  4   Q   And if we panned back, what is this?  What is it showing?

04:38PM  5   Is it just a piece of paper that someone wrote on?

04:38PM  6   A   No.  It's actually a manila envelope.

04:38PM  7   Q   Okay.  And was your handwriting on here?

04:38PM  8   A   Yes, it's -- mine's on the upper left corner.

04:38PM  9   Q   What does the NIKG plus mean at the bottom?

04:38PM  10  A   That is a presumptive test that we test.  Any drugs we

04:38PM  11  come -- come into contact with, we'll do a specific NIKG, or

04:38PM  12  NIK test kit for cocaine, that would be a letter G.

04:38PM  13  Q   Okay.

04:38PM  14  A   So we put a -- take a little amount from each individual

04:39PM  15  packet and test for a positive chemical reaction which does

04:39PM  16  tell us whether it is, in fact, cocaine or not.

04:39PM  17  Q   And do you know whose handwriting is listed?  Whose --

04:39PM  18  whose handwriting lists the weights down here on the bottom

04:39PM  19  left?

04:39PM  20  A   That would be Vice Officer Lucas Hetzler who was assisting

04:39PM  21  me in obtaining measurements of each package, baggie.

04:39PM  22  Q   And does each of these weights correspond to one of the

04:39PM  23  ten baggies?

04:39PM  24  A   Yes.

04:39PM  25  Q   And how did Maui PD or you package this?  Can you describe

04:39PM   1    it?  How did you package the ten baggies?

04:39PM   2    A    I put all ten in this manila envelope then I sealed it

04:39PM   3    with evidence tape.

04:39PM   4    Q    Okay.  If you can turn to page four.  What -- is this a --

04:40PM   5    what is this very generally?

04:40PM   6    A    That's an evidence voucher which I collected.  That is for

04:40PM   7    the four bags of cocaine within the Sassolini tin container.

04:40PM   8    Q    Okay.  And does this form also indicate that you were the

04:40PM   9    initial collecting officer and you gave it to Janice Aquino in

04:40PM   10   the same manner as the prior form?

04:40PM   11   A    Yes.

04:40PM   12   Q    Okay.  Next page, page five.  What is this?

04:40PM   13   A    That's how we packaged the -- the Sassolini container.  So

04:40PM   14   you can see that the packets are outside the container.  My

04:40PM   15   handwriting is in the top part of that plastic bag.  And that

04:40PM   16   bag is sealed with a heat seal and my initials and the date are

04:40PM   17   on the seal itself.

04:40PM   18   Q    What's inside the tin here?

04:40PM   19   A    Inside the tin, I don't -- there's nothing inside the tin.

04:41PM   20   Q    What's outside the tin but in the bag?

04:41PM   21   A    That would be the four baggies of cocaine found within the

04:41PM   22   tin.

04:41PM   23   Q    Okay.  Kind of looks like two in this picture but you're

04:41PM   24   saying it's four?

04:41PM   25   A    Yes.

04:41PM  1    Q    Okay.  And does it list the weights here?

04:41PM  2    A    Yes, it does.

04:41PM  3    Q    Very quickly, what does AG positive mean?

04:41PM  4    A    Okay.  It's the NIK test kit G positive.

04:41PM  5    Q    Okay.  If you could turn to page six.  Is this a similar

04:41PM  6    form that we were just discussing?

04:41PM  7    A    Yes.  That's the voucher for the cocaine found in the

04:41PM  8    iPhone case.

04:41PM  9    Q    Okay.  Page seven.  What's page seven?

04:41PM  10   A    That is the iPhone case and the four packets of powdered

04:41PM  11   cocaine.

04:41PM  12   Q    And the grams here, is this indicating weights?

04:41PM  13   A    Yes.

04:41PM  14   Q    What are these little PCN numbers written on the baggies

04:42PM  15   that we can barely see under there?

04:42PM  16   A    That would be the evidence number assigned to this bag.

04:42PM  17   Q    And can you describe briefly how this was packaged?

04:42PM  18   A    Again, it would be a heat seal with my initials on the

04:42PM  19   upper left corner.

04:42PM  20   Q    Okay.  If you could please turn to Exhibit 14B and this

04:42PM  21   one we'll go through even faster.  And skip the first three

04:42PM  22   pages and please display page four.  If you could just very

04:42PM  23   quickly look through, just flip through the pages in 14B and

04:42PM  24   let us know generally what these are?

04:42PM  25   A    This would be the evidence voucher for that THC lemoncello

04:43PM   1   sativa cartridge that was found inside the cup holder.

04:43PM   2   Q    Okay.  And what's this -- who is Jonathan Acosta?  He's

04:43PM   3   listed here as collecting officer.

04:43PM   4   A    That was one of the officers that assisted in the

04:43PM   5   executing of the search warrant.

04:43PM   6   Q    Okay.  And although his name is on here at the top, do you

04:43PM   7   see your name on here also?

04:43PM   8   A    Yeah, it would be the bottom of the voucher.

04:43PM   9   Q    You guys were working as a team in the search -- executing

04:43PM  10   the search warrant?

04:43PM  11   A    Yes.  For time constraints, I basically packaged the

04:43PM  12   cocaine and he would handle some of the marijuana items.

04:43PM  13   Q    Okay.  Page five.

04:43PM  14   A    That's a picture of the manila envelope that the

04:43PM  15   lemoncello THC vape was placed in.

04:43PM  16   Q    Page six?

04:43PM  17   A    The other side of that same manila envelope.

04:44PM  18   Q    Page seven?

04:44PM  19   A    This would be that suspected butane oil which was found in

04:44PM  20   the truck bed.

04:44PM  21   Q    Page eight.

04:44PM  22   A    How that item was packaged.

04:44PM  23   Q    Page nine -- whoops, excuse me.  Page nine?

04:44PM  24   A    The other side of that manila envelope.

04:44PM  25   Q    Page ten?

04:44PM   1   A    It's the property voucher for that one marijuana joint.

04:44PM   2   Q    Okay.  I think for the sake of time I will let the jury

04:44PM   3   look at these in evidence.

04:44PM   4        MS. OLSON:  Very quickly, I have what's been mark as

04:44PM   5   Exhibit 12.  Your Honor, may I approach with Exhibit 12,

04:44PM   6   approach the witness?

04:44PM   7        THE COURT:  Yes.

04:44PM   8   BY MS. OLSON:

04:45PM   9   Q    I've handed the witness Exhibit 12.  You can take it out

04:45PM  10   of the external sleeve and take just a moment to carefully

04:45PM  11   examine that.  Have you seen that before?

04:45PM  12   A    Yes.

04:45PM  13   Q    What is it?

04:45PM  14   A    The contents of the search warrant that I recovered, the

04:45PM  15   Sassolini tin, the small baggies of cocaine in the iPhone case.

04:45PM  16   Q    Okay.  And can you describe a little bit more specifically

04:45PM  17   how many baggies of cocaine and crack rocks are in there to

04:45PM  18   your knowledge, if you can?

04:45PM  19   A    So four crack rocks, and a total of ten small baggies and

04:45PM  20   four larger baggies.

04:45PM  21   Q    So this is the same cocaine and crack evidence you took

04:46PM  22   from the truck during the search warrant?

04:46PM  23   A    Yes.

04:46PM  24   Q    Same drugs we just talked about on custody forms 14 --

04:46PM  25   Exhibit 14A?

04:46PM    1    A    Yes.

04:46PM    2    Q    Are these in substantially the same condition as when you

04:46PM    3    seized and packaged them?

04:46PM    4    A    Yes.

04:46PM    5        MS. OLSON:  No more questions.

04:46PM    6        THE COURT:  All right.  If you would -- Counsel, if

04:46PM    7    you would have the witness repackage what's been marked as

04:46PM    8    Government's 12 and if you would take -- retake custody of it.

04:46PM    9        And that concludes your direct examination of

04:46PM    10   Detective Katayama?

04:46PM    11       MS. OLSON:  Yes, Your Honor.

04:46PM    12       THE COURT:  All right.  With that then, we will recess

04:46PM    13   for the day in this matter.  As we do so, I'll remind our

04:46PM    14   jurors to please refrain from discussing the substance of this

04:47PM    15   case with anyone including one another until I advise

04:47PM    16   otherwise; to refrain from accessing any media or other

04:47PM    17   accounts of this case that may be out there; and also to

04:47PM    18   refrain from conducting any independent investigation into the

04:47PM    19   facts, circumstances or persons involved.

04:47PM    20       We will see you tomorrow morning at 8:30.  That's a

04:47PM    21   change from our -- the schedule we've been operating under and,

04:47PM    22   again, we will go to 1:30 so if you need to bring a snack or

04:47PM    23   something like that that you want to consume during one of our

04:47PM    24   breaks, please feel free to do so.

04:47PM    25       (At 4:47 p.m., the jury was excused, and the following

52

```
 1                    COURT REPORTER'S CERTIFICATE

 2          I, Gloria T. Bediamol, Official Court Reporter, United

 3     States District Court, District of Hawaii, do hereby certify

 4     that pursuant to 28 U.S.C. §753 the foregoing is a complete,

 5     true, and correct transcript from the stenographically reported

 6     proceedings held in the above-entitled matter and that the

 7     transcript page format is in conformance with the regulations

 8     of the Judicial Conference of the United States.

 9

10          DATED at Honolulu, Hawaii, February 12, 2024.

11

12

13                              /s/ Gloria T. Bediamol

14                              GLORIA T. BEDIAMOL.

15                              RMR, CRR, FCRR

16

17

18

19

20

21

22

23

24

25
```